B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Specialty Products Holding Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**See Schedule 1 attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**34-6550857** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**4515 St. Clair Avenue<br>Cleveland, Ohio**<br>ZIP CODE **44103** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cuyahoga County, Ohio** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors (on a consolidated basis)**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

**Estimated Assets (on a consolidated basis)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

**Estimated Liabilities (on a consolidated basis)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

B1 (Official Form 1) (4/10)                                                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Specialty Products Holding Corp.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location<br>Where Filed: **None** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**See Schedule 1 attached** | Case Number:<br>**Pending** | Date Filed:<br>**Date Hereof** |
| District:<br>**District of Delaware** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 ) | (To be completed if debtor is an individual whose debts are primarily consumer debts )<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U S C § 342(b) |
| ☐   Exhibit A is attached and made a part of this petition | X _____<br>     Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition

☑   No

**Exhibit D**

(To be completed by every individual debtor  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D )

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box )

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes )

☐   Landlord has a judgment against the debtor for possession of debtor's residence  (If box checked, complete the following )

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition

☐   Debtor certifies that he/she has served the Landlord with this certification  (11 U S C § 362(l))

| B1 (Official Form) 1 (4/10) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Specialty Products Holding Corp.** |
|---|---|

<table>
<tr><td colspan="2" align="center"><b>Signatures</b></td></tr>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td><b>Signature of Attorney*</b></td>
<td><b>Signature of Non-Attorney Bankruptcy Petition Preparer</b></td>
</tr>
<tr>
<td>

X _~signature~_   c
Signature of Attorney for Debtor(s)
**Daniel J. DeFranceschi (DE No. 2732)**
Printed Name of Attorney for Debtor(s)
**Richards, Layton & Finger, P.A.**
Firm Name
**One Rodney Square, 920 North King Street**
**Wilmington, DE 19801**
Address
**302.651.7700**
Telephone Number
**May 31, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td><b>Signature of Debtor (Corporation/Partnership)</b></td>
<td></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~signature~_
  Signature of Authorized Individual
**Stephen J. Knoop**
Printed Name of Authorized Individual
**Chairman and Chief Executive Officer**
Title of Authorized Individual
**May 31, 2010**
Date

</td>
<td></td>
</tr>
</table>

## SCHEDULE 1

A.      All other names used by the Debtor in the last eight years:

       RPM, Inc.

B.      Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

       On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

      1.      Specialty Products Holding Corp.

      2.      Bondex International, Inc.

# SPECIALTY PRODUCTS HOLDING CORP.

## (an Ohio corporation)

## CERTIFICATE OF RESOLUTIONS

I, Stephen J. Knoop, the Chairman and Chief Executive Officer of Specialty Products Holding Corp., an Ohio corporation (the "Corporation"), do hereby certify that: (a) I am the duly elected, qualified and acting Chairman and Chief Executive Officer; (b) the following resolutions were duly adopted by the Board of Directors of the Corporation at a meeting of the Board of Directors convened on May 31, 2010, in accordance with the bylaws of the Corporation and applicable law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

> "RESOLVED, that the Corporation, shall be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware or such other court as the appropriate officer or officers of the Corporation shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

> "FURTHER RESOLVED, that the chief executive officer, president, any vice president, the secretary and the treasurer of the Corporation (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Corporation, to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents (including debtor in possession loan agreements) necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver and verify any and all other documents necessary or appropriate in connection therewith or to administer the Corporation's chapter 11 case in such form or forms as any such Designated Officer may approve; and (d) cause any of the Corporation's direct subsidiaries to take any action consistent with these resolutions, including the

filing of petitions for relief under chapter 11, the retention of professionals and the incurrence of debt by such subsidiaries;

"FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of, and in the name of, the Corporation and to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain: (a) Jones Day; (b) Richards, Layton & Finger P.A.; (c) The Blackstone Group LP; (d) Evert Weathersby Houff; (e) Ernst & Young; (f) Calfee, Halter & Griswold LLP; (g) Bates White, LLC; and (h) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such Designated Officer's or Officers' judgment may be necessary or desirable in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve and such Designated Officer's retention thereof to constitute conclusive evidence of such Designated Officer's approval;

"FURTHER RESOLVED, that the law firms of (a) Jones Day, (b) Richards, Layton & Finger, P.A., and (c) any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

"FURTHER RESOLVED, that the Corporation, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) enter into, or guarantee amounts under, any postpetition financing facility and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one or more of the Designated Officers, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Corporation; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Corporation's assets, in such case, as may be deemed necessary or desirable by any one or more of the Designated Officers in connection with the Financing Transactions;

"FURTHER RESOLVED, that: (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of, and on behalf

of, the Corporation, as debtor and debtor in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); (b) the Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by the Designated Officers are approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer's approval thereof;

"FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

"FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Corporation in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved, and that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified, confirmed and approved; and

"FURTHER RESOLVED, that any Designated Officer shall be, and each of them, acting alone, hereby is, authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Designated Officer, a true copy of the foregoing resolutions."

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of this 31st day of May, 2010.

By: _____

Name:  Stephen J. Knoop

Title:  Chairman and Chief Executive Officer

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., | : | Case No. 10-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

## LIST OF CREDITORS
## HOLDING LARGEST UNSECURED CLAIMS

       Specialty Products Holding Corp. ("SPHC") and Bondex International, Inc. (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to exclude asbestos personal injury claimants from the list of creditors holding the largest unsecured claims (the "Largest Unsecured Creditors List") and instead include a separate consolidated list of the 30 asbestos plaintiff firms with the largest number or scope of asbestos cases filed against the Debtors.

       The Largest Unsecured Creditors List is based on SPHC's books and records as of approximately May 28, 2010, and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in SPHC's chapter 11 case. The Largest Unsecured Creditors List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims, or (3) asbestos personal injury claimants or the law firms representing those claimants. The information contained in the Largest Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtors.

| Name of Creditor | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicated if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of claim |
|---|---|---|---|---|
| U.S. Environmental Protection Agency | U.S. Environmental Protection Agency<br>Attn: Administrator<br>Ariel Rios Building<br>1200 Pennsylvania Avenue NW<br>Washington, D.C. 20460<br>Telephone: (202) 272-0167 | Statutory | Disputed/Contingent /Unliquidated | |
| Akzo Nobel Coatings, Inc | Debra J. Rubinstein<br>Senior Regulatory Counsel<br>Akzo Nobel Inc. – Legal & IP<br>120 White Plains Road, Suite 300<br>Tarrytown, NY 10591-5522 | Contribution | Disputed/Contingent /Unliquidated | |
| Detrex Corporation | Robert M. Currie<br>General Counsel, Secretary & Vice President<br>Detrex Corporation<br>24901 Northwestern Highway<br>Suite 401<br>Southfield, MI 48075-2209 | Contribution | Disputed/Contingent /Unliquidated | |
| Federal Screw Works | Federal Screw Works<br>c/o William M. Schikora<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>Detroit, MI 48243 | Contribution | Disputed/Contingent /Unliquidated | |
| Ford Motor Company | David J. Witten<br>Office of the General Counsel<br>Ford Motor Company<br>World Headquarters<br>One American Road, Room 407-A2<br>Dearborn, MI 48126 | Contribution | Disputed/Contingent /Unliquidated | |
| CNA Holdings LLC | Robert Conger<br>Manager – Corporate Remediation<br>CAN Holdings LLC<br>9610 Deer Spring Lane<br>Charlotte, NC 28210 | Contribution | Disputed/Contingent /Unliquidated | |
| Michelin North America, Inc. | Kristofer K. Strasser<br>Corporate Counsel<br>Michelin North America, Inc.<br>One Parkway South<br>Greenville, SC 29615 | Contribution | Disputed/Contingent /Unliquidated | |
| TRW Automotive U.S. LLC | Scott D. Blackhurst<br>Senior Counsel – Health, Safety & Environment<br>TRW Automotive U.S., LLC<br>12001 Tech Center Dr.<br>Livonia, MI 48159 | Contribution | Disputed/Contingent /Unliquidated | |

| Name of Creditor | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicated if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of claim |
|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation Office of the Chief Counsel 1200 K Street, N.W. Washington, D.C. 20005-4026 Telephone: (202) 326-4020 Facsimile: (202) 326-4112 | Statutory | Disputed/Contingent /Unliquidated | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | : |
| | : | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., | : | Case No. 10-_____ (___) |
| | : |
| Debtor. | : |
| | : |
| | : |

**DECLARATION REGARDING CONSOLIDATED LIST**
**OF CREDITORS HOLDING LARGEST UNSECURED CLAIMS**

        I, Stephen J. Knoop, Chairman and Chief Executive Officer of Specialty Products Holding Corp., declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief, with reliance upon appropriate corporate officers of the Debtors.

Date:  May 31, 2010        Signature _____

                                       Stephen J. Knoop
                                       Chairman and Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., | : | Case No. 10-_____ (___) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

## CONSOLIDATED LIST OF THE 30 ASBESTOS
## PLAINTIFF FIRMS WITH THE LARGEST NUMBER
## OR SCOPE OF ASBESTOS CASES AGAINST THE DEBTORS

Concurrently with this petition, debtor Specialty Products Holding Corp. and debtor Bondex International, Inc. (collectively, the "Debtors") have filed a motion seeking authority to file a consolidated list of the thirty (30) asbestos plaintiff firms with the largest number or scope of pending asbestos personal injury cases against one or both of the Debtors (the "Asbestos List"). The Asbestos List was prepared with information existing as of May 28, 2010 and is included below. The Debtors reserve the right to amend the Asbestos List based on information existing as of the filing date.

The information contained in the Asbestos List shall not constitute an admission by, nor shall it be binding on, the Debtors.

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of law firm familiar with claims who may be contacted | Nature of Claim | Indicated if Claim is contingent, unliquidated, disputed or subject to set-off |
|---|---|---|---|
| The Ferraro Law Firm | David A. Jagolinzer<br>4000 Ponce de Leon Blvd.<br>Miami, FL 33146<br>Phone: (305) 375-0111<br>Fax: (305) 379-6222 | Asbestos personal injury | Disputed/Contingent /Unliquidated |

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of law firm familiar with claims who may be contacted | Nature of Claim | Indicated if Claim is contingent, unliquidated, disputed or subject to set-off |
|---|---|---|---|
| Law Offices of Peter G. Angelos | James T. Fitzgerald<br>1300 North Market Street<br>Wilmington, DE 19801<br>Phone: (302) 658-3301<br>Fax: (302) 658-3319 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Early, Ludwick, Sweeney & Strauss<br>360 Lexington Avenue<br>New York, NY 10017 | James F. Early<br>360 Lexington Ave<br>New York, NY 10017<br>Phone: (212) 986-2233<br>Fax: (212) 986-2255 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Brent Coon & Associates | Brent W. Coon<br>Weslayan Tower<br>24 East Greenway Plaza, Suite 725<br>Houston, TX 77046<br>Phone: (713) 840-0380<br>Fax: (713) 840-0702 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Cooney & Conway | William R. Fahey<br>120 North Lasalle Street<br>Chicago, IL 60602<br>Phone: (312) 236-6166<br>Fax: (312) 236-3029 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Goldenberg Heller Antognoli & Rowland, PC | Elizabeth V. Heller<br>2227 South St. RtT 157<br>Edwardsville, IL 62025<br>Phone: (618) 656-5150<br>Fax: (618) 656-6230 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Gori Julian & Associates, P.C. | Randy L. Gori<br>156 N. Main Street<br>Edwardsville, IL 62025<br>Phone: (618) 307-4085<br>Fax: (618) 659-9834 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Edward O. Moody, P.A. | Edward O. Moody<br>801 West Fourth<br>Little Rock, AR 72201<br>Phone: (501) 376-0000<br>Fax: (501) 376-0546 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Paul, Reich & Myers, P.C. | Robert Elliott Paul<br>1608 Walnut Street<br>Philadelphia, PA 19103<br>Phone: (215) 735-9200<br>Fax: (215) 735-3888 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Mazur & Kittel, PLLC | John I. Kittel<br>30665 North Western Highway<br>Farmington Hills, MI 48334<br>Phone: (248) 432-8000<br>Fax: (248) 432-8010 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Law Office of Jeffrey A. Varas | Jeffrey A. Varas<br>119 Caldwell Drive<br>Hazelhurst, MS 39083-3022<br>Phone: (601) 894-4088<br>Fax: (601) 894-4688 | Asbestos personal injury | Disputed/Contingent /Unliquidated |

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of law firm familiar with claims who may be contacted | Nature of Claim | Indicated if Claim is contingent, unliquidated, disputed or subject to set-off |
|---|---|---|---|
| Lundy, Lundy, Soileau & South LLP | Hunter W. Lundy<br>501 Broad Street<br>Lake Charles, LA 70602<br>Phone: (337) 439-0707<br>Fax: (337) 439-1029 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Lanier Law Firm, PLLC | W. Mark Lanier<br>6810 FM 1960 West<br>Houston, TX 77069<br>Phone: (713) 659-5200<br>Fax: (713) 659-2204 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Simmons Browder Gianaris Angelides & Barnerd LLC | John A. Barnerd<br>707 Berkshire Blvd<br>PO Box 521<br>East Alton, IL 62024<br>Phone: (618) 259-222<br>Fax: (618) 259-2251 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Goldberg, Persky & White, P.C. | Mark C. Meyer<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219<br>Phone: (412) 471-3980<br>Fax: (412) 471-8308 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Martin & Jones, PLLC | E. Spencer Parris<br>410 Glenwood Avenue<br>Raleigh, NC 27603<br>Phone: (919) 821-0005<br>Fax: (919) 863-6071 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Reyes, O'Shea & Coloca, P.A. | Daniel F. O'Shea<br>1601 North Flamingo Road<br>Pembroke Pines, FL 33028<br>Phone: (954) 430-4480<br>Fax: (954) 430-4482 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Baron & Budd, P.C. | Denyse Clancy<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219<br>Phone: (214) 521-3605<br>Fax: (214) 599-1171 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| G. Patterson Keahey, P.C | G. Patterson Keahey<br>One Independence Plaza<br>Birmingham, AL 35209<br>Phone: (205) 871-0707<br>Fax: (205) 871-0801 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA | John R. Climaco<br>55 Public Square<br>Suite 1950<br>Cleveland, OH 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Brookman, Rosenberg, Brown & Sandler | Laurence H. Brown<br>One Penn Square West, 17th Floor<br>Philadelphia, PA 19102<br>Phone: (215) 569-4000<br>Fax: (215) 569-2222 | Asbestos personal injury | Disputed/Contingent /Unliquidated |

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of law firm familiar with claims who may be contacted | Nature of Claim | Indicated if Claim is contingent, unliquidated, disputed or subject to set-off |
|---|---|---|---|
| Hissey, Kientz & Herron, PLLC | Michael E. Hissey<br>9442 Capital of Texas Highway North, Suite 400<br>Austin, TX 78759<br>Phone: (512) 320-9100<br>Fax: (512) 320-9101 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Belluck & Fox, LLP | Jordan Fox<br>546 Fifth Avenue, 4th Floor<br>New York, NY 10036<br>Phone: (212) 681-1575<br>Fax: (212) 681-1574 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Simon, Eddins & Greenstone, LLP | Ron C. Eddins<br>301 East Ocean Blvd<br>Long Beach, CA 90802<br>Phone: (562) 590.3400<br>Fax: (562) 590-3412 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| The Ruckdeschel Law Firm, LLC | Jonathan Ruckdeschel<br>5126 Dorsey Hall Drive, Suite 201<br>Ellicott City, MD 21042<br>Phone: (410) 884-7825<br>Fax: (443) 583-0430 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Levy Phillips & Konigsberg, LLP | Audrey P. Raphael<br>800 3rd Avenue<br>New York, NY 10022<br>Phone: (212) 605-6200<br>Fax: (212) 605-6290 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Bevan & Associates, LPA, Inc. | Thomas W. Bevan<br>6555 Dean Memorial Parkway<br>Boston Heights, OH 44236<br>Phone: (877) 873-2879<br>Fax: (330) 467-4493 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| John J. Duffy & Associates | John J. Duffy<br>23823 Lorian Road<br>North Olmsted, OH 44070<br>Phone: (440) 779-6636<br>Fax: (440) 779-0795 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Cascino Vaughan Law Offices, Ltd. | Michael P. Cascino<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>Phone: (312) 944-0600<br>Fax: (312) 944-1870 | Asbestos personal injury | Disputed/Contingent /Unliquidated |
| Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser | Robert C. Krieger<br>340 George Street<br>New Brunswick, NJ 08901<br>Phone: (732) 545-3231<br>Fax: (732) 545-2366 | Asbestos personal injury | Disputed/Contingent /Unliquidated |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., | Case No. 10-_____ (___) |
| Debtor. | |

## DECLARATION REGARDING CONSOLIDATED LIST OF THE 30 ASBESTOS PLAINTIFF FIRMS WITH THE LARGEST NUMBER OR SCOPE OF ASBESTOS CASES AGAINST THE DEBTORS

I, Stephen J. Knoop, Chairman and Chief Executive Officer of Specialty Products Holding Corp., declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of the 30 Asbestos Plaintiff Firms With the Largest Number or Scope of Asbestos Cases Against the Debtors" and that it is true and correct to the best of my knowledge, information and belief, with reliance upon appropriate corporate officers.

Date:  May 31, 2010                    Signature  _____
                                                   Stephen J. Knoop
                                                   Chairman and Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., | : | Case No. 10-_____ (___) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

## CONSOLIDATED MASTER CREDITOR LIST

   The debtor in this chapter 11 case and Bondex International, Inc. (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Contemporaneously with the filing of their petitions, the Debtors filed a motion (the "Motion") requesting, among other things, authority to file a single consolidated list of creditors (the "Master Creditors List") in lieu of separate lists. In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rules 1007-1(a) and 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Master Creditors List is being filed concurrently herewith.

   The Master Creditors List has been prepared on a consolidated basis from the books and records of the Debtors, and contains only those parties whose names and addresses were maintained in the databases of the Debtors or were otherwise readily ascertainable by the Debtors prior to the commencement of these cases. The Debtors will update the Master Creditors List as more information becomes available.

   Pursuant to the Motion, the Debtors are seeking authority to serve all notices, mailings or other documents required to be provided to asbestos personal injury claimants (the "Asbestos Claimants") on counsel of record for the Asbestos Claimants, in lieu of the individual Asbestos Claimants themselves. Accordingly, the Master Creditors List includes the addresses of counsel for each of the Asbestos Claimants rather than the addresses of each individual Asbestos Claimant.

   Certain of the creditors listed on the Master Creditors List may not hold outstanding claims against any of the Debtors and therefore may not be creditors in the Debtors' bankruptcy cases. By filing the Master Creditors List, the Debtors are not waiving or otherwise affecting their right to object to the extent, validity or enforceability of the claims, if any, held by the parties listed on the Master Creditors List.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., | : | Case No. 10-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

## DECLARATION CONCERNING CONSOLIDATED MASTER CREDITOR LIST

    I, Stephen J. Knoop, Chairman and Chief Executive Officer of Specialty Products Holding Corp. (the "Debtor" and, together with Bondex International, Inc., the "Debtors") declare that I have reviewed the consolidated master creditors list, electronically filed contemporaneously herewith, and that is true and correct to the best of my knowledge, information and belief, with reliance upon appropriate corporate officers of the Debtors.

    I delare under penalty of perjury that the foregoing is true and correct.

Date:  May 31, 2010     Signature _____

               Stephen J. Knoop
               Chairman and Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | :     Chapter 11 |
| | : |
| SPECIALTY PRODUCTS HOLDING CORP., | :     Case No. 10-_____ (___) |
| | : |
|         Debtor. | : |
| | : |
| | : |

**LIST OF EQUITY SECURITY HOLDERS AND**
**STATEMENT OF CORPORATE OWNERSHIP**

RPM International Inc.
2628 Pearl Road
P.O. Box 777
Medina, Ohio 44258
100% ownership interest


[The remainder of this page is intentionally blank.]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | :     Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., | :     Case No. 10-_____ (___) |
| Debtor. | : |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS AND STATEMENT OF CORPORATE OWNERSHIP

I, Stephen J. Knoop, Chairman and Chief Executive Officer of Specialty Products Holding Corp., declare under penalty of perjury that I have reviewed the foregoing "List of Equity Security Holders and Statement of Corporate Ownership" and that it is true and correct to the best of my knowledge, information and belief

Date:  May 31, 2010       Signature _____
                                        Stephen J. Knoop
                                        Chairman and Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.