**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Specialty Products Holdings Corp. | : | Case No. 10-11780 (JKF) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF ASBESTOS |
| Debtors. | | PERSONAL INJURY CLAIMANTS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Asbestos Personal Injury Claimants in connection with the above captioned case:

1.  **Myron Butler**, c/o The Ferraro Law Firm, P.A., 4000 Ponce de Leon Blvd., Ste. 700, Miami, FL 33146, Phone: 305-375-0111, Fax: 305-379-6222

2.  **Deborah Papaneri as representative for the Estate of Charles Papaneri,** c/o Paul, Reicht & Myers, P.C., Attn: Robert B. Paul, 1608 Walnut St., Ste. 500, Philadelphia, PA 19103, Phone: 215-735-9200, Fax: 215-735-3888

3.  **James L. Mongolluzzo**, c/o Goldberg, Persky & White, P.C., Attn: Mark C. Meyer, 1030 Fifth Ave., Pittsburgh, PA 15219, Phone: 412-471-3980, Fax: 412-471-8308

4.  **Roy Leggett,** c/o Simon, Eddins & Greenstone, LLP, Attn: Jeffrey B. Simon, 3232 McKinney Ave., Ste. 610, Dallas, TX 75204, Phone: 214-276-7680, Fax: 214-276-7699

5.  **Maria Santana,** c/o The Ruckdeschel Law Firm, LLC, Attn: Johnathan Ruckdeschel, 5126 Dorsey Hall Dr., Ste. 201, Ellicott City, MD 20142, Phone: 410-884-7825, Fax: 443-583-0430

6.  **Antonietta DiMeglio,** c/o Early & Strauss, LLC, Attn: Ethan Early, 360 Lexington Ave., 20th Floor, New York, NY 10017, Phone: 212-986-2233, Fax: 212-986-2255

7.  **Lloyd H. Lohr,** c/o Kelly & Ferraro, LLP, Attn: Thomas M. Wilson, 2200 Key Tower, 127 Public Square, Cleveland, OH 44114, Phone: 216-575-0777, Fax: 216-575-0799

8. **David A. Kalil,** c/o Waters & Kraus, LLP, 3219 McKinney Ave., Dallas, TX 75204, Phone: 214-357-6244, Fax: 214-357-7252

9. **Victor Dillbeck,** c/o Gori Julian & Associates, P.C., Attn: John Barry Julian, 156 N. Main St., Edwardsville, IL 62025, Phone: 618-659-9833, Fax: 618-659-9834

10. **Charles A. Wilson**, c/o Simmons Browder, et al., Attn: Robert W. Phillips, 707 Berkshire Blvd., East Alton, IL 62024, Phone: 618-259-2222, Fax: 618-259-2251

11. **Zdenek Machalka,** c/o Cooney & Conway, Attn: John D. Cooney, 120 N. LaSalle, #3000, Chicago, IL 60602, Phone: 312-236-6166, Fax: 312-236-3029

ROBERTA A. DEANGELIS
United States Trustee, Region 3

   /s/ Richard L. Schepacarter  for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

Dated: June 10, 2010

UST Trial Attorney
assigned to these cases:     Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel:     Daniel J. DeFranceschi, Phone: (302) 651-7700, Fax: (302) 651-7701