UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : Case No. 10-11780 (JKF) |
| Debtors. | : Jointly Administered |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE ENTER THE APPEARANCE of Natalie D. Ramsey of Montgomery, McCracken, Walker & Rhoads, LLP ("MMWR") in the above-captioned case on behalf of the Committee of Asbestos Personal Injury Claimants.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002, 3017 and 9007, MMWR hereby requests that copies of all notices given or required to be given in these bankruptcy cases by any party or their counsel of record, whether in writing or by telephone, fax, or any other form of transmission, and all papers served or required to be served in these cases by any party or their counsel of record (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in these cases, to creditors and equity security holders who file with the Court a request that all notices be mailed to them), be given and served upon Natalie D. Ramsey at the

---

[1] Plaintiffs instituting this adversary proceeding are the debtors in the bankruptcy proceedings. The last four digits of the plaintiffs' taxpayer identification numbers follow in parentheses: Specialty Products Holding Corp. (0857) and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

2574642v1

address listed below:

>Natalie D. Ramsey, Esquire
>Montgomery, McCracken, Walker
>  & Rhoads, LLP
>1105 North Market Street, Suite 1500
>Wilmington, DE 19801
>nramsey@mmwr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise filed or made with regard to these bankruptcy cases or proceedings therein.

Dated: June 23, 2010
Wilmington, Delaware

/s/ *Natalie D. Ramsey*
Natalie D. Ramsey (DE 5378)
Montgomery, McCracken, Walker & Rhoads, LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
nramsey@mmwr.com

*Proposed Counsel for the Committee of Asbestos Personal Injury Claimants*