**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | Case No. 10-11780 (JKF) |
| Debtors. | Jointly Administered |

**NOTICE OF *THIRD AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* HEARING ON JUNE 28, 2010 AT 11:00 A.M.[3]**

**I.    UNCONTESTED MATTERS GOING FORWARD:**

1.  Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtor Specialty Products Holding Corp. to Enter into Postpetition Credit Agreement and (B) Debtors to Guaranty Postpetition Secured Financing, (II) Granting Certain Liens, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [Docket No. 10 - filed May 31, 2010]

    Objection/Response Deadline:    June 21, 2010; extended to June 23, 2010 at 12:00 p.m. (EDT) for the Official Committee of Asbestos Personal Injury Claimants

    Objections/Responses Received:

    A.  Limited Objection of Committee of Asbestos Personal Injury Claimants to Entry of Final DIP Order [Docket No. 109 - filed June 23, 2010]

    B.  Response of Wachovia Capital Finance Corporation to the Limited Objection of Committee of Asbestos Personal Injury Claimants to the Final DIP Order [Docket No. 125 - filed June 25, 2010]

    Related Documents:

    i.  Order (A) Authorizing Debtors to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

[2] **Amended items appear in bold.**

[3] The hearing will be telephonic only before The Honorable Judith K. Fitzgerald, United States Bankruptcy Judge. Any party who wishes to appear at the June 28, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Thursday, June 24, 2010, notwithstanding the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. All pleadings referenced herein are available online at www.loganandco.com.

Pursuant to 11 U.S.C. §§ 105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (C) Authorizing Debtors to Enter Into Agreements With Wachovia Capital Finance Corporation (New England); and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 37 - entered June 2, 2010]

ii. Notice of (1) Entry of Interim Order Granting "Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtor Specialty Products Holding Corp. to Enter into Postpetition Credit Agreement and (B) Debtors to Guaranty Postpetition Secured Financing, (II) Granting Certain Liens, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing" and (2) Final Hearing Thereon [Docket No. 40 - filed June 2, 2010]

iii. **Notice of Proposed Final Order (A) Authorizing Debtors to Obtain Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; and (C) Authorizing the Debtors to Enter into Agreements with Wachovia Capital Financing Corporation (New England) [Docket No. 133 - filed June 25, 2010]**

Status: On June 2, 2010, the Court entered an order approving the relief requested in this motion on an interim basis. The hearing on the remainder of the relief requested in this motion will go forward on a contested basis.

2. Motion of the Debtors for an Order Confirming that Any Creditors' Committees Appointed in These Chapter 11 Cases are Not Authorized or Required to Provide Access to (I) Confidential Information of the Debtors or (II) Privileged Information [Docket No. 45 - filed June 4, 2010]

Objection/Response Deadline: June 21, 2010 at 4:00 p.m. (EDT); extended to June 23, 2010 at 12:00 p.m. (EDT) for the Official Committee of Asbestos Personal Injury Claimants

Objections/Responses Received: None to date.

Related Documents:

i. Order Confirming That Any Creditors' Committees Appointed in These Chapter 11 Cases Are Not Authorized or Required to Provide Access to (I) Confidential Information of the Debtors or (II) Privileged Information [Docket No. 123 - filed June 25, 2010]

Status: The Court entered an order granting the requested relief on June 25, 2010. Accordingly, no hearing is required.

3. Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Counsel, *Nunc Pro Tunc* as of the Petition Date [Docket No. 47 - filed June 4, 2010]

RLF1 3585402v. 1

Objection/Response Deadline:   June 21, 2010 at 4:00 p.m. (EDT); extended to July 2, 2010 at 4:00 p.m. (EDT) for the Official Committee of Asbestos Personal Injury Claimants

Objections/Responses Received:  Informal responses from the Office of the United States Trustee and the Official Committee of Asbestos Personal Injury Claimants.

Status:  The hearing on this matter is continued to July 14, 2010 at 11:00 a.m. (EDT).

4. Motion of the Debtors for an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements [Docket No. 49 - filed June 7, 2010]

   Objection/Response Deadline:   June 21, 2010 at 4:00 p.m. (EDT); extended to June 23, 2010 at 12:00 p.m. (EDT) for the Official Committee of Asbestos Personal Injury Claimants

   Objections/Responses Received:  None to date.

   Related Documents:

   i.  Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements [Docket No. 124 - filed June 25, 2010]

   Status: The Court entered an order granting the requested relief on June 25, 2010. Accordingly, no hearing is required.

## II. CONTESTED MATTERS GOING FORWARD:

5. Application of the Debtors to Retain and Employ Blackstone Advisory Partners L.P. as Financial Advisor and Investment Banker [Docket No. 46 - filed June 4, 2010]

   Objection/Response Deadline:   June 21, 2010 at 4:00 p.m. (EDT); extended to July 2, 2010 at 4:00 p.m. (EDT) for the Official Committee of Asbestos Personal Injury Claimants

   Objections/Responses Received:  Informal inquiries from the Office of the United States Trustee and informal responses from the Official Committee of Asbestos Personal Injury Claimants.

   Status: The hearing on this matter is continued to July 14, 2010 at 11:00 a.m. (EDT).

6. Motion of the Debtors for an Order Authorizing Them to Enter Into (I) Administrative Services Agreement and (II) Employment Arrangement [Docket No. 52 - filed June 7, 2010]

   Objection/Response Deadline:   June 21, 2010 at 4:00 p.m. (EDT); extended to June 23, 2010 at 12:00 p.m. (EDT) for the Official Committee of Asbestos Personal Injury Claimants

Objections/Responses Received:  Informal responses and inquiries from the Office of the United States Trustee and the Official Committee of Asbestos Personal Injury Claimants.

Related Documents:

i.  Certificate of Counsel Regarding Motion of the Debtors for an Order Authorizing Them to Enter Into (I) Administrative Services Agreement and (II) Employment Arrangement [Docket No. 121 - filed June 24, 2010]

Status:  On June 24, 2010, the Debtors submitted a revised form of order under certificate of counsel.  Accordingly, a hearing on this matter is required only to the extent the Court has any questions or concerns.

Dated:  June 25, 2010

Respectfully submitted,

*/s/ Tyler D. Semmelman*
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
Tyler D. Semmelman (DE 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

and

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
Robert J. Jud (TX 24041217)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

PROPOSED ATTORNEYS FOR DEBTORS