UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | Case No. 10-11780 (JKF) <br> (Jointly Administered) |
| Debtors. | Re: Docket Nos. 10, 37, 40, 109, 125 & 133 <br> Hearing Date: 6/28/10 at 11:00 a.m. (EDT) <br> Agenda Item 1 |

**CERTIFICATE OF COUNSEL REGARDING FINAL ORDER
(A) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING
AND GRANT SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE
EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 105 AND 364(c);
(B) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362;
AND (C) AUTHORIZING DEBTORS TO ENTER INTO AGREEMENTS WITH
<u>WACHOVIA CAPITAL FINANCE CORPORATION (NEW ENGLAND)</u>**

The undersigned hereby certifies as follows:

1. On May 31, 2010, the above-captioned debtors (the "<u>Debtors</u>") filed the **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtor Specialty Products Holding Corp. to Enter into Postpetition Credit Agreement and (B) Debtors to Guaranty Postpetition Secured Financing, (II) Granting Certain Liens, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing** [Docket No. 10] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

2. On June 2, 2010, the Court entered the **Order (A) Authorizing Debtors to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (C) Authorizing Debtors to Enter Into**

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

**Agreements With Wachovia Capital Finance Corporation (New England); and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001** [Docket No. 37], granting the relief requested in the Motion on an interim basis to the extent set forth therein.

3. On June 2, 2010, the Debtors filed the **Notice of (1) Entry of Interim Order Granting "Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtor Specialty Products Holding Corp. to Enter Into Postpetition Credit Agreement and (B) Debtors to Guaranty Postpetition Secured Financing, (II) Granting Certain Liens, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing" and (2) Final Hearing Thereon** [Docket No. 40] (the "Notice of Interim Order").  As set forth in the Notice of Interim Order, the Court set a final hearing (the "Final Hearing") on the relief requested in the Motion and set the objection deadline with respect to such requested relief for June 21, 2010 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").  The Objection Deadline was later extended to June 23, 2010 at 12:00 p.m. (Eastern Daylight Time) for the Official Committee of Asbestos Personal Injury Claimants (the "Committee").

4. On June 23, 2010, the Committee filed the **Limited Objection of Committee of Asbestos Personal Injury Claimants to Entry of Final DIP Order** [Docket No. 109] (the "Objection") with the Court.  Other than the Objection, the Debtors received no other formal or informal responses with respect to the Motion.  Additionally, no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.

5. On June 25, 2010, Wachovia Capital Finance Corporation (New England) (the "Lender", and together with the Debtors and the Committee, the "Parties") filed (i) the **Response of Wachovia Capital Finance Corporation to the Limited Objection of**

2

**Committee of Asbestos Personal Injury Claimants to the Final DIP Order** [Docket No. 125] and (i) the **Notice of Proposed Final Order (A) Authorizing Debtors to Obtain Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; and (C) Authorizing the Debtors to Enter Into Agreements With Wachovia Capital Financing Corporation (New England)** [Docket No. 133] (the "Notice of Proposed Final Order"), with the Court.

6. On June 28, 2010, the Court held the Final Hearing on the Motion and granted the relief requested in the Motion to the extent set forth on the record at the Hearing, subject to the Debtors submitting an agreed form of order acceptable to the Parties.

7. The Debtors have prepared a revised form of order (the "Order"), attached hereto as Exhibit A, resolving the Objection. The Order has been circulated to and is acceptable to counsel to the Committee and the Lender. For the convenience of the Court and all parties in interest, a blackline of the Order against the proposed form of order attached to the Notice of Proposed Final Order is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, attached hereto as Exhibit A, at the Court's earliest convenience.

Dated: June 29, 2010                     Respectfully submitted,

                                         */s/ Tyler Semmelman*
                                         Daniel J. DeFranceschi (DE 2732)
                                         Paul N. Heath (DE 3704)
                                         Zachary I. Shapiro (DE 5103)
                                         Tyler D. Semmelman (DE 5386)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                         One Rodney Square
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 651-7700
                                         Facsimile: (302) 651-7701

                                         and

                                         Gregory M. Gordon (TX 08435300)
                                         Dan B. Prieto (TX 24048744)
                                         Robert J. Jud (TX 24041217)
                                         JONES DAY
                                         2727 North Harwood Street
                                         Dallas, Texas 75201-1515
                                         Telephone: (214) 220-3939
                                         Facsimile: (214) 969-5100

                                         PROPOSED ATTORNEYS FOR DEBTORS

4