IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | Case No. 10-11780 (JKF) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear as counsel for Eric D. Green, legal representative for future asbestos personal injury claimants (the "Futures Representative") and party in interest of the above-captioned cases. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the undersigned counsel requests that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the following at the addresses set forth below, and that the following be added to the general matrix and special or limited matrices in this matter:

>Edwin J. Harron, Esquire (eharron@ycst.com)
>Edmon L. Morton, Esquire (emorton@ycst.com)
>Justin H. Rucki, Esquire (jrucki@ycst.com)
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6600
>Facsimile: (302) 571-1253

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857) and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in Rules 2002 and 9007 of the Bankruptcy Rules but also, without limitation, orders and notices of any application, motion, petition, plan of reorganization, disclosure statement, other notice, pleading, request, complaint or demand (formal or informal, written or oral, and transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, modem, electronic mail or otherwise.

Dated:  October 18, 2010
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Edwin J. Harron (No. 3396)
Edmon L. Morton (No. 3856)
Justin H. Rucki (No. 5304)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6600
Fax: (302) 571-1253

*Attorneys for Eric D. Green, Futures Representative*