# Exhibit 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | . | Case No. 01-1139 (JKF) |
| | . | |
| W.R. GRACE & CO., | . | |
| et al., | . | USX Tower - 54th Floor |
| | . | 600 Grant Street |
| | . | Pittsburgh, PA 15219 |
| Debtors. | . | |
| | . | September 15, 2009 |
| . . . . . . . . . . . . . . | . | 9:05 a.m. |

TRANSCRIPT OF PLAN CONFIRMATION HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtors: | Kirkland & Ellis, LLP<br>By: DAVID BERNICK, ESQ.<br>    LISA G. ESAYIAN, ESQ.<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| For the Asbestos<br>Creditors Committee: | Caplin & Drysdale, Chartered<br>By: NATHAN FINCH, ESQ.<br>    PETER V. LOCKWOOD, ESQ.<br>One Thomas Circle, NW<br>Washington, D.C. 20005 |
| For the Future<br>Claimants<br>Representatives: | Orrick, Herrington & Sutcliffe, LLP<br>By: JONATHAN GUY, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C. 20007 |
| Audio Operator: | Cathy Younker |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail: jjcourt@optonline.net

(609)586-2311    Fax No. (609) 587-3599

2

APPEARANCES (CONT'D):

| | |
|---|---|
| For the Libby Claimants: | Lewis, Slovak & Kovacich, P.C.<br>By: TOM L. LEWIS, ESQ.<br>    MARK KOVACICH, ESQ.<br>725 Third Avenue North<br>Great Falls, MT 59401 |
| For Fireman's Fund<br>and Allianz Entities: | Stevens & Lee<br>By: JOHN D. DEMMY, ESQ.<br>1105 North Market Street<br>Wilmington, DE 19801 |
| For Arrowood: | Wilson, Elser, Moskowitz, Edelman,<br>  & Dicker, LLP<br>By: CARL J. PERNICONE, ESQ.<br>150 East 42nd Street<br>New York, NY 10017<br><br>O'Melveny & Myers, LLP<br>By: TANCRED SCHIAVONI, ESQ.<br>Times Square Tower<br>Seven Times Square<br>New York, NY 10036 |
| For BNSF Railway: | Pepper Hamilton, LLP<br>By: BOB PHILLIPS, ESQ.<br>3000 Two Logan Square<br>Philadelphia, PA 19103 |
| For CNA: | Goodwin Procter, LLP<br>By: MICHAEL GIANNOTTO, ESQ.<br>Exchange Place<br>Boston, MA 02109-2881 |
| For Fireman's Fund: | Stevens & Lee<br>By: MARNIE SIMON, ESQ.<br>600 College Road East, Suite 4400<br>Princeton, NJ 08540 |
| For Maryland Casualty: | Connelly Bove Lodge & Hutz, LLP<br>By: JEFFREY WISLER, ESQ.<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899 |

APPEARANCES (CONT'D):

| | |
|---|---|
| For Ford, Marrin, Esposito, Witmeyer & Gleser, LLP: | Ford, Marrin, Esposito, Witmeyer & Gleser, LLP<br>By: ELIZABETH M. DeCRISTOFARO, ESQ.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875 |
| For AXA Belgium: | Tucker Arensberg, P.C.<br>By: MICHAEL A. SHINER, ESQ.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br><br>Mendes & Mount<br>By: EILEEN McCABE, ESQ.<br>750 Seventh Avenue<br>New York, NY 10019 |
| For Kaneb Pipe Line Operating Partnership, LP: | Gilbert & Renton, LLC<br>By: ROBERT GILBERT, ESQ.<br>344 North Main Street<br>Andover, MA 01810 |
| For Garlock Sealing Technologies: | Robinson, Bradshaw & Hinson, P.A.<br>By: GARLAND CASSADA, ESQ.<br>    RICHARD WORF, ESQ.<br>101 North Tryon Street<br>Suite 1900<br>Charlotte, NC 28246<br><br>Morris James, LLP<br>By: BRETT FALLON, ESQ.<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 |
| For Federal Insurance Company: | Cozen O'Connor<br>By: JACOB C. COHN, ESQ.<br>1900 Market Street<br>Philadelphia, PA 19103 |
| For National Union Fire Insurance Co.: | Zeichner Ellman & Krause, LLP<br>By: MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY 10022 |
| For the Unsecured Creditors' Committee: | Strook & Strook & Lavan<br>By: KENNETH PASQUALE, ESQ.<br>180 Maiden Lane<br>New York, NY 10038 |

```
                                                                    4
```

APPEARANCES (CONT'D):

| | |
|---|---|
| For Fireman's Fund<br>Insurance Co.: | Crowell & Moring LLP<br>By:  LESLIE A. DAVIS, ESQ.<br>     MARK PLEVIN, ESQ.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 |
| For OneBeacon<br>Ins. Co., Geico,<br>Seaton Ins. Co.<br>& Republic Ins. Co: | Drinker Biddle & Reath LLP<br>By:  MICHAEL F. BROWN, ESQ.<br>     JEFFREY M. BOERGER, ESQ.<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA  19103<br><br>Drinker Biddle<br>By:  WARREN PRATT, ESQ.<br>1100 N. Market Street<br>Wilmington, DE 19801-1254 |
| For Longacre Master<br>Fund: | Pepper Hamilton<br>By:  JAMES C. CARIGNAN, ESQ.<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  JANET BAER, ESQ.<br>     ELLI LEIBENSTEIN, ESQ.<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  THEODORE FREEDMAN, ESQ.<br>     CHRISTOPHER GRECO, ESQ.<br>     CLEMENT YEE, ESQ.<br>Citigroup Center, 153 East 53rd St.<br>New York, NY  10022 |
| For the Debtors: | Pachulski, Stang, Ziehl &Jones<br>By:  JAMES O'NEILL, ESQ.<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19899-8705 |
| For Various Claimant<br>Firms: | Stutzman, Bromberg, Esserman & Plifka<br>By:  DAVID J. PARSONS, ESQ.<br>2323 Bryan Street,  Suite 2200<br>Dallas, TX  75201 |

**J&J COURT TRANSCRIBERS, INC.**

1  that might have been for values but not propensity to sue.  I
2  don't recall the propensity to sue.
3  Q    Does the calibration period, if she went back to '94,
4  given the curves that you showed that went up precipitously in
5  the '98 to '01 period of time, if she went back all the way to
6  1994, what effect would that have on the calculation in the
7  case of Grace?
8          MR. PASQUALE:  Objection, Your Honor.  The witness
9  said he didn't recall what Dr. Chambers did.
10          MR. BERNICK:  I just said if she did.
11          THE COURT:  He said that he believes she went back to
12  1994 but with respect to values, not propensity to sue.
13          MR. BERNICK:  Same thing.
14  Q    Would that have an impact on the calculation?
15  A    Well, yes.  It would be -- it's an out-of-date era.
16  Asbestos litigation has changed in many ways and repeatedly.
17  It would be like trying to estimate the amount of teenagers
18  using telephones by looking to an era before there were
19  iPhones and such devices.  It just isn't pertinent.  It's not
20  relevant to the task here which is to forecast the future.
21  Q    Okay.  So, let's in fairness say, okay, let's focus on Dr.
22  Florence.  The real novelty in the estimation trial, was it or
23  was it not the approach that Dr. Florence took?
24  A    It certainly was novel.  I would say it's the real
25  novelty.  It was the outlier.  It was the --

1  Q    It was the outlier.

2  A    It was the unusual.

3  Q    And it was our position, we felt, totally grounded in the

4  law, science in fact, and we said those things and meant those

5  things.  But in the history of estimation --

6  A    Really?

7  Q    Absolutely.  In the history of estimation, has there ever

8  been an asbestos case that adopted the approach that Dr.

9  Florence adopted in connection with his work on the estimation?

10          MR. PASQUALE:  Objection, Your Honor.  Lacks

11 foundation.

12          THE COURT:  Well, if he knows.

13 Q    If you know?

14 A    I know of none.  I know of most estimations, perhaps not

15 every one.  None that I know of have used that method.

16          MR. BERNICK:  Nothing further, Your Honor.

17          THE COURT:  Anyone else?

18          MR. PASQUALE:  No recross from me, Your Honor.

19          THE COURT:  Any recross?

20                    (Pause)

21          THE COURT:  You're excused, Dr. Fleming.  I'm sorry.

22 Dr. Peterson.  I'm sorry.

23          THE WITNESS:  Thank you, Your Honor.

24          THE COURT:  Dr. Peterson.

25          MR. BERNICK:  Farewell.

**J&J COURT TRANSCRIBERS, INC.**