**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING | : | Case No.  10-11780 (JKF) |
| CORP., *et al.,*[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re:  Docket No. _____ |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS TO ESTABLISH
<u>ESTIMATION METHODOLOGY</u>**

Upon the Motion of the Official Committee of Asbestos Personal Injury Claimants (the

"Committee"), to Establish Estimation Methodology ("Motion"), and it appearing that due and

proper notice of the Motion has been given; and good and sufficient cause appearing therefore,

IT IS, on this ___day of _____, 2010;

**ORDERED** as follows:

1.      The Motion is hereby granted.

2.      The Court shall schedule an evidentiary hearing on _____, 2010 at _____

_.m. to determine the appropriate methodology to employ in these Chapter 11 Cases.

_____
Honorable Judith K. Fitzgerald,
United States Bankruptcy Judge

---

[1]  The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125).  The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.