IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Objection Deadline: Nov. 29, 2010 @ 4:00 P.M.<br>Hearing Date: January 10, 2011 @ 11:00 a.m. |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on November 14, 2010, Official Committee of Asbestos Personal Injury Claimants (the "Committee"), through its undersigned counsel, filed the **Motion of the Official Committee of Asbestos Personal Injury Claimants to Establish an Estimation Methodology** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Committee on or before **November 29, 2010 at 4:00 p.m. (Eastern Standard Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received regarding the Motion, a hearing on the Motion and any timely-filed objections thereto will be held on **January 10, 2010 at 11:00 a.m. (Eastern Standard Time)** before The Honorable

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

Judith K. Fitzgerald, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 3rd Floor Visiting Courtroom, Wilmington, Delaware 19801.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 14, 2010

        MONTGOMERY McCRACKEN
        WALKER & RHOADS, LLP

By:   */s/ Natalie D. Ramsey*
      Natalie D. Ramsey, Esquire (DE Bar No. 5378)
      1105 North Market Street, Suite 1500
      Wilmington, DE 19801
      (302) 504-7800

      *Counsel for the Committee of*
      *Asbestos Personal Injury Claimants*