IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1]<br><br>　　　　　Debtors. | : Chapter 11<br>:<br>: Case No. 10-11780 (KJC)<br>:<br>: (Jointly Administered)<br>:<br>: |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2010, she served copies of the Motion of the Official Committee of Asbestos Personal Injury Claimants to Establish an Estimation Methodology ("Motion") and the Notice of Motion and Hearing on the parties on the All Notices List by e-mail pursuant to the Order Establishing Case Management Procedures [Docket No. 252].

　　　　　　　　　　　　　　　　MONTGOMERY McCRACKEN
　　　　　　　　　　　　　　　　WALKER & RHOADS, LLP

　　　　　　　　By:　*/s/ Natalie D. Ramsey*　　　　　　　
　　　　　　　　　　Natalie D. Ramsey, Esquire (DE Bar No. 5378)
　　　　　　　　　　1105 North Market Street
　　　　　　　　　　Suite 1500
　　　　　　　　　　Wilmington, DE 19801

　　　　　　　　　　*Counsel for the Committee of*
　　　　　　　　　　*Asbestos Personal Injury Claimants*

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.