**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (JKF) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## AMENDED STIPULATION AND AGREED ORDER

This Amended Stipulation and Agreed Order is hereby entered into on March 1, 2012, by and among the Official Committee of Asbestos Personal Injury Claimants (the "Committee"), Eric D. Green, the Legal Representative for Future Claimants ( the "FCR"), RPM International, Inc. ("International"), and respective counsel for the Committee, the FCR, and International (all of the foregoing, collectively, the "Parties").

**WHEREAS**, on February 22, 2012, the Parties participated in a mediation with Richard K. Herrmann of the law firm of Morris James LLP at his offices in Wilmington, Delaware with respect to electronically-stored information ("ESI") issues related to the Committee's and FCR's First Set of Document Requests Directed to RPM International (the "Mediation"), which Mediation continued by conference calls on February 25 and 26, 2012, during which the Parties reached agreement on the terms included in the Court's February 27, 2011 Order at Dkt. No. 2168 (the "February 27 ESI Order");

---

[1] The Debtors are Specialty Products Holding Corp. and Bondex International, Inc.  The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The last four digits of their respective taxpayer identification numbers are 0857 and 4125.

{01334310}

**WHEREAS**, after the Court entered the February 27 ESI Order, the Parties realized that one of the custodians listed in Paragraph 2 of the February 27 ESI Order was incorrectly included in that Order in place of another custodian (who was omitted);

**WHEREAS**, the Parties desire to correct this mistake; and

**WHEREAS**, Debtors' counsel has been notified of the requested correction and has no objection to the correction.

**NOW THEREFORE**, the Parties hereby stipulate and agree that:

1. "Brenda Krueger" will be substituted for "Andrea Veneskey" as one of the five custodians listed in Paragraph 2 of the February 27 ESI Order.

2. All other terms of the February 27 ESI Order remain in full force and effect.

March 2, 2012

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

/s/ Natalie D. Ramsey
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
(302) 504-7800

and

Mark B. Sheppard, Esquire (admitted *pro hac vice*)
Peter Breslauer (*pro hac vice* pending)
123 South Broad Street, 24th floor
Philadelphia, PA  19109
(215) 772-1500

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**

/s/ Sharon M. Zieg
James L. Patton, Jr., Esquire (DE Bar No. 2202)
Edwin J. Harron, Esquire (DE Bar No. 3396)
Sharon M. Zieg, Esquire (DE Bar No. 4196)
Erin Edwards, Esquire (DE Bar No. 4392)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

*Counsel for Eric D. Green, the Future Claimants' Representative*

**THORP REED & ARMSTRONG, LLP**

/s/ Thomas H. Kovach
Thomas H. Kovach, Esquire
DE I.D. No. 3964

824 N. Market Street
Suite 710
Wilmington, DE 19801
(302) 250-4749 (Phone)
(302) 421-9439 (Fax)
tkovach@thorpreed.com

and

William M. Wycoff, Esquire
PA I.D. No. 01119 (admitted *pro hac vice*)

Jerri A. Ryan, Esquire
PA I.D. No. 80039 (admitted *pro hac vice*)

One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219
(412) 394-7711 (Phone)
(412) 394-2560 (Fax)
wwycoff@thorpreed.com
jryan@thorpreed.com

*Counsel for RPM International Inc.*

IT IS SO ORDERED.

_____
HON. JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE