**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPECIALTY PRODUCTS<br>HOLDING CORP., *et al.*,[1] | Case No. 10-11780 (JKF) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on March 28, 2012, Eric D. Green, the Future Claimants' Representative, by and through his undersigned counsel, caused a copy of the **Future Claimants' Representative's First Set of Interrogatories Directed to the Debtors on Aggregate Estimation Subjects** and the **Future Claimants' Representative's First Set of Document Requests Directed to the Debtors on Aggregate Estimation Subjects** to be served as indicated upon the following parties:

Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Zachary I. Shapiro, Esq.
Tyler D. Semmelman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
defranceschi@rlf.com; heath@rlf.com;
shapiro@rlf.com; semmelman@rlf.com
(Co-Counsel to the Debtors)
*Hand Delivery and Electronic Mail*

Gregory M. Gordon, Esq.
Dan B. Prieto, Esq.
Robert J. Jud, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
gmgordon@jonesday.com;
dbprieto@jonesday.com;
rjjud@jonesday.com
(Co-Counsel to the Debtors)
*First Class Mail and Electronic Mail*

---

[1]    The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857) and Bondex International, Inc. (4125).  The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

Dated: March 28, 2012          YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John T. Dorsey*
James L. Patton, Jr. (No. 2202)
John T. Dorsey (No. 2988)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600 / Fax: (302) 571-1253

Counsel to the Future Claimants' Representative