# EXHIBIT A

## ITEMIZATION OF INTERROGATORIES AND DEBTORS' RESPONSES

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 1 | Identify each Asbestos PI Claims Database in your possession, custody, or control by providing the following information as to each such Asbestos PI Claims Database:<br>a. any name or designation by which your employees or representatives routinely refer to the particular Asbestos PI Claims Database;<br>b. the period of time to which the information contained in the database, taken as a whole, relates;<br>c. identify each SPHC and/or Bondex entity that is or was a defendant to any Asbestos PI Claim reflected in the data that is contained in the Asbestos Claims Database; and<br>d. identify all data fields or categories of information the Asbestos PI Claims Database was designed to include (for example, claimant's name, date of birth, or social security number; date of first asbestos exposure; period of asbestos exposures; place(s) of exposure(s); product(s) alleged to be sources of exposure; open or closed claim; if applicable, date of settlement, date of judgment, plaintiff's or defendant's verdict, amount of payment). | Interrogatory is identical to ACC Estimation Interrogatory 1; Debtors incorporate by reference their response to that interrogatory | • FCR has no specific issues with the Debtors' answer to this interrogatory at this time. However, as stated below, the Debtors' answer is not sufficient with respect to interrogatory no. 2, which seeks information related to the databases identified by the Debtors in response to this interrogatory |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 2 | Separately for each Asbestos PI Claims Database identified in response to Interrogatory No. 1, identify the individual or individuals whom you consider to be most knowledgeable about the following subject matters:<br>a. design, contents, and capabilities of such Asbestos PI Claims Database;<br>b. the sources of information drawn upon in compiling the data contained in the Asbestos PI Claims Database;<br>c. the processes and procedures employed in compiling and maintaining the Asbestos PI Claims Database; and<br>d. the uses that Debtors has made of the Asbestos PI Claims Database. | Interrogatory is identical to ACC Estimation Interrogatory 1; Debtors incorporate by reference their response to that interrogatory | • Debtors fail identify any individual connected with the 13027 Asbestos Claims Database, instead stating, "that the identity of individual(s) most knowledgeable about the 13027 Asbestos Claims Database is unknown at this time"<br><br>• Debtors have since failed to supplement their answer to that interrogatory. They have a responsibility to identify a person who can testify as to the details of the database and must continue their investigations so that they can provide the FCR with detailed information as soon as possible |

2

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 3 | Identify all Contribution Claims filed or otherwise asserted by SPHC and/or Bondex against any entity with respect to any verdict SPHC and/or Bondex suffered on any Asbestos PI Claim, identify any Database compiling information about SPHC and/or Bondex's Contribution Claims, and provide the following information for each such Contribution Claim: identify the entity against whom SPHC and/or Bondex asserted the Contribution Claim; the date upon which and the manner by which such claim was asserted (e.g., by filing a complaint or making an informal demand for payment); if applicable, the court, jurisdiction, and case number; whether the claim remains pending or, if not, the date of disposition; and whether the claim was paid and, if so, in what dollar amount. | Interrogatory is identical to ACC Estimation Interrogatory 4; Debtors incorporate by reference their response to that interrogatory | • Debtors fail to provide the requested information regarding Debtors' claims for contribution, notwithstanding the limited statement that Debtors "will produce contribution and indemnity claims asserted against the TH Agriculture & Nutrition, LLC asbestos trust"<br><br>• It is not burdensome or unreasonable to expect Debtors to provide responses in the form of lists, compilations, summaries, reports or other documents that set forth the information sought regarding claims for contribution and/or monies received as a result thereof during the time period 1995 to 2010<br><br>• Debtors must produce a privilege log adequately describing those documents and other information withheld as privileged or constituting work product |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 4 | Separately for each database compiling information about SPHC and/or Bondex's Contribution Claims identified in response to Interrogatory No. 3, identify the individual or individuals whom you consider to be most knowledgeable about the following subject matters:<br>a. design, contents, and capabilities of such Contribution Claims Database;<br>b. the sources of information drawn upon in compiling the data contained in the Contribution Claims Database;<br>c. the processes and procedures employed in compiling and maintaining the Contribution Claims Database; and<br>d. the uses that Debtors has made of the Contribution Claims Database. | Debtors are unaware of any "Contribution Claims Database" | • FCR has no specific issues with the Debtors' answer to this interrogatory. However, the FCR reserves all rights with respect to this interrogatory in the event that further discovery reveals the existence of such a database |
| 5 | Identify all individuals who functioned as managerial and executive personnel of SPHC and/or Bondex and, for each of them, give the beginning date and, if applicable, the ending date of his or her activities in that capacity, and describe his or her principal areas of responsibility, including material changes in such responsibilities over time. | Interrogatory is identical to ACC Estimation Interrogatory 6; Debtors incorporate by reference their response to that interrogatory | • FCR has no specific issues with the Debtors' answer to this interrogatory at this time. However, the FCR reserves all rights with respect to this interrogatory based on further consultation with the ACC and pending his review any additional information that may become available through discovery |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 6 | Identify each budget SPHC and/or Bondex adopted for the anticipated expenses of defending, settling, and/or resolving Asbestos PI Claims. | Interrogatory is identical to ACC Estimation Interrogatory 7; Debtors incorporate by reference their response to that interrogatory | • FCR has no specific issues with the Debtors' answer to this interrogatory at this time. However, the FCR reserves all rights with respect to this interrogatory based on further consultation with the ACC and pending of review of any additional information that may become available through discovery |
| 7 | Identify any estimate of your aggregate liability for Asbestos PI Claims, including the date of the estimate, the identity of the person or entity that generated the estimate, the use made of the estimate, the period of time covered by the estimate, the components of the estimate, and the amount of the estimate. | Interrogatory is identical to ACC Estimation Interrogatory 14; Debtors incorporate by reference their response to that interrogatory.<br><br>In the Debtors' response to ACC Estimation Interrogatory 14, they also incorporate their responses to ACC Estimation Interrogatories 15 and 19, as well as ACC Estimation Doc Request 23 | • FCR is entitled to know and obtain appropriate discovery from those persons who have formulated an aggregate estimation of asbestos liabilities during the relevant time period.<br>• Although the Debtors assert that International intends to produce documents responsive to ACC Estimation Doc Request 23, they have not produced such information to date. Moreover, it is incumbent upon the Debtors to search for and produce non-privileged, responsive documents within their possession, custody, or control |

5

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 8 | Identify the person or persons who were most knowledgeable about any estimate of aggregate asbestos liabilities. | Interrogatory is identical to ACC Estimation Interrogatory 15; Debtors incorporate by reference their response to that interrogatory<br><br>In the Debtors' response to ACC Estimation Interrogatory 15, they also incorporate their responses to ACC Estimation Interrogatories 14 and 19, as well as ACC Estimation Doc Request 23 | • In accordance with the debtors' response to ACC Estimation Interrogatory 14, they contend that they are unaware of any estimates of their asbestos liability other than (i) analyses used for the purpose of establishing an accounting reserve for financial reporting purposes, and (ii) any analysis that may have been done in connection with preliminary consideration of a potential risk transfer mechanism with Global Risk.<br><br>• The FCR reserves all rights with respect to this interrogatory based on further consultation with the ACC and pending of review of any additional information that may become available through discovery |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 9 | Identify any valuations of the Debtors' assets as of or after the Petition Date. | Debtors DO NOT assert that this interrogatory is duplicative of any of the ACC Estimation Interrogatories<br><br>Objections: Overly broad, unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of evidence admissible at the estimation hearing, and seeks information protected by attorney-client privilege or work product doctrine. | • Debtors provide no factual support for their claim that this interrogatory is over broad or that it would be unduly burdensome to identify any valuations of the Debtors' assets. Moreover, these objections are meritless given the discrete nature of the information requested<br><br>• The information sought is relevant and discoverable in that any valuation of the Debtors' assets may also contain a valuation of their liabilities |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 10 | Identify the person or persons who were most knowledgeable about any valuation identified in response to Interrogatory No. 9. | Debtors DO NOT assert that this interrogatory is duplicative of any of the ACC Estimation Interrogatories<br><br>Objections: Overly broad, unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of evidence admissible at the estimation hearing | • Debtors provide no factual support for their claim that this interrogatory is over broad or that it would be unduly burdensome to identify any valuations of the Debtors' assets. Moreover, these objections are meritless given the discrete nature of the information requested<br><br>• The information sought is relevant and discoverable in that any valuation of the Debtors' assets may also contain a valuation of their liabilities |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 11 | Identify the person or persons who were primarily responsible for decisions relating to Bondex or SPHC's defense of Asbestos PI Claims in the tort system. | Interrogatory is identical to ACC Estimation Interrogatory 18; Debtors incorporate by reference their response to that interrogatory | • FCR understands that the Debtors and ACC have reached an agreement with respect to ACC Estimation Interrogatory 18 and that the Debtors have provided information consistent with that agreement. Accordingly, the FCR has no specific issues with the Debtors' answer to this interrogatory at this time. However, the FCR reserves all rights with respect to this interrogatory based on further consultation with the ACC and pending of review of any additional information that may become available through discovery |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 12 | Identify all individuals who had authority or authorized settlements of any Asbestos PI Claims by or on behalf of SPHC and/or Bondex. | Interrogatory is incorporated within the scope of ACC Estimation Interrogatories 5, 9 and 18 and FCR Interrogatory 11; Debtors incorporate by reference their responses to those interrogatories | • FCR understands that the Debtors and ACC have reached an agreement with respect to referenced ACC Estimation Interrogatories and that the Debtors have provided information consistent with that agreement. Accordingly, the FCR has no specific issues with the Debtors' answer to this interrogatory at this time. However, the FCR reserves all rights with respect to this interrogatory based on further consultation with the ACC and pending of review of any additional information that may become available through discovery |
| 13 | Identify all persons who provided information, advice or analysis of settlements of any Asbestos PI Claims by or on behalf of SPHC and/or Bondex. | Interrogatory is incorporated within the scope of ACC Estimation Interrogatories 5, 9 and 18; Debtors incorporate by reference their responses to those interrogatories | • This interrogatory seeks information that is not necessarily within the scope of the referenced ACC Estimation Interrogatories. If there are no persons other than the persons recently identified by the Debtors pursuant to the above-referenced agreement with the ACC, the Debtors should simply state that is the case |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 14 | Identify on an annual basis the amount of the indemnity costs incurred by or on behalf of SPHC and/or Bondex for Asbestos PI Claims. | Interrogatory is incorporated within the scope of ACC Estimation Doc Request 1; Debtors incorporate by reference their response to that request; Debtors further contend that the requested information is contained in the Asbestos PI Claims Database already produced to FCR | • FCR has no specific issues with the Debtors' answer to this interrogatory at this time. However, the FCR reserves all rights with respect to this interrogatory based on further consultation with the ACC and pending of review of any additional information that may become available through discovery |
| 15 | Identify on an annual basis the amount of litigation costs incurred by or on behalf of SPHC and/or Bondex for Asbestos PI Claims. | Interrogatory is incorporated within the scope of ACC Estimation Doc Request 26; Debtors incorporate by reference their response to that request<br><br>Objections: Vague and ambiguous as to "litigation costs"; Overly broad and unduly burdensome as to those years where defense costs where covered by insurance; The requested information is contained in the SEC filings previously produced | • FCR has no specific issues with this answer at this time. However, FCR reserves the right to seek this information in the future. |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 16 | If You contend that the Debtors were solvent as of the Petition Date, please describe the basis and all facts that support this contention. | Debtors DO NOT assert that this interrogatory is duplicative of any of the ACC Estimation Interrogatories<br><br>Objections: overly broad, unduly burdensome and not relevant to estimation | • FCR will withdraw this interrogatory at this time but reserves the right to seek this information in the future |
| 17 | Identify each witness (including fact and expert witnesses) whom you intend to call to testify in connection with the estimation proceeding in this case, and for each such witness, provide the information set forth in Federal Rule of Civil Procedure 26(a). | This interrogatory is virtually identical with ACC Estimation Interrogatory 16; Debtors incorporate by reference their response to that interrogatory | • FCR has no specific issues with the Debtors' answer at this time provided that the Debtors timely supplement their answer in accordance with the CMO in this matter |
| 18 | Identify each Document you intend to introduce in connection with the estimation proceeding in this case. | This interrogatory is virtually identical with ACC Estimation Interrogatory 17; Debtors incorporate by reference their response to that interrogatory | • FCR has no specific issues with the Debtors' answer at this time provided that the Debtors timely supplement their answer in accordance with the CMO in this matter |

| ROGG # | Text of Interrogatory | Debtors' Response/Objection | Deficiencies with Responses |
|---|---|---|---|
| 19 | Identify all persons who provided information used in responding to these Interrogatories and for each person identified state the nature of the information provided. | Responses represent the responses of the Debtors and are disassociated from any particular individual, and will be verified by John A. Fleming as a representative of the Debtors. Objects based on attorney-client privilege and work product | • FCR has no specific issues with the Debtors' answer at this time. However, the FCR reserves all rights with respect to this interrogatory based on further consultation with the ACC and pending of review of any additional information that may become available through discovery |