# EXHIBIT B

## ITEMIZATION OF DOCUMENT REQUESTS AND DEBTORS' RESPONSES

- Note: For ease of reference with respect to the general subject matter of a particular document request, the FCR has grouped the document requests by their general subject matter rather than in numerical order. Moreover, in their responses to the FCR' discovery requests, the Debtors asserted that numerous requests are purportedly "subsumed within the scope" of prior requests. The FCR has listed such related requests together for ease of reference. Lastly, there are several requests that are not currently disputed since they are the subject of ongoing discussions among the parties. The rows in the chart relating to the <u>disputed</u> requests are bolded for ease of identification.

## <u>Category</u>

<u>V</u>ALUATION – analysis and valuation of Debtors' asbestos liabilities

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 2 | All Documents constituting, referring to, relating to, or concerning any analysis or valuation of the nature, extent and/or value of the Debtors' liabilities on Asbestos PI Claims. | Duplicative of ACC Estimation Doc Request 23 and ACC Rogs 14, 15 and 19<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 16 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the nature, extent and/or value of all Pre-Petition Asbestos PI Claims. | This document request is subsumed within FCR's document request no. 2; Debtors incorporate by reference their response to request no. 2 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 26 | All Documents constituting, referring to, relating to, or concerning Communications between You (or Your attorneys) and any Person (or their attorneys) regarding the nature, extent and/or value of Pre-Petition Asbestos PI Claims. | This document request is subsumed within FCR's document request no. 2; Debtors incorporate by reference their response to request no. 2 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 27 | All Documents provided to any Expert prior to the Petition Date regarding the nature, causes, diagnoses, extent and/or value of Asbestos PI Claims. | This document request is subsumed within FCR's document request no. 2; Debtors incorporate by reference their response to request no. 2 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 28 | All Communications, reports, memoranda, or data compilations relating to the nature, extent and/or value of the Asbestos PI Claims that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | Duplicative of ACC Estimation Doc Request 23 and 29 and ACC Rog 14<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• In response to the ACC Estimation Requests, Debtors indicated that International was going to produce documents responsive to this request. To date, International has not completed its production and the FCR is not aware that documents responsive to this request have been provided |
| 38 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding the nature, extent and/or value of the Asbestos PI Claims. | This document request is subsumed within FCR's document request no. 2; Debtors incorporate by reference their response to request no. 2 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 48 | All Documents constituting, referring to, relating to, or concerning any analysis or valuation of the nature, extent and/or value of all Claims (as such term is defined in Section 101(5) of the Bankruptcy Code) against the Debtors, including, without limitation, Asbestos PI Claims, arising prior to the Petition Date. | This document request is subsumed within FCR's document request no. 2; Debtors incorporate by reference their response to request no. 2<br><br>Objections: over broad, unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of evidence admissible at the estimation hearing to the extent it seeks documents unrelated to Asbestos PI Claims. | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 66 | **All Documents constituting, referring to, relating to, or concerning any analysis or valuation of the nature, extent and/or value of the Debtors' asbestos-related liabilities that were prepared by Crawford and Winiarski Financial Consulting.** | **This document request is subsumed within FCR's document request no. 2; Debtors incorporate by reference their response to request no. 2** | • **This document request is not over broad or unduly burdensome as it seeks specific documents that were prepared by or reviewed Crawford and Winiarski Financial Consulting**<br><br>• **FCR believes that the Debtors have not produced any responsive studies or reports from Crawford and Winiarski Financial Consulting**<br><br>• **Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product** |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 67 | All Communications between You (or any Person acting Your behalf) and Crawford and Winiarski Financial Consulting (or any Person acting on its behalf) concerning the Debtors' asbestos-related liabilities. | This document request is subsumed within FCR's document request no. 2; Debtors incorporate by reference their response to request no. 2 | • This document request is not over broad or unduly burdensome as it seeks communications between the Debtors (on anyone acting on their behalf) and Crawford and Winiarski Financial Consulting concerning the Debtors' asbestos-related liabilities<br><br>• FCR believes that the Debtors have not produced responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 69 | All Documents relating to costs incurred by You (or on Your behalf) including, without limitation, fees for attorneys and various experts and consultants, to defend or otherwise litigate Asbestos PI Claims during the time period of January 1, 1998 through and including the present. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend it is duplicative of FCR Estimation Rog 15; Debtors incorporate by reference their response to that interrogatory<br><br>Objections: Overbroad and unduly burdensome; attorney-client privilege; work product | • Document requests are not duplicative of interrogatories<br><br>• Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced documents sufficient to identify the costs incurred by them (or on their behalf) to defend or otherwise litigate Asbestos PI Claims during the relevant time period |

## Category

**PRODUCT EXPOSURE** – documents relating to

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 3 | All Documents constituting, referring to, relating to, or concerning the usage, market share, sales and/or product reach of the Debtors' asbestos-containing products, including interior finishes, patch and repair products, primers, waterproofing and sealant products, roofing products and joint compounds. | Duplicative of ACC Estimation Doc Requests 2 and 3<br><br>Debtors provided documents related to market share in attachments to Information Brief and sales information in documents provided to FCR with initial bates number of "BON"<br><br>Objection: overly broad and unduly burdensome | • Debtors have asserted they have produced all responsive documents with respect to ACC Estimation Doc Request 3 but have failed to indicate whether they have produced all documents responsive to ACC Estimation Doc Request 2.  Nonetheless, the FCR does not currently dispute the Debtors' production with respect to this request |
| 17 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the usage, market share, sales and/or product reach of the Debtors' asbestos-containing products, including interior finishes, patch and repair products, primers, waterproofing and sealant products, roofing products and joint compounds. | This document request is subsumed within FCR's document request no. 3; Debtors incorporate by reference their response to request no. 3 | • Debtors have asserted they have produced all responsive documents with respect to ACC Estimation Doc Request 3.  There is no current dispute between the Debtors and the FCR concerning the Debtors' document productions with respect to this request |
| 29 | All Communications, reports, memoranda, or data compilations relating to the usage, market share, sales and/or product reach of the Debtors' asbestos-containing products that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | This document request is subsumed within FCR's document request no. 3; Debtors incorporate by reference their response to request no. 3 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 39 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding the usage, market share, sales and/or product reach of the Debtors' asbestos-containing products. | This document request is subsumed within FCR's document request no. 3; Debtors incorporate by reference their response to request no. 3 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

## Category

MEDICAL SCIENCE – medical and product exposure requests

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 4 | All Documents constituting, referring to, relating to, or concerning the epidemiology of asbestos-related diseases. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: overly broad and unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence, and attorney/client privilege, work product | • In accordance with the Debtors' response to this request and the *Debtors' Expert Witness Disclosure for Asbestos Estimation*, the Debtors will be presenting expert testimony on the subject of the epidemiology of asbestos-related diseases. The FCR is entitled to responsive documents. For example, International produced a document that references a study of employees at plant where Bondex produced asbestos-containing products and allegedly no workers were ever diagnosed with an asbestos-related disease. [Draft Editorial Dated March 4, 2005 of Frank Sullivan eRPMINTL00010118] Neither the Debtors nor International have produced the referenced study<br><br>• Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| | | | • FCR believes that the Debtors have only produced a few but not all documents that are arguably responsive to this request |
| 18 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the epidemiology of asbestos-related diseases. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 4; Debtors incorporate by reference their response to request no. 4 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced any responsive documents<br><br>• The FCR is entitled to responsive documents since the Debtors will be presenting expert testimony on the subject of the epidemiology of asbestos-related diseases |
| 30 | All Communications, reports, memoranda, or data compilations relating to the epidemiology of asbestos-related diseases that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 4; Debtors incorporate by reference their response to request no. 4 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| | | | • FCR believes that the Debtors have not produced responsive documents |
| 40 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding the epidemiology of asbestos-related diseases. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 4 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 5 | **All Documents constituting, referring to, relating to, or concerning the risks and likelihood of cause of various diseases from the Debtors' products.** | **Duplicative of ACC Original Doc Request 41**<br><br>**Objections: overly broad and unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence attorney/client privilege, work product** | • **In accordance with the Debtors' response to this request and the *Debtors' Expert Witness Disclosure for Asbestos Estimation*, the Debtors will be presenting expert testimony on the risks and likelihood of cause of various diseases from the Debtors' products. Thus, the requested documents are relevant and the FCR is entitled to responsive documents**<br><br>• **Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents**<br><br>• **Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product**<br><br>• **FCR believes that the Debtors have produced only a few documents that are arguably responsive to this request** |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 19 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the risks and likelihood of cause of various diseases from the Debtors' products. | This document request is subsumed within FCR's document request no. 5; Debtors incorporate by reference their response to request no. 5 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• The FCR is entitled to responsive documents since the Debtors will be presenting expert testimony on the subject of the risks and likelihood of cause of various diseases from the Debtors' products<br><br>FCR believes that the Debtors have not produced responsive documents |
| 31 | All Communications, reports, memoranda, or data compilations relating to the risks and likelihood of cause of various diseases from the Debtors' products that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | This document request is subsumed within FCR's document request no. 5; Debtors incorporate by reference their response to request no. 5 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br>FCR believes that the Debtors have not produced responsive documents |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 41 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding the risks and likelihood of cause of various diseases from the Debtors' products. | This document request is subsumed within FCR's document request no. 5; Debtors incorporate by reference their response to request no. 5 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 6 | **All Documents constituting, referring to, relating to, or concerning the causation and diagnoses of various asbestos-related diseases, including, without limitation, mesothelioma.** | **Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests**<br><br>**Objections: overly broad and unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence attorney/client privilege, work product** | • **In accordance with the Debtors' response to this request and the *Debtors' Expert Witness Disclosure for Asbestos Estimation*, the Debtors will be presenting expert testimony on this subject. Thus, the requested documents are relevant and the FCR is entitled to responsive documents**<br><br>• **Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents**<br><br>• **Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product**<br><br>• **This request seeks highly relevant documents relating to the Debtors' novel estimation theory concerning their past settlements of asbestos claims**<br><br>• **FCR believes that the Debtors have produced only a few but not all documents that are arguably responsive to this request** |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 20 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the causation and diagnoses of various asbestos-related diseases, including, without limitation, mesothelioma. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 6; Debtors incorporate by reference their response to request no. 6 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• This request seeks highly relevant documents as such documents relate to the Debtors' novel estimation theory concerning their past settlements of asbestos claims<br><br>• FCR believes that the Debtors have not produced responsive documents. FCR further believes Debtors' response indicates they have no intention of producing such documents |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 32 | All Communications, reports, memoranda, or data compilations relating to the causation and diagnoses of various asbestos-related diseases that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 6; Debtors incorporate by reference their response to request no. 6 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents. <br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product <br><br>• This request seeks highly relevant documents as such documents relate to the Debtors' novel estimation theory <br><br>• FCR believes that the Debtors have not produced responsive documents. FCR further believes the Debtors' response indicates they have no intention of producing such documents |
| 42 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding the causation and diagnoses of various asbestos-related diseases. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 6; Debtors incorporate by reference their response to request no. 6 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 7 | All Documents constituting, referring to, relating to, or concerning: (i) imaging studies for the diagnosis, staging and treatment of predominantly non-malignant asbestos related changes; (ii) the evaluation of imaging studies of the lung for the presence of asbestos-related diseases; and/or (iii) the validity and reliability of various diagnostic reports issued by certain screening physicians retained by claimants in asbestos litigation. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests <br><br>Objections: overly broad and unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence attorney/client privilege, work product | • In accordance with the Debtors' response to this request and the *Debtors' Expert Witness Disclosure for Asbestos Estimation*, the Debtors will be presenting expert testimony on these subjects. Thus, the requested documents are relevant and the FCR is entitled to responsive documents<br><br>• Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• This request seeks highly relevant documents as such documents relate to the Debtors' novel estimation theory concerning their past settlements of asbestos claims<br><br>• FCR believes that the Debtors have not produced responsive documents. FCR further believes Debtors' response indicates they have no intention of producing such documents |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 21 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding (i) imaging studies for the diagnosis, staging and treatment of predominantly non-malignant asbestos related changes, (ii) the evaluation of imaging studies of the lung for the presence of asbestos-related diseases, and/or (iii) the validity and reliability of various diagnostic reports issued by certain screening physicians retained by claimants in asbestos litigation. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 7; Debtors incorporate by reference their response to request no. 7 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• This request seeks highly relevant documents as such documents relate to the Debtors' novel estimation theory concerning their past settlements of asbestos claims<br><br>• FCR believes that the Debtors have not produced responsive documents.  FCR further believes Debtors' response indicates they have no intention of producing such documents |
| 33 | All Communications, reports, memoranda, or data compilations relating to (i) imaging studies for the diagnosis, staging and treatment of predominantly non-malignant asbestos related changes, (ii) the evaluation of imaging studies of the lung for the presence of asbestos-related diseases, and/or (iii) the validity and reliability of | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 7; Debtors incorporate by reference their response to request no. 7 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| | various diagnostic reports issued by certain screening physicians retained by claimants in asbestos litigation, that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | | • This request seeks highly relevant documents as such documents relate to the Debtors' novel estimation theory concerning their past settlements of asbestos claims<br><br>• FCR believes that the Debtors have not produced responsive documents. FCR further believes Debtors' response indicates they have no intention of producing such documents |
| 43 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding (i) imaging studies for the diagnosis, staging and treatment of predominantly non-malignant asbestos related changes, (ii) the evaluation of imaging studies of the lung for the presence of asbestos-related diseases, and/or (iii) the validity and reliability of various diagnostic reports issued by certain screening physicians retained by claimants in asbestos litigation. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 7; Debtors incorporate by reference their response to request no. 7 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

## Category

LEGAL ECONOMICS – science of estimation of legal liabilities or relationship of economics to tort system

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 8 | All Documents constituting, referring to, relating to, or concerning legal economics, including, without limitation, the relationship of economics to the tort system. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests <br><br> Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • In accordance with the Debtors' response to this request and the *Debtors' Expert Witness Disclosure for Asbestos Estimation*, the Debtors will be presenting expert testimony on the subject of legal economics. Thus, the requested documents are relevant and the FCR is entitled to responsive documents <br><br> • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents <br><br> • Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product <br><br> • FCR believes that the Debtors have not produced responsive documents |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 22 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding legal economics, including, without limitation, the relationship of economics to the tort system. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 8; Debtors incorporate by reference their response to request no. 8 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced responsive documents<br><br>• The FCR is entitled to responsive documents since the Debtors will be presenting expert testimony on the subject of legal economics |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 34 | All Communications, reports, memoranda, or data compilations relating to legal economics, including, without limitation, the relationship of economics to the tort system, that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 8; Debtors incorporate by reference their response to request no. 8 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced responsive documents<br><br>• The FCR is entitled to responsive documents since the Debtors will be presenting expert testimony on the subject of legal economics |
| 44 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding legal economics, including, without limitation, the relationship of economics to the tort system. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 8; Debtors incorporate by reference their response to request no. 8 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 9 | All Documents constituting, referring to, relating to, or concerning the science of econometrics, including, without limitation, issues surrounding the science of estimation of legal liabilities. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • In accordance with the Debtors' response to this request and the *Debtors' Expert Witness Disclosure for Asbestos Estimation*, the Debtors will be presenting expert testimony concerning the science of econometrics. Thus, the requested documents are relevant and the FCR is entitled to responsive documents<br><br>• Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced responsive documents |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 23 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the science of econometrics, including, without limitation, issues surrounding the science of estimation of legal liabilities. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 9; Debtors incorporate by reference their response to request no. 9 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced responsive documents<br><br>• The FCR is entitled to responsive documents since the Debtors will be presenting expert testimony on the science of econometrics |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 35 | All Communications, reports, memoranda, or data compilations relating to the science of econometrics, including, without limitation, issues surrounding the science of estimation of legal liabilities, that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 9; Debtors incorporate by reference their response to request no. 9 | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced responsive documents<br><br>• The FCR is entitled to responsive documents since the Debtors will be presenting expert testimony on the science of econometrics |
| 45 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding the science of econometrics, including, without limitation, issues surrounding the science of estimation of legal liabilities. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this document request is subsumed within FCR's document request no. 9; Debtors incorporate by reference their response to request no. 9 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

## Category

**HISTORICAL** – documents related to Debtors' prepetition treatment of asbestos claims

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 1 | All claims files, litigation files or similar files concerning Pre-Petition Asbestos PI Claims. | Duplicative of Asbestos PI Claims Database.<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 10 | All Documents constituting, referring to, relating to, or concerning the Debtors' experience in asbestos litigation, including the Debtors' settlement of asbestos claims. | Duplicative of ACC Estimation Doc Request 1, 4, 5, 6, 7, 8, 9, 16, 20, 21, 26 and 27<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 24 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the Debtors' experience in asbestos litigation, including the Debtors' settlement of asbestos claims. | This document request is subsumed within FCR's document request no. 10; Debtors incorporate by reference their response to request no. 10 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 36 | All Communications, reports, memoranda, or data compilations relating to the Debtors' experience in asbestos litigation, including the Debtors' settlement of asbestos claims, that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | This document request is subsumed within FCR's document request no. 10; Debtors incorporate by reference their response to request no. 10 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 46 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding the Debtors' experience in asbestos litigation, including the Debtors' settlement of asbestos claims. | This document request is subsumed within FCR's document request no. 10; Debtors incorporate by reference their response to request no. 10 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 11 | All Documents constituting, referring to, relating to, or concerning the usual course of conduct of asbestos-related litigation, the mechanics of asbestos-related litigation, and the way in which cases are settled and litigated. | Duplicative of ACC Estimation Doc Request 1, 4, 5, 6, 7, 8, 9, 16, 20, 21, 26 and 27<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 25 | All Documents constituting, referring to, relating to, or concerning Communications between or among You, Your attorneys and/or any Expert regarding the usual course of conduct of asbestos-related litigation, the mechanics of asbestos-related litigation, and the way in which cases are settled and litigated. | This document request is subsumed within FCR's document request no. 11; Debtors incorporate by reference their response to request no. 11 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 37 | All Communications, reports, memoranda, or data compilations relating to (i) the usual course of conduct of asbestos-related litigation, (ii) the mechanics of asbestos-related litigation, and/or (iii) the way in which cases are settled and litigated, that You received from any Expert engaged, employed or otherwise retained by You (or on Your behalf) prior to the Petition Date. | This document request is subsumed within FCR's document request no. 11; Debtors incorporate by reference their response to request no. 11 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 47 | All Documents provided to any Expert engaged, employed or otherwise retained by You (or on Your behalf) after the Petition Date regarding (i) the usual course of conduct of asbestos-related litigation, (ii) the mechanics of asbestos-related litigation, and/or (iii) the way in which cases are settled and litigated. | This document request is subsumed within FCR's document request no. 11; Debtors incorporate by reference their response to request no. 11 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 51 | All accounting records relating to the Debtors' Asbestos PI Claims. | Duplicative of ACC Original Doc Requests 8, 9, 16, 31, 34, 37, 40, 10 and 12 and ACC Estimation Doc Request 24<br><br>Objections: overbroad and unduly burdensome; vague | • The FCR withdraws this request |
| 52 | **All Documents provided to any third-party regarding Asbestos PI Claims.** | **Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests**<br><br>**Objections: overbroad and unduly burdensome and oppressive** | • **Other than referencing claim files, Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents. This request would include, among other documents, communications between and among the Debtors and (i) other asbestos defendants, (ii) insurers, (iii) auditors, and (iv) consultants, relating to Asbestos PI Claims. Accordingly, the Debtors should have responsive documents within their possession, custody, or control**<br><br>• **Debtors do not indicate that they will produce responsive documents and the FCR believes that no responsive documents have been produced** |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 54 | All notes, writings or other recordings of Jack Fleming (or any other of the Debtors' employees) regarding any settlement, analysis and/or valuation of Pre-Petition Asbestos PI Claims. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: Overbroad, unduly burdensome and oppressive, attorney-client privilege; work product | • Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents. Moreover, these objections are meritless given that the request calls for the production of documents from a specific individual (Jack Fleming) who was heavily involved in the Debtors' settlements of Asbestos PI Claims<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• Debtors do not indicate that they will produce responsive documents and the FCR believes that no responsive documents have been produced |
| 55 | All notes, writings or other recordings of attorneys engaged, employed or otherwise retained by You prior to the Petition Date regarding any settlement, analysis and/or valuation of Pre-Petition Asbestos PI Claims. | Duplicative of ACC Estimation Document Request 21<br><br>Objections: Attorney-client privilege; work product | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 56 | All notes, writings or other recordings of attorneys engaged, employed or otherwise retained by You prior to the Petition Date regarding any communications with any Expert engaged, employed or otherwise retained by You (or on Your behalf). | Duplicative of ACC Estimation Document Request 29<br><br>Objections: Attorney-client privilege; work product | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 57 | **All Documents constituting internal procedures handbooks or similar manuals for the process or means by which the Debtors address or handle Asbestos PI Claims.** | **Duplicative of ACC Estimation Document Request 14 and 21**<br><br>**Objections: overbroad and unduly burdensome; vague** | • **This request is not duplicative of ACC Estimation Document Request 14 and 21**<br>• **This request is not over broad, unduly burdensome or vague as it seeks the production of a specific type of document. The Debtors should simply state they have no responsive documents if they do not possess handbooks or manuals concerning the process or means by which they address or handle Asbestos PI Claims** |

## Category

**OTHER DEFENDANTS' LIABILITY** – evidence or analysis of other defendants' asbestos liabilities, including Trusts

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 12 | All Documents constituting, referring to, relating to, or concerning the extent and/or value of the asbestos liabilities of entities other than the Debtors. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product, and likely publicly available | • Debtors' documents concerning the extent and/or value of the asbestos liabilities of entities other than the Debtors are relevant. Based on their response that responsive documents are "likely" publicly available, it appears the Debtors made no efforts to search for otherwise responsive documents<br><br>• Even if some documents are publicly available, the FCR has the right to know what documents the Debtors have in their possession and have reviewed, considered, etc. in connection with asbestos liabilities<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have produced only a handful of documents that are arguably responsive to this request |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 13 | All Documents constituting, referring to, or concerning the extent and/or value of any third-party's joint and/or several liability for any Asbestos PI Claims. | Duplicative of ACC Estimation Doc Request 6, 7 and 16<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • This request goes beyond the scope of ACC Estimation Doc Request Nos 6, 7, 16. For example, this request seeks internal communications concerning the Debtors' decisions to decline or refuse to prosecute claims against third-parties in connection with the Debtors' asbestos liabilities<br><br>• Debtors must produce a privilege log describing those documents withheld as privileged or constituting work product<br><br>• Other than the arguably responsive documents referenced by the Debtors in response to ACC Estimation Doc Requests 6, 7, 16, FCR believes that the Debtors have not produced responsive documents |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 14 | All Documents constituting, referring to, relating to, or concerning Your attempt to pursue, or decision not to pursue, any indemnification and/or contribution claim from any other entity for Asbestos PI Claims liabilities. | Duplicative of ACC Estimation Doc Request 6, 7 and 16<br><br>Objections: overly broad and unduly burdensome, attorney/client privilege, work product | • This request goes beyond the scope of ACC Estimation Doc Request Nos 6, 7, 16. For example, this request seeks internal communications concerning the Debtors' decisions to decline or refused to prosecute claims against third-parties in connection with the Debtors' asbestos liabilities<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• Other than the arguably responsive documents referenced by the Debtors in response to ACC Estimation Doc Requests 6, 7, 16, FCR believes that the Debtors have not produced responsive documents |
| 15 | All Communications between You, or anyone acting on Your behalf, and any third-party that You believed was joint and/or severally liable with the Debtors for any Asbestos PI Claims. | This document request is subsumed within FCR's document request no. 14; Debtors incorporate by reference their response to request no. 14 | • The FCR will withdraw this request |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 58 | All Documents relating to the asbestos personal injury trusts referenced in the Motion of the Debtors for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Directing Production of Historic Claims Databases by Certain Asbestos Personal Injury Trusts [Docket No. 559] filed by the Debtors on November 14, 2010. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: overbroad and unduly burdensome | • This request is not overbroad or unduly burdensome. Moreover, the Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• Debtors' documents concerning the personal injury trusts are relevant. Based on their response that responsive documents are "likely" publicly available, it appears the Debtors made no efforts to search for otherwise responsive documents<br><br>• Even if some documents are publicly available, the FCR has the right to know what documents the Debtors have in their possession and have reviewed, considered, etc. in connection with asbestos liabilities<br><br>• FCR believes that the Debtors have not produced responsive documents |

## Category

**BOARD** – documents provided to, or minutes or transcripts from Board Meetings during which Asbestos PI Claims were addressed

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 49 | All Documents provided to the Debtors' boards of directors regarding Asbestos PI Claims, including, without limitation, all presentations, business plans, memoranda, analyses, reports and materials prepared for or made during any meeting of the board of directors. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this request includes documents requested in ACC Original Doc Requests 10 and 12<br><br>Objections: attorney-client, work product | • Upon information and belief, the Debtors boards of directors created committees (or sub-committees) tasked with addressing the Debtors asbestos liabilities. Despite the existence of those committees, the FCR believes that the Debtors have produced only a few documents responsive to this request<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product |
| 50 | All Documents prepared by the members of the Debtors' boards of directors relating to the Debtors' Asbestos PI Claims, including but not limited to, notes taken during any meetings of the boards of directors. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this request includes documents requested in ACC Original Doc Requests 10 and 12<br><br>Objections: attorney-client, work product | • Upon information and belief, the Debtors boards of directors created committees (or sub-committees) tasked with addressing the Debtors asbestos liabilities. Despite the existence of those committees, the FCR believes that the Debtors have not produced any documents responsive to this request<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 53 | All minutes, transcripts, written consents and resolutions of or resulting from meetings of the Debtors' boards of directors during which Asbestos PI Claims were discussed or otherwise addressed. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests. Instead, they contend this request includes documents requested in ACC Original Document Requests 10 and 12 | • Upon information and belief, the Debtors boards of directors created committees (or sub-committees) tasked with addressing the Debtors asbestos liabilities.  Despite the existence of those committees, the FCR believes that the Debtors have produced only a few documents responsive to this request |

**Category**

**EXPERT DISCLOSURE** – documents provided to or analyzed by Debtors' experts

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 59 | All Documents You provided to any Expert identified on the Debtors' Expert Witness Disclosure. | Duplicative of ACC Estimation Document Request 30 | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |
| 60 | All Communications between You and any Expert identified on the Debtors' Expert Witness Disclosure. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: attorney-client privilege; work product | • This document request is the subject of ongoing discussions among the Debtors, ACC and FCR |

<u>Category</u>

**FAIR ACT** – documents related to federal or state legislation

to pay asbestos claims or limit liability

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 61 | All Documents constituting, referring to, relating to, or concerning any federal legislation regarding the establishment of a national trust to pay Asbestos PI Claims. | **Duplicative of ACC Estimation Document Request 13**<br><br>**Objections: Overbroad and unduly burdensome; not relevant; attorney-client privilege; work product** | • The *Noerr-Pennington* Doctrine is an affirmative defense which exempts from anti-trust liability any petitioning activity designed to influence legislative bodies or governmental agencies. This exemption, however, does not extend to discovery of evidence, especially in the context of this matter since anti-trust liability is not at issue<br><br>• The requested documents are relevant in that they are probative of the debtors' views of future asbestos-related liabilities<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced responsive documents |
| 62 | All Documents constituting, referring to, relating to, or concerning any state and/or federal legislation designed to limit tort related liabilities. | **Duplicative of ACC Estimation Document Request 13**<br><br>**Objections: Overbroad and unduly burdensome; not relevant; attorney-client privilege; work product** | • The exemption afforded by the *Noerr-Pennington* Doctrine does not extend to discovery of evidence, especially in the context of this matter since anti-trust liability is not at issue |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
|  |  |  | • The requested documents are relevant in that they are probative of the debtors' views of future asbestos-related liabilities<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product<br><br>• FCR believes that the Debtors have not produced responsive documents |

## Category

**INTERNATIONAL** – communications with International regarding asbestos liability, bankruptcy filing or 2002 corporate restructuring

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 63 | All Communications between You (or any Person acting Your behalf) and RPM International (or any Person acting on its behalf) concerning the Debtors' chapter 11 bankruptcy cases, including, without limitation, Communications concerning any prospective restructuring of any of the Debtors or the Debtors' asbestos-related liabilities. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: attorney-client privilege; work product; common interest; not relevant and not calculated to lead to the discovery of admissible evidence at the estimation hearing | • Certain documents responsive to this request are subject of the pending motion of the ACC and FCR for an order compelling the production of documents withheld as privileged [D.I. 2390]<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product as well as identifying the specific privilege (attorney/client, common interest, etc.) being asserted<br><br>• Privilege should not apply to, among other communications, any post-petition communications between the Debtors and RPM<br><br>• FCR believes that the Debtors have not produced documents responsive to this request. FCR further believes Debtors' response indicates they have no intention of producing responsive documents |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 64 | All Communications between You (or any Person acting Your behalf) and RPM International (or any Person acting on its behalf) concerning the corporate restructuring of SPHC in 2002. | Duplicative of ACC Original Document Request 1, 3, 24, 25, 26, 27 and 43<br><br>Objections: Overbroad and unduly burdensome; attorney-client privilege; work product; common interest | • Certain documents responsive to this request are subject of the pending motion of the ACC and FCR for an order compelling the production of documents withheld as privileged [D.I. 2390]<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product as well as identifying the specific privilege (attorney/client, common interest, etc.) being asserted<br><br>• Privilege should not apply to, among other communications, any post-petition communications between the Debtors and RPM |

| Doc Req# | Text of Document Request | Debtors' Response/Objection | Deficiencies with Response/Objection |
|---|---|---|---|
| 65 | All Communications between You (or any Person acting Your behalf) and RPM International (or any Person acting on its behalf) concerning the Debtors' asbestos-related liabilities, including, without limitation, Communications concerning Asbestos PI Claims or any payments made by RPM International on behalf of the Debtors on account of Asbestos PI Claims. | Duplicative of ACC Original Document Request 39<br><br>Objections: attorney-client privilege; work product; common interest | • Certain documents responsive to this request are subject of the pending motion of the ACC and FCR for an order compelling the production of documents withheld as privileged [D.I. 2390]<br><br>• Debtors must produce a privilege log adequately describing those documents withheld as privileged or constituting work product as well as identifying the specific privilege (attorney/client, common interest, etc.) being asserted<br><br>• Privilege should not apply to, among other communications, any post-petition communications between the Debtors and RPM |
| 68 | All Documents relating to SPHC's sale of Proko Industries, Inc. in 1991, including, without limitation, minutes, transcripts, written consents and resolutions of or resulting from meetings of SPHC's board of directors during which the sale of Proko Industries, Inc. was discussed or otherwise addressed. | Debtors DO NOT assert that this request is duplicative of any of the ACC Estimation Doc Requests<br><br>Objections: Overbroad and unduly burdensome; not relevant to estimation | • This request is not overbroad or unduly burdensome. Moreover, the Debtors provide no factual support for their claim that this request is over broad or that it would be unduly burdensome to search for responsive documents<br><br>• The requested documents are discoverable since they may contain discussions relating to the Debtors' asbestos-related liabilities<br><br>• FCR believes that the Debtors have not produced responsive documents |