**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPECIALTY PRODUCTS<br>HOLDING CORP., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 10-11780 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline: August 13, 2012 at 4:00 p.m. (ET)**<br>**Hearing Date: To Be Determined** |

**TWENTY-SECOND MONTHLY APPLICATION OF YOUNG CONAWAY
STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS FOR THE PERIOD
FROM JUNE 1, 2012 THROUGH JUNE 30, 2012**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | Counsel to Eric D. Green, the Legal Representative for Future Claimants |
| Date of Retention: | *Nunc Pro Tunc* to September 8, 2010 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2012 to June 30, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $238,544.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $12,934.27 |

This Application includes 2.00 hours and $818.00 in fees incurred in connection with the preparation of fee applications.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857) and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

01:10319696.22

## SUMMARY OF APPLICATIONS

|   | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved and/or Paid Fees | Approved and/or Paid Expenses |
|---|---|---|---|---|---|---|
| 1 | 10/27/10 | 09/08/10 – 09/30/10 | $12,870.50 | $283.96 | $12,870.50 | $175.86[2] |
| 2 | 11/30/10 | 10/01/10 – 10/31/10 | $80,365.50 | $2,522.79 | $415,948.50 | $12,391.94[3] |
| 3 | 12/27/10 | 11/01/10 – 11/30/10 | $109,765.00 | $1,629.12 | | |
| 4 | 01/31/11 | 12/01/10 – 12/31/10 | $88,160.00 | $4,101.73 | | |
| 5 | 02/28/11 | 01/01/11 – 01/31/11 | $137,658.00 | $5,100.90 | | |
| 6 | 03/31/11 | 02/01/11 – 02/28/11 | $150,790.00 | $8,115.78 | $725,083.50 | $19,368.72[4] |
| 7 | 04/29/11 | 03/01/11 – 03/31/11 | $158,479.50 | $4,786.81 | | |
| 8 | 05/31/11 | 04/01/11 – 04/30/11 | $200,698.00 | $3,328.61 | | |
| 9 | 06/30/11 | 05/01/11 – 05/31/11 | $215,116.00 | $3,231.12 | | |
| 10 | 07/29/11 | 06/01/11 – 06/30/11 | $109,322.00 | $814.84 | $535,883.00[5] | $9,259.05[6] |
| 11 | 08/31/11 | 07/01/11 – 07/31/11 | $115,235.50 | $2,956.39 | | |
| 12 | 09/30/11 | 08/01/11 – 08/31/11 | $105,057.50 | $4,202.64 | | |
| 13 | 10/31/11 | 09/01/11 – 09/30/11 | $206,386.50 | $1,319.18 | | |
| 14 | 11/30/11 | 10/01/11 – 10/31/11 | $110,972.50 | $4,549.86 | $88,778.00 | $4,549.86 |
| 15 | 12/30/11 | 11/01/11 – 11/30/11 | $168,834.50 | $3,902.06 | $135,067.60 | $3,902.06 |
| 16 | 01/31/12 | 12/01/11 – 12/31/11 | $156,235.50 | $3,014.12 | $124,988.40 | $3,014.12 |
| 17 | 02/29/12 | 01/01/12 – 01/31/12 | $406,259.50 | $8,409.59 | $325,007.60 | $8,409.59 |
| 18 | 03/30/12 | 02/01/12 – 02/29/12 | $389,303.50 | $7,973.13 | $311,442.80 | $7,973.13 |
| 19 | 04/30/12 | 03/01/12 – 03/31/12 | $226,529.00 | $3,805.19 | $181,223.20 | $3,805.19 |
| 20 | 05/31/12 | 04/01/12 – 04/30/12 | $155,338.00 | $2,819.07 | $124,270.40 | $2,819.07 |

---

[2] Amount reflects a reduction of $108.10 pursuant to the Omnibus Order Approving First Interim Fee Application Requests [Docket No. 1222].

[3] Amount reflects a reduction of $962.60 pursuant to the Omnibus Order Approving Second Interim Fee Application Requests [Docket No. 1882].

[4] Amount reflects a reduction of $93.60 pursuant to the Omnibus Order Approving Third Interim Fee Application Requests [Docket No. 2193].

[5] Amount reflects a reduction of $118.50 pursuant to the Omnibus Order Approving Fourth Interim Fee Application Requests [Docket No. 2644].

[6] Amount reflects a reduction of $34.00 pursuant to the Omnibus Order Approving Fourth Interim Fee Application Requests [Docket No. 2644].

| 21 | 06/29/12 | 05/01/12 – 05/31/12 | $226,551.50 | $2,843.47 | $180,814.80 | $2,843.47 |
|---|---|---|---|---|---|---|
| 22 | 07/31/12 | 06/01/12 – 06/30/12 | $238,544.00 | $12,934.27 | Pending | Pending |
| | | **TOTALS:** | **$3,768,472.00** | **$92,644.63** | **$3,161,378.30** | **$78,512.06** |

01:10319696.22

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position With the Applicant and Number of Years in That Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James L. Patton | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | $950.00 | 2.80 | $2,660.00 |
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1991. | $675.00 | 30.10 | $20,317.50 |
| Edwin J. Harron | Partner since 2003. Joined firm as an associate in 1996. Member of DE Bar since 1995. | $650.00 | 31.90 | $20,735.00 |
| Edmon L. Morton | Partner since 2008. Joined firm as an associate in 1999. Member of DE Bar since 1999. | $575.00 | 17.30 | $9,947.50 |
| Sharon M. Zieg | Partner since 2009. Joined firm as an associate in 2000. Member of NC Bar since 2000 and DE Bar since 2002. | $535.00 | 94.30 | $50,450.50 |
| Erin D. Edwards | Joined firm as an associate in 2003. Member of DE Bar since 2003. | $410.00 | 135.50 | $55,555.00 |
| Mary F. Dugan | Joined firm as an associate in 2005. Member of DE Bar since 2005. | $390.00 | 69.60 | $27,144.00 |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2009. | $355.00 | 27.80 | $9,869.00 |
| Justin P. Duda | Joined firm as an associate in 2010. Member of DE and NY Bars since 2010. | $305.00 | 4.30 | $1,311.50 |
| Morgan Seward | Joined firm as an associate in 2009. Member of DE Bar since 2009. | $295.00 | 6.00 | $1,770.00 |
| Ashley E. Markow | Joined firm as an associate in 2011. Member of DE Bar since 2011. | $270.00 | 78.20 | $21,114.00 |
| Travis G. Buchanan | Joined firm as an associate in 2011. Member of DE and NY Bars since 2011. | $270.00 | 38.40 | $10,368.00 |
| Casey Cathcart | Paralegal | $180.00 | 26.70 | $4,806.00 |
| Lisa Eden | Paralegal | $160.00 | 15.60 | $2,496.00 |
| **TOTAL HOURS AND FEES:** | | | 578.50 | $238,544.00 |
| **Blended Rate: $412.35** | | | | |

4

01:10319696.22

## COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---:|---:|
| Case Administration (SP001) | 9.60 | $3,382.50 |
| Asbestos Issues (SP003) | 137.00 | $64,902.50 |
| Plan of Reorganization / Disclosure Statement (SP006) | 220.20 | $85,361.00 |
| Cash Collateral/DIP Financing (SP008) | 0.20 | $107.00 |
| Court Hearings (SP010) | 15.00 | $8,267.00 |
| Fee Applications – Others (SP014) | 1.30 | $234.00 |
| Professional Retention / Fee Issues (SP017) | 0.50 | $196.50 |
| Fee Application Preparation (SP018) | 2.00 | $818.00 |
| Non-Working Travel (SP019) | 4.30 | $2,724.50 |
| Investigation of Company (SP022) | 188.40 | $72,551.00 |
| **TOTAL HOURS AND FEES:** | **578.50** | **$238,544.00** |

## EXPENSE SUMMARY

| Category | Total Expenses |
|---|---:|
| Reproduction Charges | $2,458.90 |
| Federal Express | $1,917.04 |
| Air / Rail Travel | $3,476.41 |
| Delivery / Courier | $37.50 |
| Computerized Legal Research | $2,511.65 |
| Hotel / Lodging | $1,077.01 |
| Parking | $120.00 |
| Car / Bus / Subway Travel | $197.41 |
| Working Meals | $101.76 |
| Internet Access | $14.23 |
| Travel Meals | $383.54 |
| Teleconference / Video Conference | $239.72 |
| Postage | $45.40 |
| Docket Retrieval / Search | $353.70 |
| **TOTAL DISBURSEMENTS:** | **$12,934.27** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPECIALTY PRODUCTS<br>HOLDING CORP., *et al*.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 10-11780 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline: August 13, 2012 at 4:00 p.m. (ET)**<br>**Hearing Date: To Be Determined** |

**TWENTY-SECOND MONTHLY APPLICATION OF YOUNG CONAWAY
STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS FOR THE PERIOD
FROM JUNE 1, 2012 THROUGH JUNE 30, 2012**

Pursuant to 11 U.S.C. §§ 105 and 330, the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST") hereby moves this Court for an order awarding it reasonable compensation for professional legal services rendered as counsel to Eric D. Green, the legal representative for future claimants (the "Futures Representative"), during the period from June 1, 2012 through and including June 30, 2012 (the "Fee Period") in the amount of $238,544.00 together with reimbursement for actual and necessary expenses incurred in the amount of $12,934.27. In support of its Application, YCST respectfully represents as follows:

1.  YCST was employed *nunc pro tunc* to September 8, 2010 to represent the Futures Representative in connection with these chapter 11 cases pursuant to an order entered by this Court on October 18, 2010 [Docket No. 450]. The order authorized YCST to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857) and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

01:10319696.22

2.  All services for which compensation is requested by YCST were performed for or on behalf of the Futures Representative.

## SUMMARY OF SERVICES RENDERED

3.  Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the amount of $238,544.00 due for fees.  Attached hereto as Exhibit B is a detailed statement of expenses incurred during the Fee Period, showing the amount of $12,934.27 due for reimbursement of expenses.

4.  The services rendered by YCST during the Fee Period are grouped into the categories set forth in Exhibit A attached hereto.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

## DISBURSEMENTS

5.  YCST incurred out-of-pocket disbursements during the Fee Period in the amount of $12,934.27.  This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred during the Fee Period may be found in Exhibit B attached hereto.

6.  Costs incurred for overtime and computer assisted research are not included in YCST's normal hourly billing rates and, therefore, are itemized and included in YCST's disbursements. Pursuant to Del. Bankr. LR 2016-2, YCST represents that its rate for duplication is $0.10 per page, its effective rate for outgoing telecopier transmissions is approximately $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.  Attorneys and paraprofessionals of YCST have expended a total of 578.50 hours in connection with this matter during the Fee Period.

8.  The amount of time spent by each of these persons providing services to the Futures Representative during the Fee Period is fully set forth in Exhibit A attached hereto. The hourly rates set forth therein are YCST's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by YCST during the Fee Period as counsel to the Futures Representative is $238,544.00.

9.  YCST believes that the time and expense entries included in Exhibits A and B attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the period from June 1, 2012 through and including June 30, 2012. YCST has and will continue to perform additional necessary services subsequent to June 30, 2012, for which YCST will file subsequent fee applications.

WHEREFORE, YCST respectfully requests that allowance be made to it in the sum of $238,544.00 as compensation for necessary professional legal services rendered to the Futures Representative during the Fee Period, and the sum of $12,934.27 for reimbursement of actual and necessary costs and expenses incurred during the Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: July 31, 2012               YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                   */s/ Sharon M. Zieg*
                                   James L. Patton, Jr. (No. 2202)
                                   Edwin J. Harron (No. 3396)
                                   Edmon L. Morton (No. 3856)
                                   Sharon M. Zieg (No. 4196)
                                   Erin Edwards (No. 4392)
                                   Rodney Square
                                   1000 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   Counsel to the Legal Representative for Future Claimants

## VERIFICATION

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

Sharon M. Zieg, Esquire, being duly sworn according to law, deposes and says:

1. I am a partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 2002.

2. I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP as counsel to the Futures Representative and am thoroughly familiar with all other work performed on behalf of the Futures Representative by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
SHARON M. ZIEG

SWORN TO AND SUBSCRIBED before me this 31st day of July, 2012.

_____
Notary Public
My Commission Expires: 9/6/2013

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01:10319696.22