IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., et al.,[1] | : Case No. 10-11780 (JKF) |
| Debtors. | : Jointly Administered |
| | : Re: Docket Nos. 2790 and 2791 |

### AFFIDAVIT OF SERVICE

STATE OF PENNSYLVANIA   )
                        ) SS
ALLEGHENY COUNTY        )

I, Donna J. Meyer, being duly affirmed according to law, depose and say that on August 10, 2012, I served *OPPOSITION TO MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND THE FUTURE CLAIMANTS REPRESENTATIVE FOR ORDER DIRECTING DISCOVERY FROM JOSEPH CIULLA, ROBERT MCMINN, ERNIE ZANKO, CORPORATE DESIGNEES FROM CIULLA, SMITH & DALE LLP, AND THE CIULLA GROUP LLC PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (Under Seal)* [Docket No. 2790] and *OPPOSITION TO MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND THE FUTURE CLAIMANTS REPRESENTATIVE FOR ORDER DIRECTING DISCOVERY FROM CHARLES BRUSH, ROBERT BURNS, KENNETH EVANS, GORDON HYDE, JOHN MORRIS, DAVID REIF, MAX AMSTUTZ, EDWARD BRANDON, LORRIE GUSTIN, E. BRADLEY JONES, AND ALBERT RATNER PURSUANT TO RULE 2004 OF THE*

---

[1] The last four digits of the debtors' tax identification numbers following parentheses: Specialty Products Holding Corp. (0857) and Bondex RPM International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

{D0001647}

*FEDERAL RULES OF BANKRUPTCY PROCEDURE (Under Seal)* [Docket No. 2791] via e-mail on the parties listed on the Eighth Notice of Filing of Core Group Service List dated January 12, 2012 [Docket No. 2027].

Further, I also served via email upon the parties listed on Exhibit A attached, the original and unredacted copy of the *OPPOSITION TO MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND THE FUTURE CLAIMANTS REPRESENTATIVE FOR ORDER DIRECTING DISCOVERY FROM JOSEPH CIULLA, ROBERT MCMINN, ERNIE ZANKO, CORPORATE DESIGNEES FROM CIULLA, SMITH & DALE LLP, AND THE CIULLA GROUP LLC PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE* [Docket No. 2790] and *OPPOSITION TO MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND THE FUTURE CLAIMANTS REPRESENTATIVE FOR ORDER DIRECTING DISCOVERY FROM CHARLES BRUSH, ROBERT BURNS, KENNETH EVANS, GORDON HYDE, JOHN MORRIS, DAVID REIF, MAX AMSTUTZ, EDWARD BRANDON, LORRIE GUSTIN, E. BRADLEY JONES, AND ALBERT RATNER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE* [Docket No. 2791]

Dated: August 15, 2012

                                            Donna J. Meyer

AFFIRMED TO AND SUBSCRIBED before me this 10th day of August, 2012.

                                            Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jamie Lynn Moody, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 23, 2013
Member, Pennsylvania Association of Notaries

{D0001647}

Exhibit A
Parties Served Unredacted Versions of Docket Nos. 2790 and 2791

**OFFICE OF THE UNITED STATES TRUSTEE**
OFFICE OF THE US TRUSTEE
RICHARD L. SCHEPACARTER
844 KING STREET, ROOM 2207
LOCKBOX 35
WILMINGTON DE 19801
Email: richard.schepacarter@usdoj.gov

**OUTSIDE COUNSEL TO THE DEBTORS**
JONES DAY
GREGORY M GORDON, ESQ
DAN B PRIETO, ESQ
ROBERT J JUD, ESQ
2727 N HARWOOD STREET
DALLAS TX 75201
Email: gmgordon@jonesday.com; dbprieto@jonesday.com;
rjjud@jonesday.com

**DELAWARE COUNSEL TO THE DEBTORS**
RICHARDS LAYTON & FINGER PA
DANIEL J DEFRANCESCHI, ESQ
PAUL N HEATH, ESQ
ZACHARY I SHAPIRO, ESQ
ONE RODNEY SQUARE, PO BOX 551
WILMINGTON DE 19899
Email: defranceschi@rlf.com; heath@rlf.com; shapiro@rlf.com

**COUNSEL TO OFFICIAL COMMITTEE ASBESTOS PERSONAL INJURY CLAIMANTS**
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
MARK B SHEPPARD, ESQ
123 SOUTH BROAD ST, 24TH FL
PHILADELPHIA PA 19109
Email: msheppard@mmwr.com

**COUNSEL TO OFFICIAL COMMITTEE ASBESTOS PERSONAL INJURY CLAIMANTS**
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
NATALIE D RAMSEY, ESQ
LAURIE A KREPTO, ESQ
1105 NORTH MARKET ST, STE 1500
WILMINGTON DE 19801-1201
Email: nramsey@mmwr.com; lkrepto@mmwr.com

**COUNSEL TO ERIC D. GREEN, FUTURES REPRESENTATIVE**
YOUNG CONAWAY STARGATT & TAYLOR LLP
EDWIN J HARRON, ESQ
EDMON L MORTON, ESQ
SHARON M ZIEG, ESQ
JAMES L PATTON JR, ESQ
ERIN EDWARDS, ESQ
1000 WEST ST, 11TH FL, PO BOX 391
WILMINGTON DE 19801
Email: eharron@ycst.com; emorton@ycst.com;
szieg@ycst.com; jpatton@ycst.com; eedwards@ycst.com

{D0001647}