**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPECIALTY PRODUCTS HOLDING CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11780 (JKF)<br><br>Jointly Administered<br><br>**RE: D.I. 3404** |

**REBUTTAL REPORT OF DR. MARK A. PETERSON DATED JANUARY 3, 2013 TO THE SUPPLEMENTAL REPORT FILED BY CHARLES H. MULLIN, PH.D. DECEMBER 27, 2012**

**FILED UNDER SEAL PURSUANT TO AGREED PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION [SEE DOCKET NOS. 471]**

Dated: January 3, 2013

MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
Natalie D. Ramsey (Del. Bar No. 5378)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 504-7800

and

Mark B. Sheppard (admitted pro hac vice)
123 South Broad Street, 24th floor
Philadelphia, PA 19109
(215) 772-1500

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

[1] The last four digits of the debtors' taxpayer identification numbers follow in parentheses: Specialty Products Holding Corp. (0857) and Bondex RPM International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.