# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Specialty Products Holding Corp.
4515 St. Clair Avenue
Cleveland, OH 66103
  **EIN:** 34–6550857
RPM, Inc.

**Chapter:** 11

*Case No*.: 10–11780–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 1/11/2013 was filed on 1/23/2013 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 2/13/2013 .

If a request for redaction is filed, the redacted transcript is due 2/25/2013 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 4/23/2013 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature: David D. Bird]*

Clerk of Court

Date: 1/23/13

(ntc)