# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: Brandon | Date Created: 1/23/2013 |
| Case: 10–11780–JKF | Form ID: ntcBK | Total: 16 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Anna M DiLonardo | amdilonardo@mdwcg.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | Zachary I Shapiro | shapiro@rlf.com |
| aty | Zachary I. Shapiro | shapiro@rlf.com |
| aty | Zachary I. Shapiro | shapiro@rlf.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Specialty Products Holding Corp.     4515 St. Clair Avenue     Cleveland, OH 66103 |
| aty | C. Michael Evert     Evert Weathersby Houff     3405 Piedmont Road     Suite 200     Atlanta, GA 30305 |
| aty | Dan B Prieto     Jones Day     2727 N Harwood St     Dallas, TX 75201 |
| aty | Edward F. Houff     Evert Weathersby Houff     120 E. Baltimore Street     Suite 1300     Baltimore, MD 21202 |
| aty | Gregory M. Gordon     Jones Day     2727 North Harwood Street     Dallas, TX 75201–1515 |
| aty | Robert J. Jud     Jones Day     2727 North Harwood Street     Dallas, TX 75201–1515 |
| aty | Thomas R. Jackson     Jones Day     2727 North Harwood Street     Dallas, TX 75201–1515 |

TOTAL: 7