IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1]<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 10-11780 (JKF)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 4374, 4377, 4379, 4387, 4388, 4412, 4428, 4441, 4443, 4444, 4446, , 4467, 4468, 4469, 4470, 4472, 4473, 4476, 4477, 4483, 4485, 4487, 4488, 4489,  4491, 4496 & 4498 |

## NOTICE OF FILING OF RESPONSES TO CERTIFICATION OF COUNSEL

PLEASE TAKE NOTICE THAT on December 9, 2013, the above-captioned debtors (the Debtors) filed a certificate of counsel accompanied by a proposed form of bar date order and related forms [D.I. 4374].

PLEASE TAKE FURTHER NOTICE THAT on January 7, 2014, the Court directed the Debtors' to file a Scheduling Order [D.I. 4470] setting January 15, 2014 as the deadline for all interested parties to serve on the Debtors written responses and objections to the Debtors' proposed asbestos bar date order and related forms..

PLEASE TAKE FURTHER NOTICE THAT attached hereto at Exhibit A are the following written responses and objections to the Debtors' proposed asbestos bar date order and related forms that were delivered to the Debtors and copied to the Committee as of the date of filing of this Notice :

1. Official Committee of Asbestos Claimants Committee

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125).  The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

2. Waters Kraus

3. Wilentz, Goldman & Spitzer P.A.

4. GoriJulian & Associates, P.C.

5. Brent Coon & Associates

6. HendlerLaw, P.C.

7. Paul, Reich & Myers, P.C.

8. Joinder of Asbestos Disease Victims Represented by Levy Phillips & Konigsberg

9. Clapper Patti Schweizer Y Masson

10. Shrader & Associates, LLP

11. Harowitz & Tigerman, LLP

12. Bevan & Associates LPA, Inc.

13. The Ferraro Law Firm

14. Brayton Purcell, LLP

15. McDermott & Hickey, LLC

16. Danziger & De Llano, LLP

17. Roven-Kaplan, LLP

18. Karst & von Oiste, LLP

19. Brown & Gould, LLP

20. Wylder Corwin Kelly, LLP

21. SWMK Law

22. Wallace and Graham, P.A.

23. Keller, Fishback & Jackson LLP

24. Locks Law Firm

25. Weinstein Couture, PLLC

26. Humphrey, Farrington & McClain, P.C.

27. McDermott & Hickey, LLC

28. Wallace and Graham, P.A.

29. Brookman Rosenberg Brown Sandler

30. The Law Office of G. Patterson Keahey, P.C.

PLEASE TAKE FURTHER NOTICE THAT the following written responses and objections to the Debtors' proposed asbestos bar date order and related forms have been filed with the Court, and served on the Debtors, and can be found at Docket Entries: 4377, 4379, 4387, 4388, 4412, 4428, 4441, 4443, 4444, 4446, 4460, 4464, 4466, 4467, 4468, 4469, 4472, 4473, 4476, 4477, 4483, 4485, 4487, 4488, 4489, 4491, 4496, and 4498.

Dated: January 15, 2014  
Wilmington, Delaware  

MONTGOMERY McCRACKEN  
WALKER & RHOADS, LLP  

By: */s/ Natalie D. Ramsey*  
Natalie D. Ramsey, Esquire (DE Bar No. 5378)  
1105 North Market Street, Suite 1500  
Wilmington, DE 19801  
(302) 504-7800  

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*