| PART 5: ALLEGED EXPOSURE TO BONDEX/SPHC PRODUCTS (to be completed if you have a diagnosed asbestos injury) |
|---|
| INSTRUCTIONS: Use additional pages if more space is required. |

### ALLEGED BONDEX/SPHC ASBESTOS EXPOSURE - SITE 1

Type of Exposure: ☐ Occupational   ☐ Non-Occupational   ☐ Bystander   ☐ Secondary: _____
*provide relationship to occupationally exposed person*

Site Type   ☐ Industrial or Commercial   ☐ Residence of a Family Member or Acquaintance   ☐ Other
            ☐ Personal Residence           ☐ Residence of a customer *(for occupational construction)*   *(describe):*_____

Site Name *(i.e. name of plant, refinery, etc.)*

| City | State | Country | Employer *(if applicable)* |
|---|---|---|---|
| | | | |

| Occupation Code : O-<br>*(see codes on page 4)* | Industry Code : I-<br>*(see codes on page 4)* | Start Date (mm/dd/yyyy) | End Date (mm/dd/yyyy) |
|---|---|---|---|

Please check the Bondex/SPHC Product Codes that apply *(see codes on page 3)*
☐P-01 ☐P-02 ☐P-03 ☐P-04 ☐P-05 ☐P-06 ☐P-07 ☐P-08 ☐P-09 ☐P-10 ☐P-11 ☐P-12 ☐P-13 ☐P-14 ☐P-15 ☐P-16 ☐P-17

Describe the activity that resulted in the asbestos exposure:

### ALLEGED BONDEX/SPHC ASBESTOS EXPOSURE - SITE 2

Type of Exposure: ☐ Occupational   ☐ Non-Occupational   ☐ Bystander   ☐ Secondary: _____
*provide relationship to occupationally exposed person*

Site Type   ☐ Industrial or Commercial   ☐ Residence of a Family Member or Acquaintance   ☐ Other
            ☐ Personal Residence           ☐ Residence of a customer *(for occupational construction)*   *(describe):*_____

Site Name *(i.e. name of plant, refinery, etc.)*

| City | State | Country | Employer *(if applicable)* |
|---|---|---|---|
| | | | |

| Occupation Code : O-<br>*(see codes on page 4)* | Industry Code : I-<br>*(see codes on page 4)* | Start Date (mm/dd/yyyy) | End Date (mm/dd/yyyy) |
|---|---|---|---|

Please check the Bondex/SPHC Product Codes that apply *(see codes on page 3)*
☐P-01 ☐P-02 ☐P-03 ☐P-04 ☐P-05 ☐P-06 ☐P-07 ☐P-08 ☐P-09 ☐P-10 ☐P-11 ☐P-12 ☐P-13 ☐P-14 ☐P-15 ☐P-16 ☐P-17

Describe the activity that resulted in the asbestos exposure:

### ALLEGED BONDEX/SPHC ASBESTOS EXPOSURE - SITE 3

Type of Exposure: ☐ Occupational   ☐ Non-Occupational   ☐ Bystander   ☐ Secondary: _____
*provide relationship to occupationally exposed person*

Site Type   ☐ Industrial or Commercial   ☐ Residence of a Family Member or Acquaintance   ☐ Other
            ☐ Personal Residence           ☐ Residence of a customer *(for occupational construction)*   *(describe):*_____

Site Name *(i.e. name of plant, refinery, etc.)*

| City | State | Country | Employer *(if applicable)* |
|---|---|---|---|
| | | | |

| Occupation Code : O-<br>*(see codes on page 4)* | Industry Code : I-<br>*(see codes on page 4)* | Start Date (mm/dd/yyyy) | End Date (mm/dd/yyyy) |
|---|---|---|---|

Please check the Bondex/SPHC Product Codes that apply *(see codes on page 3)*
☐P-01 ☐P-02 ☐P-03 ☐P-04 ☐P-05 ☐P-06 ☐P-07 ☐P-08 ☐P-09 ☐P-10 ☐P-11 ☐P-12 ☐P-13 ☐P-14 ☐P-15 ☐P-16 ☐P-17

Describe the activity that resulted in the asbestos exposure:

**PART 6A: IF YOU ARE FILING A PROOF OF CLAIM TO PRESERVE YOUR RIGHTS OR THE RIGHTS OF ANOTHER WHO HAS NOT BEEN DIAGNOSED WITH AN ASBESTOS INJURY, PLEASE SIGN BELOW**

_____  _____
Signature                   Date

_____
Print Name

_____
Relationship to Claimant

| PART 6B: CLAIM CERTIFICATION FOR CLAIMANTS WITH A DIAGNOSED ASBESTOS INJURY |
|---|
| THIS CERTIFICATION MAY BE SIGNED BY *EITHER* THE INJURED PARTY/RELATED CLAIMANT OR BY THE LEGAL REPRESENTATIVE OF THE INJURED PARTY BUT DOES NOT NEED TO BE SIGNED BY BOTH. |
| **If Completed By the Legal Representative of the Injured Person**<br><br>I swear that, to the best of my knowledge, all of the information contained in this Claim Information Form is true, accurate and complete in all material respects as of the date hereof. I further acknowledge that by submitting this form I am making the certifications contained in Rule 9011(b)(3) of the Federal Rules of Bankruptcy Procedure.<br><br>_____     _____<br>Signature                                                                              Date<br><br>_____<br>Print Name |
| **If Completed By the Injured Person/Related Claimant**<br><br>The information provided in or in connection with this Claim Information Form must be accurate and truthful, and knowingly and fraudulently providing false information could result in a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571.<br><br>I swear, under penalty of perjury, that, to the best of my knowledge, all of the information contained in this Claim Information Form is true, accurate and complete as of the date hereof.<br><br>_____     _____<br>Signature                                                                              Date<br><br>_____<br>Print Name |

# SPHC/Bondex Asbestos Proof of Claim Form

## PURPOSE OF ASBESTOS PROOF OF CLAIM FORM

This asbestos proof of claim form (the "Asbestos Proof of Claim Form") should only be used to assert an Asbestos Claim. An "Asbestos Claim" means any claim for personal injury, including wrongful death, for which either Specialty Products Holding Corp. (formerly known as RPM, Inc.) ("SPHC") or Bondex International, Inc. ("Bondex") is alleged to be liable, arising out of or relating to exposure to asbestos, and any claim in any way related to such claim. Asbestos Claims include all such claims whether in tort, contract, warranty, restitution, conspiracy, contribution, indemnity, guarantee, subrogation, or any other theory of law, equity, or admiralty; whether seeking compensatory, special, economic and non-economic, punitive, exemplary, administrative, or any other costs or damages; or whether seeking any legal, equitable, or other relief of any kind whatsoever. Asbestos Claims include any such claims that have been resolved or are subject to resolution but remain unpaid pursuant to any agreement, or any such claims that are based on a judgment or verdict but remain unpaid. Any person who has reason to believe that he or she may have been exposed, or may have a claim (such as a claim for wrongful death or loss of consortium) based on another's exposure, prior to May 31, 2010, to any of the Debtors' asbestos-containing products (listed below), either through use of those products or through interactions with a user of those products, must file a proof of claim whether or not an injury or disease has manifested or been diagnosed and whether or not he or she has a claim under applicable state law. An individual asserting exposure, whether his or her own exposure or another's exposure, must file a proof of claim in order to preserve his or her right to recover in the event of later asbestos-related illness.

The U.S. Bankruptcy Court for the District of Delaware has ordered that the Asbestos Proof of Claim Formthis asbestos proof of claim form must be completed by each person who alleges that he or she has an Asbestos Claim against SPHC and/or Bondex as of May 31, 2010.

The information provided in or in connection with this claim information form will be treated as Covered Information pursuant to the terms of the Agreed Protective Order Governing Confidential Information [Docket No. 471], and shall be maintained as confidential in accordance with any further protections as may be agreed by the parties or ordered by the Court.

## ADMINISTRATOR INFORMATION

If you have a claiman Asbestos Claim against SPHC and/or Bondex, you must complete and submit an Asbestos Proof of Claim Form a proof of claim information form in "hard copy" or electronically through the system supported by the claims administrator, Logan & Company, Inc. ("Logan"). If you have previously filed a SPHC/Bondex Mesothelioma Personal Injury Questionaire ("PIQ"), either online or using a paper form, your PIQ will be deemed a submitted Asbestos Proof of Claim Form, and you do not need to fill out another form. Access to the online system and electronic claim filing instructions are available through the Logan website at https://sph.loganclaims.com. All Asbestos Proof of Claim Formsclaim information forms, together with any accompanying or supporting documentation, must be submitted to Logan so as to be received no later than 5:00 p.m., Eastern Time on _____, 2014.

- For general questions about the Asbestos Proof of Claim Form, please email: SPHGenQues@loganandco.com
- For technical questions about the online Asbestos Proof of Claim Form system, please email: SPHTechQues@loganandco.com
- For User IDs and Passwords, please email: SPHpwREQ@loganandco.com

If you are unable to submit this form electronically, please send the completed Asbestos Proof of Claim Formclaim form to:

Logan & Company, Inc.
ATTN: SPHC Claims Department
546 Valley Road
Upper Montclair, New Jersey 07043
PH: 973.509.3190

***If you have previously filed a SPHC/Bondex Mesothelioma Personal Injury Questionnaire ("PIQ"), either online or using a paper form, your PIQ will be deemed a submitted proof of claim form, and you DO NOT need to complete this form.***

***If you or the person on behalf of whom you are filing this claim have not been diagnosed with an asbestos injury and you are filing this claim solely to preserve rights, please complete sections 1A, 3, and 6A only.***

***If you or the person on behalf of whom you are filing this claim have been diagnosed with an injury caused by asbestos, please complete each of sections 1B, 2 (if applicable), 3, 4A or 4B, 5, and 6B only.***

DLI-6462247v3

| LIST OF CLAIM FORM SECTIONS AND INSTRUCTIONS |
|---|

**PRODUCT, OCCUPATION, AND INDUSTRY CODES – Pages 3-4**
- Contains reference codes for product, occupation, and industry of exposure for use in completing Part 5.

~~NAME OF DEBTOR AGAINST WHOM YOU ASSERT A CLAIM~~

**PART 1A: PRESERVATION OF RIGHTS - CLAIMANT INFORMATION – Page 5**
- ~~you may select one or both Debtors.~~ Provide identifying information for the individual whose potential claim is being preserved.

**PART 1B: INJURED PARTY INFORMATION – Page 5**
- Provide identifying information for the Injured Party for whom the claim against SPHC and/or Bondex is being made.

**PART 2: RELATED CLAIMANT INFORMATION – Page 5**
- Only complete if the claimant (the plaintiff) is different than the Injured Party.
- Related Claimant IDs (social security number or foreign tax ID) are only required if no ID is provided for the Injured Party or Injured Party's estate.

**PART 3: ~~NAME AND~~ ADDRESS WHERE NOTICES SHOULD BE SENT – Page 5**
~~Provide contact information for person or the law firm or other legal representative to be sent notices.~~

**PART 4A: ASBESTOS-RELATED DISEASE DIAGNOSIS INFORMATION – Page 6 ~~7~~**
- Provide diagnosis information related to the alleged injury and/or death of the Injured Party and attach diagnostic report.

**PART 4B: SETTLED ASBESTOS PI CLAIM INFORMATION – Page 6**

**PART 5A: ALLEGED EXPOSURE TO BONDEX/SPHC PRODUCTS – ~~Page~~ Pages 7-8**
- Identify any industrial, commercial or residential location where the alleged exposure to Bondex/SPHC asbestos containing products occurred.
- If the answer to the Bondex/SPHC product exposure question in Part 5 is P-16 (Other), then state the name of the product in the description of the circumstances of exposure.

**PART ~~5B: ALLEGED EXPOSURE TO PRODUCTS OTHER THAN BONDEX/SPHC PRODUCTS – Page 9~~6A: SIGNATURE FOR PRESERVATION OF CLAIM – Page 8**
~~Identify any industrial, commercial or residential location where the alleged exposure to non-Bondex/SPHC asbestos containing products and/or operations occurred.~~
~~With respect to non-Bondex/SPHC alleged exposures you may submit verified complaints, interrogatory responses, deposition transcripts of plaintiffs and/or product identification witnesses, and bankruptcy trust claim forms that are responsive to any question in this part in lieu of completing that question on the form. All documents must be provided in searchable electronic formats, to the extent practicable.~~

~~**PART 6A: LITIGATION RELATED TO THE INJURED PARTY'S ALLEGED ASBESTOS EXPOSURE – Page 10**~~
~~Provide the requested information regarding your lawsuit. If you have filed multiple lawsuits in respect of your claim, complete this part as to each lawsuit filed, whether or not one or more of the other lawsuits named Bondex and/or SPHC as a defendant.~~
~~The term "DWOP" in Table A means "dismissed without payment." The term "Pending" means that a claim has been asserted, but is not yet resolved.~~
~~You may submit verified complaints, interrogatory responses and deposition transcripts of plaintiffs and/or product identification witnesses that are responsive to any question in this part in lieu of completing that question on the form.~~
~~You may submit verified complaints, notices of dismissal or other pleadings or orders reflecting a dismissal, interrogatory responses and deposition transcripts of plaintiffs and/or product identification witnesses that are responsive to any part of Table A in lieu of completing Table A in its entirety. If you submit a copy of the most recent complaint, you are not required to indicate in Table A whether or not a claim against a particular defendant is "Pending." In addition, if you submit copies of all notices of dismissal or other pleadings or orders reflecting a dismissal, you are not required to indicate in Table A whether or not a claim against a particular defendant has been "DWOP."~~
~~All documents must be provided in searchable electronic formats to the extent practicable.~~
~~If you elect to submit verified complaints, the most recent complaint must be provided.~~
~~If you elect to complete Table A, all defendants must be named, including defendants that have not been dismissed or been the subject of a settlement.~~

~~**PART 6B: NON-LITIGATION CLAIMS RELATED TO THE INJURED PARTY'S ALLEGED ASBESTOS EXPOSURE – Page 10**~~
~~Provide the requested information regarding your claims seeking compensation related to the Injured Party's alleged asbestos exposure from entities not party to any lawsuit (i.e. bankruptcy trusts, other qualified settlement trusts, companies not named in the lawsuit, etc.)~~
~~The term "pending" means that a claim has been asserted, but is not yet resolved.~~
~~You may submit documents, including submissions to the trusts or documents received from the trusts, responsive to some or all of Table B in lieu of completing Table B in its entirety. All documents must be provided in searchable electronic formats to the extent practicable.~~
~~Table C must be completed; documents may not be submitted.~~

**PART ~~7~~6B: CLAIM CERTIFICATION ~~(TO BE COMPLETED BY CLAIMANT OR CLAIMANT'S ATTORNEY) – Page 21~~FOR CLAIMANTS WITH A DIAGNOSED ASBESTOS INJURY – Page 9**

| PRODUCT, OCCUPATION, AND INDUSTRY CODES |
| --- |
| INSTRUCTIONS: Use these Product, Occupation, and Industry codes when completing PART 5B: ALLEGED EXPOSURE |
| Bondex/SPHC Product Codes |

| Code | Product Name | Product Also Known As | Years Product Was Sold |
| --- | --- | --- | --- |
| P-01 | Dramex Interior Finish | • Dramex Texture Paint<br>• Trax Texture Paint<br>• Ward's Texture<br>• Dramex Spanish Texturing Paint<br>• Penncraft Texture Paint | 1948-1977 |
| P-02 | Dramex Ready Mixed Interior Finish | • Dramex Ready Mixed Texture Paint<br>• FO Pierce Dramex<br>• Metro Interior Finish<br>• Metro Texturing | 1957-1977 |
| P-03 | Bondex Water Putty | • Reardon's Water Putty<br>• Reardon's Wood Putty<br>• Penncraft Water Putty<br>• Ward's Wood Putty | Unknown-1977 |
| P-04 | Bondex Multi-Patch | | Unknown-1977 |
| P-05 | Bondex SX Joint Cement | • Reardon's SX Joint Cement<br>• Trax Joint Cement<br>• Penncraft Joint Cement<br>• NPD SX Joint Cement<br>• NPD SX Joint Cement Combination<br>• Hi & Dri Joint Cement | Unknown-1977 |
| P-06 | Bondex SX Topping Cement | • Reardon's SX Topping Cement<br>• Trax Topping Cement<br>• Hi & Dri Topping Cement | Unknown-1977 |
| P-07 | Bondex Joint Compound All Purpose | • Reardon's All Purpose Joint, Topping and Texture Paint<br>• Reardon's 500-C All Purpose Joint Cement<br>• NPD All Purpose Joint Cement<br>• Cooks Lifeline All Purpose Texture Joint and Topping Cement<br>• "Our Best Grade" Joint Cement<br>• GSA Joint Compound<br>• Reardon's All Purpose Joint Cement<br>• Bondex 200-B All Purpose Joint Cement<br>• Bondex 500C All Purpose Joint Cement<br>• Bondex Premium Joint Compound<br>• 100a All Purpose Joint Compound | Unknown-1977 |
| P-08 | Bondex Pre-Mixed Joint Compound | • Reardon's Ready-Mixed Joint Cement<br>• Reardon's Pre-Mixed Joint Cement<br>• Ward's All Purpose Joint Cement (Ready-Mixed)<br>• Penncraft Pre-Mixed Joint Cement<br>• Brod Dugan Red-I-Mix Joint Cement | Unknown-1977 |
| P-09 | Bondex Block Filler and Primer | • Reardon's Block Filler and Primer<br>• Penncraft Block Filler | Unknown-1977 |
| P-10 | Bontone Acrylic Fibred Coating | • Bontone Fibred Masonry Coating | 1968-1974 |
| P-11 | Bondex Heavy Duty Liquid Aluminum Roof Coating | • Alumanation 301<br>• Alumanation 350<br>• Mobile Home Aluminum Roof Coating | 1967-1981 |
| P-12 | Bondex (Bondek) Black Plastic Roof Cement | • Perma-Plastic | 1968-1981 |
| P-13 | Bondex (Bondek) Black Mastic Roof Coating | • Permaroof | 1968-1981 |
| P-14 | Stays White Mobile Home Roof Coating | | 1972-1981 |
| P-15 | Bondex Handy-Patch All Purpose Patcher | • Reardon's Handy Patch All Purpose Patcher, Formula 1031 | 1967-1977 |
| P-16 | Other | | |
| P-17 | Unknown | | |

**PRODUCT, OCCUPATION, AND INDUSTRY CODES** *(Continued)*

*INSTRUCTIONS: Use these Product, Occupation, and Industry codes when completing* **PART 5B: ALLEGED EXPOSURE**

### Occupation Codes (for Injured Person)

| Code | Occupation | Code | Occupation |
|---|---|---|---|
| O-01 | **Non-occupational / residential / do-it-yourself (DIY)** | O-32 | Iron worker |
| O-02 | Air conditioning and heating installer / maintenance | O-33 | Joiner |
| O-03 | Asbestos miner | O-34 | Laborer |
| O-04 | Asbestos plant worker / asbestos manufacturing worker | O-35 | Longshoreman |
| O-05 | Asbestos removal / abatement | O-36 | Machinist / machine operator |
| O-06 | Asbestos sprayer / spray gun mechanic | O-37 | Millwright / mill worker |
| O-07 | Assembly line / factory / plant worker | O-38 | Mixer / bagger |
| O-08 | Auto mechanic / bodywork / brake repairman | O-39 | Non-asbestos miner |
| O-09 | Boilermaker | O-40 | Painter |
| O-10 | Boiler repairman | O-41 | Pipefitter |
| O-11 | Boiler worker / cleaner / inspector / engineer / installer | O-42 | Plasterer |
| O-12 | Building maintenance / building superintendent | O-43 | Plumber - install / repair |
| O-13 | Brake manufacturer / installer | O-44 | Power plant operator |
| O-14 | Brick mason / layer / hod carrier | O-45 | Professional (e.g., accountant, architect, physician) |
| O-15 | Burner operator | O-46 | Railroad worker / carman / brakeman / machinist / conductor |
| O-16 | Carpenter / woodworker / cabinetmaker | O-47 | Refinery worker |
| O-17 | Chipper | O-48 | Remover / installer of gaskets |
| O-18 | Clerical / office worker | O-49 | Rigger / stevedore / seaman |
| O-19 | Construction - general | O-50 | Rubber / tire worker |
| O-20 | Custodian / janitor in office / residential building | O-51 | Sandblaster |
| O-21 | Custodian / janitor in plant / manufacturing facility | O-52 | Sheet metal worker / sheet metal mechanic |
| O-22 | Electrician / inspector / worker | O-53 | Shipfitter / shipwright / ship builder |
| O-23 | Engineer | O-54 | Shipyard worker (md. repair, maintenance) |
| O-24 | Firefighter | O-55 | Steamfitter |
| O-25 | Fireman | O-56 | Steelworker |
| O-26 | Flooring installer / tile installer / tile mechanic | O-57 | Warehouse worker |
| O-27 | Foundry worker | O-58 | Welder / blacksmith |
| O-28 | Furnace worker / repairman / installer | O-59 | Occupational bystander |
| O-29 | Glass worker | O-60 | Non-Occupational bystander |
| O-30 | Heavy equipment operator (includes truck, forklift, & crane) | O-61 | Other *(describe)*_____ |
| O-31 | Insulator | | |

### Industry Codes

| Code | Industry | Code | Industry |
|---|---|---|---|
| I-01 | Residential / do-it-yourself (DIY) | I-13 | Petrochemical |
| I-02 | Asbestos abatement / removal | I-14 | Railroad |
| I-03 | Aerospace / aviation | I-15 | Shipyard-construction / repair |
| I-04 | Asbestos mining | I-16 | Textile |
| I-05 | Automotive | I-17 | Tire / rubber |
| I-06 | Chemical | I-18 | U.S. Navy |
| I-07 | Construction trades | I-19 | Utilities |
| I-08 | Iron / steel | I-20 | Asbestos manufacture or milling |
| I-09 | Longshore | I-21 | Non- asbestos manufacture or milling |
| I-10 | Maritime | I-22 | Other *(describe)*_____ |
| I-11 | Military (other than U.S. Navy) | I-23 | Unknown |
| I-12 | Non-asbestos products manufacturing | | |

| NAMEPART 1A: PRESERVATION OF DEBTOR AGAINST WHOM YOU ASSERT A CLAIMRIGHTS – CLAIMANT INFORMATION (the individual whose potential claim is being preserved) ||||||
|---|---|---|---|---|---|
| ~~Specialty Products Holding Corp. (formerly known as RPM, Inc.)~~Last ~~Bondex International, Inc.~~Name: | First Name: || Middle Initial: | Suffix: | Date of Birth (mm/dd/yyyy) |
| Social Security Number (9 digits): | Foreign Tax ID (if applicable): || Estate Tax ID (9 digits) (if applicable): ||
| City of Residence | State of Residence | Zip Code | Country (if outside the US) |||

| PART 1B: INJURED PARTY INFORMATION (the individual who has or had an asbestos-related disease) ||||||
|---|---|---|---|---|---|
| Last Name: | First Name: || Middle Initial: | Suffix: | Date of Birth (mm/dd/yyyy) |
| Social Security Number (9 digits): | Foreign Tax ID (if applicable): || Estate Tax ID (9 digits) (if applicable): ||
| City of Residence | State of Residence | Zip Code | Country (if outside the US) |||

~~PART 2: RELATED CLAIMANT INFORMATION (if different than INJURED PARTY)~~

PART 2: RELATED CLAIMANT INFORMATION (if different than INJURED PARTY)

Related Claimant: a person who is not the allegedly exposed person but who is making a claim either in a representative capacity (e.g. personal representative of an estate), or an independent capacity (e.g. wrongful death) that is based on the injuries to the allegedly injured Claimant

| Last Name: | First Name: || Middle Initial: | Suffix: | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|---|
| Related Claimant ID is only required if no ID is provided for the Injured Party or related estate. || ~~Social Security Number (9 digits):~~ || ~~Foreign Tax ID (if applicable):~~ ||
| Social Security Number (9 digits): | Foreign Tax ID (if applicable): || Estate Tax ID (9 digits) (if applicable): ||
| City of Residence | State of Residence | Zip Code | Country (if outside the US) |||

| PART 3: ~~NAME AND ADDRESS WHERE NOTICES SHOULD BE SENT~~ ||||||
|---|---|---|---|---|---|
| Last Name ~~of person or firm to receive notice:~~ | First Name: || Middle Initial: | Suffix: | Date of Birth (mm/dd/yyyy) |
| ~~Mailing or Street Address~~Social Security Number (9 digits): | Foreign Tax ID (if applicable): || Estate Tax ID (9 digits) (if applicable): ||
| City of Residence | State of Residence | Zip Code | ~~Phone No.: (Area Code) ###-####~~Country (if outside the US) |||
| ~~Name of Contact (if applicable):~~ Email Address | ~~Fax No.: (Area Code) ###-####~~ || Email Address | ~~Fax No.: (Area Code) ###-####~~ ||

Page 5 of ~~26~~26

| |
|---|
| **PART 4A: ASBESTOS-RELATED DISEASE DIAGNOSIS INFORMATION** ~~(complete for all applicable claimed diseases)~~. Complete this section if you have a diagnosed asbestos injury. If your claim is subject to an enforceable settlement agreement, you may skip this section and go directly to Part 4B. |

A. **MESOTHELIOMA** (a primary mesothelioma of the pleura or peritoneum):

Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)

~~Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____~~
~~Check here if the diagnosis was pathologically confirmed, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if the diagnosis was NOT pathologically confirmed, and provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you have had a fiber burden study, and please provide the name of the laboratory conducting the study (_____) and a copy of the report.~~

~~B. COLON CANCER (a primary carcinoma of the colon):~~

~~Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)~~

Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____
~~Check here if the diagnosis was pathologically confirmed, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if the diagnosis was NOT pathologically confirmed, and provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you also have a diagnosis of asbestosis, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you have had a fiber burden study, and please provide the name of the laboratory conducting the study (_____) and a copy of the report.~~

B. **COLON CANCER** (a primary carcinoma of the colon):

Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)
Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____

C. **LARYNGEAL CANCER** (a primary carcinoma of the larynx):

Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)
Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____

~~Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____~~
~~Check here if the diagnosis was pathologically confirmed, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if the diagnosis was NOT pathologically confirmed, and provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you also have a diagnosis of asbestosis, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you have had a fiber burden study, and please provide the name of the laboratory conducting the study (_____) and a copy of the report.~~

D. **LUNG CANCER** (a primary carcinoma of the lung):

Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)
Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____

~~DLI-6462247v4~~

E. **ASBESTOSIS** (interstitial fibrosis):

Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)
Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____
~~Check here if the diagnosis was pathologically confirmed, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if the diagnosis was NOT pathologically confirmed, and provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you also have a diagnosis of asbestosis, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you have had a fiber burden study, and please provide the name of the laboratory conducting the study (_____) and a copy of the report.~~

F. **OTHER CLAIMED NON-MALIGNANT ASBESTOS-RELATED CONDITION:**

Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)
Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____

**PART 4B: SETTLED ASBESTOS PI CLAIMS.** Complete this section only if you have if you believe that one or more of the Debtors owes you money pursuant to an enforceable settlement agreement entered into between you and one or more of the Debtors, as of the commencement of these chapter 11 cases, but as for which you have not received full payment ("Settled Asbestos PI Claim"). If you have a diagnosed asbestos injury but your claim is not a Settled Asbestos PI Claim, complete Part 4A.

Identify the documents you have in support of your belief that you have a Settled Asbestos PI Claim and attach a copy of each.

~~E. ASBESTOSIS (interstitial fibrosis):~~

~~Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)~~
~~Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____~~
~~Check here if the diagnosis was pathologically confirmed, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if the diagnosis was NOT pathologically confirmed, and provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you have any pulmonary function tests in the last five years, please provide the person that administered the pulmonary function test(s) (_____) and a copy of all such tests in the last five years.~~
~~Check here if you have had a fiber burden study, and please provide the name of the laboratory conducting the study (_____) and a copy of the report.~~

~~F. OTHER CLAIMED NON-MALIGNANT ASBESTOS-RELATED CONDITION:~~

~~Date of first diagnosis (mm/dd/yyyy): _____ (Attach diagnostic report)~~
~~Is the Injured Party deceased? If so, Date of Death (mm/dd/yyyy): _____~~
~~Check here if the diagnosis was pathologically confirmed, and please provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if the diagnosis was NOT pathologically confirmed, and provide the name of the diagnosing physician (_____) and a copy of the diagnostic report.~~
~~Check here if you have any pulmonary function tests in the last five years, please provide the person that administered the pulmonary function test(s) (_____) and a copy of all such tests in the last five years.~~
~~Check here if you have had a fiber burden study, and please provide the name of the laboratory conducting the study (_____) and a copy of the report.~~

~~G. OTHER HEALTH CONDITIONS:~~

~~DLI-6462247v4~~

~~Check here if you have visited a physician for any reasons (not set forth above) in the last five years, please provide the name(s) and address(es) of those physician(s), the reason for the visit, and any resulting diagnosis.~~

**CHECK THIS BOX IF YOU ARE RESPONDING BY ATTACHING DOCUMENTS IN LIEU OF FILLING OUT SOME OR ALL OF PART 4: G.**

| Name of Physician | Address | Reason for Visit | Resulting Diagnosis |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Note: If more space is required, use additional pages.

~~Check here if you have ever been a cigarette smoker, provide the name and address of your primary care physician and attach any medical records that describe your smoking history.~~

**CHECK THIS BOX IF YOU ARE ATTACHING ANY MEDICAL RECORDS THAT DESCRIBE YOUR SMOKING HISTORY.**

| Name of Primary Care Physician | Address of Primary Care Physician |
|---|---|
|  |  |

| PART 5A: ALLEGED EXPOSURE TO BONDEX/SPHC PRODUCTS *(to be completed if you have a diagnosed asbestos injury)* |||||
|---|---|---|---|---|
| *INSTRUCTIONS: Use additional pages if more space is required.* |||||
| **ALLEGED BONDEX/SPHC ASBESTOS EXPOSURE - SITE 1** |||||
| Type of Exposure: | Occupational | Non-Occupational | Bystander | Secondary: *provide relationship to occupationally exposed person* |
| Site Type | Industrial or Commercial  Personal Residence | Residence of a Family Member or Acquaintance  Residence of a ~~Customer~~customer *(for occupational* | | Other *(describe):*_____ |
| Site Name *(i.e. name of plant, refinery, etc.)* |||||
| City | State | Country | Employer *(if applicable)* ||
| Occupation Code : O-  *(see codes on page 4 )* | Industry Code : I-  *(see codes on page 4)* | Start Date (mm/dd/yyyy) | End Date (mm/dd/yyyy) ||
| Please check the Bondex/SPHC Product Codes that apply *(see codes on page 3)*  P-01  P-02  P-03  P-04  P-05  P-06  P-07  P-08  P-09  P-10  P-11  P-12  P-13  P-14  P-15  P-16  P-17 |||||
| Describe the activity that resulted in the asbestos exposure: |||||
| **ALLEGED BONDEX/SPHC ASBESTOS EXPOSURE - SITE 2** |||||
| Type of Exposure: | Occupational | Non-Occupational | Bystander | Secondary: *provide relationship to occupationally exposed person* |
| ~~Site Type~~ | ~~Industrial or Commercial~~  ~~Personal Residence~~ | ~~Residence of a Family Member or Acquaintance~~  ~~Residence of a Customer (for occupational construction)~~ | | ~~Other~~ ~~(describe):~~_____ |
| <u>Site Type</u> | <u>Industrial or Commercial</u>  <u>Personal Residence</u> | <u>Residence of a Family Member or Acquaintance</u>  <u>Residence of a customer (for occupational construction)</u> | | <u>Other</u> <u>(describe):</u>_____ |
| Site Name *(i.e. name of plant, refinery, etc.)* |||||
| ~~City~~ | ~~State~~ | ~~Country~~ | ~~Employer (if applicable)~~ ||
| ~~Occupation Code : O-~~  ~~(see codes on page 4)~~ | ~~Industry Code : I-~~  ~~(see codes on page 4)~~ | ~~Start Date (mm/dd/yyyy)~~ | ~~End Date (mm/dd/yyyy)~~ ||
| <u>City</u> | <u>State</u> | <u>Country</u> | <u>Employer (if applicable)</u> ||
| <u>Occupation Code : O-</u>  <u>(see codes on page 4)</u> | <u>Industry Code : I-</u>  <u>(see codes on page 4)</u> | Start Date (mm/dd/yyyy) | End Date (mm/dd/yyyy) ||
| Please check the Bondex/SPHC Product Codes that apply *(see codes on page 3)*  P-01  P-02  P-03  P-04  P-05  P-06  P-07  P-08  P-09  P-10  P-11  P-12  P-13  P-14  P-15  P-16  P-17 |||||
| Describe the activity that resulted in the asbestos exposure: |||||
| **ALLEGED BONDEX/SPHC ASBESTOS EXPOSURE - SITE 3** |||||
| Type of Exposure: | Occupational | Non-Occupational | Bystander | Secondary: *provide relationship to occupationally exposed person* |
| ~~Site Type~~ | ~~Industrial or Commercial~~  ~~Personal Residence~~ | ~~Residence of a Family Member or Acquaintance~~  ~~Residence of a Customer (for occupational construction)~~ | | ~~Other~~ ~~(describe):~~_____ |
| <u>Site Type</u> | <u>Industrial or Commercial</u>  <u>Personal Residence</u> | <u>Residence of a Family Member or Acquaintance</u>  <u>Residence of a customer (for occupational construction)</u> | | <u>Other</u> <u>(describe):</u>_____ |
| Site Name *(i.e. name of plant, refinery, etc.)* |||||

| ~~City~~ | ~~State~~ | ~~Country~~ | ~~Employer (if applicable)~~ |
|---|---|---|---|
| ~~Occupation Code : O- (see codes on page 4)~~ | ~~Industry Code : I- (see codes on page 4)~~ | ~~Start Date (mm/dd/yyyy)~~ | ~~End Date (mm/dd/yyyy)~~ |
| City | State | Country | Employer (if applicable) |
| Occupation Code : O- (see codes on page 4) | Industry Code : I- (see codes on page 4) | Start Date (mm/dd/yyyy) | End Date (mm/dd/yyyy) |

Please check the Bondex/SPHC Product Codes that apply *(see codes on page 3)*

P-01   P-02   P-03   P-04   P-05   P-06   P-07   P-08   P-09   P-10   P-11   P-12   P-13   P-14   P-15   P-16   P-17

Describe the activity that resulted in the asbestos exposure:

**PART 6A: IF YOU ARE FILING A PROOF OF CLAIM TO PRESERVE YOUR RIGHTS OR THE RIGHTS OF ANOTHER WHO HAS NOT BEEN DIAGNOSED WITH AN ASBESTOS INJURY, PLEASE SIGN BELOW**

_____   _____
Signature                                                                                  Date

_____
Print Name

_____
Relationship to Claimant

**PART 6B: CLAIM CERTIFICATION FOR CLAIMANTS WITH A DIAGNOSED ASBESTOS INJURY**

THIS CERTIFICATION MAY BE SIGNED BY *EITHER* THE INJURED PARTY/RELATED CLAIMANT OR BY THE LEGAL REPRESENTATIVE OF THE INJURED PARTY BUT DOES NOT NEED TO BE SIGNED BY BOTH.

**If Completed By the Legal Representative of the Injured Person**

I swear that, to the best of my knowledge, all of the information contained in this Claim Information Form is true, accurate and complete in all material respects as of the date hereof. I further acknowledge that by submitting this form I am making the certifications contained in Rule 9011(b)(3) of the Federal Rules of Bankruptcy Procedure.

_____ Date _____
Signature

_____
Print Name

**If Completed By the Injured Person/Related Claimant**

The information provided in or in connection with this Claim Information Form must be accurate and truthful, and knowingly and fraudulently providing false information could result in a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571.

I swear, under penalty of perjury, that, to the best of my knowledge, all of the information contained in this Claim Information Form is true, accurate and complete as of the date hereof.

_____ Date _____
Signature

_____
Print Name

~~**PART 5B: ALLEGED EXPOSURE TO PRODUCTS OTHER THAN BONDEX/SPHC PRODUCTS**~~

~~*INSTRUCTIONS: Use additional pages if more space is required.*~~

~~Check this box if you are responding by attaching documents in lieu of filling out some or all of Part 5B of the form~~

~~**ALLEGED ASBESTOS EXPOSURE – SITE 1**~~

~~Type of Exposure:  Occupational    Non Occupational    Bystander    Secondary: _____~~
~~*provide relationship to occupationally exposed person*~~

~~Site Type    Industrial or Commercial    Residence of a Family Member or Acquaintance    Other~~
~~Personal Residence    Residence of a Customer *(for occupational construction)*    *(describe):*~~

~~Site Name *(i.e. name of plant, refinery, etc.)*~~

| ~~City~~ | ~~State~~ | ~~Country~~ | ~~Employer *(if applicable)*~~ |
|---|---|---|---|

| ~~Occupation Code : O~~ ~~*(see codes on page 4)*~~ | ~~Industry Code : I~~ ~~*(see codes on page 4)*~~ | ~~Start Date (mm/dd/yyyy)~~ | ~~End Date (mm/dd/yyyy)~~ |
|---|---|---|---|

~~Describe the activity that resulted in the asbestos exposure:~~

~~**ALLEGED ASBESTOS EXPOSURE – SITE 2**~~

~~Type of Exposure:  Occupational    Non Occupational    Bystander    Secondary: _____~~
~~*provide relationship to occupationally exposed person*~~

~~Site Type    Industrial or Commercial    Residence of a Family Member or Acquaintance    Other~~
~~Personal Residence    Residence of a Customer *(for occupational construction)*    *(describe):*~~

~~Site Name *(i.e. name of plant, refinery, etc.)*~~

| ~~City~~ | ~~State~~ | ~~Country~~ | ~~Employer *(if applicable)*~~ |
|---|---|---|---|

| ~~Occupation Code : O~~ ~~*(see codes on page 4)*~~ | ~~Industry Code : I~~ ~~*(see codes on page 4)*~~ | ~~Start Date (mm/dd/yyyy)~~ | ~~End Date (mm/dd/yyyy)~~ |
|---|---|---|---|

~~Describe the activity that resulted in the asbestos exposure:~~

~~**ALLEGED ASBESTOS EXPOSURE – SITE 3**~~

~~Type of Exposure:  Occupational    Non Occupational    Bystander    Secondary: _____~~
~~*provide relationship to occupationally exposed person*~~

~~Site Type    Industrial or Commercial    Residence of a Family Member or Acquaintance    Other~~
~~Personal Residence    Residence of a Customer *(for occupational construction)*    *(describe):*~~

~~Site Name *(i.e. name of plant, refinery, etc.)*~~

| ~~City~~ | ~~State~~ | ~~Country~~ | ~~Employer *(if applicable)*~~ |
|---|---|---|---|

| ~~Occupation Code : O~~ ~~*(see codes on page 4)*~~ | ~~Industry Code : I~~ ~~*(see codes on page 4)*~~ | ~~Start Date (mm/dd/yyyy)~~ | ~~End Date (mm/dd/yyyy)~~ |
|---|---|---|---|

~~Describe the activity that resulted in the asbestos exposure:~~

~~DLI-6462247v4~~

**PART 6A: LITIGATION RELATED TO THE INJURED PARTY'S ALLEGED ASBESTOS EXPOSURE** *(Information about asbestos lawsuits)*

*INSTRUCTIONS: Use additional copies of this page AND associated TABLE A for EACH LAWSUIT, whether or not Bondex or SPHC was named as a defendant*

☐ Check this box if you are responding by attaching documents in lieu of filling out some or all of Part 6A of the form

LAWSUIT #: _____ of _____ (fill in based on the number of associated lawsuits)

Is the plaintiff(s) in the lawsuit one or more of the following (check all that apply)

☐ Injured Party          ☐ Personal Representative/Executor          ☐ Dependent Child
☐ Spouse                 ☐ Wrongful Death Claimant                    ☐ Other

What state county/subdivision or federal district court (fill in the blank): _____

_____

Case Number (fill in the blank): _____

Date first filed (mm/dd/yyyy): _____

☐ Check if Injured Party's deposition was taken in this lawsuit. If taken multiple times, state how many times the Injured Party was deposed. _____

☐ Check if Injured Party's family member(s) were deposed in this lawsuit as a product identification witness and state how many were deposed. _____
☐ Check if Injured Party's co-worker(s) were deposed in this lawsuit as product identification witness(es) and state how many were deposed. _____
☐ Check if any other product identification witness(es) were deposed in this lawsuit and state how many were deposed. _____

| Has this claim been paid either in whole or in part (excluding Bondex/SPHC)? (check one): | If the claim has been paid in whole or in part, excluding Bondex/SPHC, how was it paid? (check all that apply): |
|---|---|
| Whole? _____ Part? _____ | ☐ Trial     ☐ Settlement     ☐ Payments from one or more bankruptcy trusts |

**If resolved at least in part by trial**

When was the trial (mm/dd/yyyy): _____          Was there a monetary award to plaintiff (Y/N): _____

Was there a plaintiff verdict? (Y/N) _____          What was the award of compensatory damages? $_____

Is the case on appeal? (Y/N): _____

**Defendant Information**

Defendants named in this lawsuit (fill in the blank): Complete attached *TABLE A*

**Inactive docket**

Is this lawsuit on any inactive docket? (Y/N): _____ If yes, in what jurisdiction and when? _____ (mm/dd/yyyy):

**PART 6B: NON-LITIGATION CLAIMS RELATED TO THE INJURED PARTY'S ALLEGED ASBESTOS EXPOSURE**

*INSTRUCTIONS: Provide the requested information regarding your claims seeking compensation related to the Injured Party's alleged asbestos exposure from entities not party to any lawsuit (i.e. bankruptcy trusts, other qualified settlement trusts, companies not named in the lawsuit etc.)*

☐ Check this box if you are responding by attaching documents in lieu of filling out some or all of Part 6B of the form