**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 4, 2014 AT 11:00 A.M.**[2]

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I. **CONTINUED MATTERS:**

1. Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4374 - filed December 9, 2013]

    Objections/Responses Received:

    A. Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative's to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4377 - filed December 10, 2013]

    B. Joinder of Motley Rice LLC Claimants to Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4379 - filed December 11, 2013]

    C. Joinder of Cooney and Conway Claimants to Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4387 - filed December 13, 2013]

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

[2] All pleadings referenced herein are available online at www.loganandco.com.

D.      Joinder of Belluck & Fox, LLP, Claimants to Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4388 - filed December 13, 2013]

E.      Joinder of Waters & Kraus, LLP Claimants to Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4412 - filed December 19, 2013]

F.      Joinder of Simon Greenstone Panatier Bartlett, PC, Claimants to Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief by the Debtors [Docket No. 4428 - filed December 30, 2013]

G.      Amended Joinder of Belluck & Fox, LLP, Claimants to Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4444 - filed January 3, 2014]

H.      Joinder of Gori Julian & Associates, P.C. Claimants to (I) Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors and (II) Supplemental Brief in Support of Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4446 - filed January 3, 2014]

I.      Joinder of Claimants of Early & Strauss, LLC and Early, Lucarelli, Sweeney & Meisenkothen, LLC to the Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding the Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4460 - filed January 10, 2014]

J.      Joinder of Bailey Peavy Bailey Claimants to the Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4464 - filed January 14, 2014]

K.      Joinder for Claimants of George & Farinas, LLP to the Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing

        Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4466 - filed January 15, 2014]

L.    Amended Joinder of Waters & Kraus, LLP Claimants to Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4467 - filed January 15, 2014]

M.    Joinder of Claimants Represented by Napoli Bern Ripka Shkolnik & Associates, LLP, to Objections of Other Claimants and the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding the Proposed Order Establishing Bar Dates For Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4468 - filed January 15, 2014]

N.    Amended Joinder of Simon Greenstone Panatier Bartlett, PC, Claimants to the Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4469 - filed January 15, 2014]

O.    Joinder of Bevan & Associates LPA, Inc. Claimants to Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding the Order Establishing Bar Dates for Filing Proof of Claims and Related Relief Filed by the Debtors [Docket No. 4472 - filed January 15, 2014]

P.    Objection of Cooney & Conway to the Debtors' Certification of Counsel Regarding the Order Establishing Bar Dates for Filing Proof of Claims and Related Relief Filed by the Debtors [Docket No. 4473 - filed January 15, 2014]

Q.    Joinder of Madeksho Law Firm Claimants to the Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4476 - filed January 15, 2014]

R.    Joinder of the Ruckdeschel Law Firm LLC Current and Future Potential Claimants to the Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives and of Cooney & Conway to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4477 - filed January 15, 2014]

S.    Goldenberg Heller Antognoli & Rowland, P.C. Claimants' Joinder in the Objection of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Order Establishing Bar Dates for Filing Proofs of

        Claim and Approving Related Relief Filed by the Debtors [Docket No. 4483 - filed January 15, 2014]

T.    The Shepard Law Firm, P.C.'s Objections to Proposed Bar Date Order and Proof of Claim Form [Docket No. 4485 - filed January 15, 2014]

U.    Joinder of Cascino Vaughan Law Offices Ltd. Claimants to the Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors [Docket No. 4487 - filed January 15, 2014]

V.    Objection of the O'Brien Law Firm, P.C., to the Debtors' Certification of Counsel Regarding the Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors and Joinder in the Objection of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives [Docket No. 4488 - filed January 15, 2014]

W.    Joinder of the Lanier Law Firm Claimants to (I) Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representatives to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief Filed by the Debtors; (II) Supplemental Brief in Support of Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief; and (III) Supplement of the Future Claimants' Representative to the Joint Objection of the Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4489 - filed January 15, 2014]

X.    Notice of Delivery of Letter Containing Objections to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4491 - filed January 15, 2014]

Y.    Comments and Objections of the Future Claimants' Representative to the Debtors' Proposed Form of Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4496 - filed January 15, 2014]

Z.    (A) Objections of Baron & Budd, P.C., Motley Rice LLC, the Law Offices of Peter G. Angelos, P.C., Thornton & Naumes, LLP, And Weitz & Luxenberg, P.C., (the "Law Firms") and Their Affected Clients to the Debtors' Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief (the "Debtors' COC"), and (B) Joinder of the Law Firms and Their Affected Clients to: (1) Omnibus Response of the Committee of Asbestos Personal Injury Claimants ("ACC") and the Future Claimants' Representative ("FCR"); (2) the Objection of the ACC and the FCR to the Debtors' COC; and (3) the Supplemental Briefs of the ACC and FCR [Docket No. 4498 - filed January 15, 2014]

RLF1 10362264v.1

AA. Notice of Filing Responses to Certification of Counsel [Docket No. 4499 - filed January 15, 2014]

BB. January 15, 2014 Belluck & Fox Claimants' Letter Objection to Bar Date Order and Proof of Claim Proposed by Debtor [Docket No. 4500 - filed January 16, 2014]

CC. First Supplemental Notice of Filing Responses to Certification of Counsel [Docket No. 4506 - filed January 16, 2014]

DD. Second Supplemental Notice of Filing Responses to Certification of Counsel [Docket No. 4513 - filed January 18, 2014]

EE. Response of RPM International Inc. to Objections to Certification of Counsel Regarding Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief and Joinder in Debtors' Response [Docket No. 4516 - filed January 22, 2014]

FF. Notice of Filing of Certain Objections to Proposed Order Establishing Bar Dates and Related Forms [Docket No. 4517 - filed January 22, 2014]

GG. Debtors' Consolidated Reply to Objections to Proposed Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4518 - filed January 22, 2014]

HH. Joint Placeholder Objection of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative to Debtors' Notice of Filing of Proposed Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4709 - filed May 2, 2014]

Related Documents:

i. Transcript of November 13, 2013 Hearing [Docket No. 4312 - filed November 15, 2013]

ii. Scheduling Order with Respect to Proposed Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4470 - filed January 15, 2014]

iii. Notice of Filing of Proposed Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4705 - filed May 2, 2014]

Status:  The hearing regarding this matter is continued to a date to be determined.

2. Debtors' Motion for Approval of Asbestos Bar Date Notice Plan [Docket No. 4673 - filed April 17, 2014]

Objection/Response Deadline:    April 29, 2014 at 4:00 p.m., extended to May 1, 2014 at 12:00 p.m. for the FCR and the ACC

Objections/Responses Received:

A. Objection of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative to Debtors' Motion for Approval of Asbestos Bar Date Notice Plan [Docket No. 4699 - filed May 1, 2014]

B. Joint Placeholder Objection of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative to Debtors' Notice of Filing of Proposed Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4709 - filed May 2, 2014]

Related Documents:

i. Notice of Filing of Proposed Order Establishing Bar Dates for Filing Proofs of Claim and Approving Related Relief [Docket No. 4705 - filed May 2, 2014]

ii. Reply of Debtors to Objection of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative to Debtors' Motion for Approval of Asbestos Bar Date Notice Plan [Docket No. 4706 - filed May 2, 2014]

iii. Notice of Date and Time of Continued Hearing on the Debtors' Motion for Approval of Asbestos Bar Date Notice Plan [Docket No. 4721 - filed May 12, 2014]

Status:  The hearing regarding this matter is continued to a date to be determined.

Dated:  June 2, 2014
Wilmington, Delaware

Respectfully submitted,

/s/  *Zachary I. Shapiro*
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
Tyler D. Semmelman (DE 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

ATTORNEYS FOR DEBTORS