# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | :     Chapter 11 |
| | : |
| SPECIALTY PRODUCTS HOLDING CORP., | :     Case No. 10-11780 (PJW) |
| *et al.*,[1] | : |
| | :     (Jointly Administered) |
| Debtors. | : |
| | :     **Re: Docket No. 4949** |
| | : |

## CERTIFICATION OF COUNSEL REGARDING ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING RELATED RELIEF

The undersigned hereby certifies as follows:

1.      On September 5, 2014, the above-captioned debtors (collectively, the "Debtors") filed the *Motion of the Debtors for an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* [Docket No. 4949] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").  Pursuant to the *Notice of Motion and Hearing*, which was filed and served contemporaneously with the Motion, objections, if any, to the Motion were to be filed and served by no later than September 19, 2014 at 4:00 p.m.

2.      The Debtors received no objection or response to the Motion, and no objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.

---

[1]      The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3.      Attached hereto as Exhibit A is a revised form of order granting the relief requested in the Motion (the "Revised Order").  The Revised Order reflects certain technical modifications to the proposed form of order that was attached to the Motion.  The Revised Order has been circulated to, and is acceptable to, the Future Claimants' Representative and the Committee.  For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the form of order that was filed with the Motion is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated:  September 25, 2014

Respectfully submitted,

/s/ Zachary I. Shapiro
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
Tyler D. Semmelman (DE 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

and

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
Paul M. Green (TX 24059854)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

PROPOSED ATTORNEYS FOR NEW DEBTORS
AND ATTORNEYS FOR INITIAL DEBTORS