**<u>EXHIBIT A</u>**

**(Disclosure Statement Notice)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., | : | Case No. 10-11780 (PJW) |
| *et al.,*[1] | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : | **Hearing Date: Oct. 20, 2014 at 10:00 a.m.** |
|  | : | **Obj. Deadline: Oct. 15, 2014 at 4:00 p.m.** |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT
PURSUANT TO  SECTION 1125 OF THE BANKRUPTCY CODE FOR THE
JOINT PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS
HOLDING CORP., BONDEX INTERNATIONAL, INC.,
REPUBLIC POWDERED METALS, INC. AND NMBFiL, INC.**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.       On September 26, 2014, the above-captioned debtors (collectively, the "Debtors") filed:  (a) Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan"); and (b) the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. (as it may be amended, the "Disclosure Statement").

2.       A hearing (the "Disclosure Statement Hearing") will be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the Judge's courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 at 10:00 a.m. (prevailing Eastern Time) on October 20, 2014 to consider the entry of an order finding, among other things, that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

3.       Copies of the Disclosure Statement and the Plan are available for review on website of the Debtors' voting agent, Logan & Company, Inc., at www.loganandco.com.  In addition, copies of the Disclosure Statement and the Plan are available upon request by

---

[1]       The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 (Attn: SPHC Voting Department; Tel: 973-509-3190; facsimile: 973-509-3191).

4.      Responses and objections, if any, to approval of the Disclosure Statement or the other relief sought by the Debtors in connection with approval of the Disclosure Statement, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response; and (d) be filed, together with proof of service, with the Bankruptcy Court and served so as to be actually received on or before 4:00 p.m. (prevailing Eastern Time) on October 15, 2014 by:

**Counsel to the Debtor**

Jones Day
Attn: Gregory M. Gordon, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Email: gmgordon@jonesday.com

Richards, Layton & Finger, P.A
Attn: Daniel J. DeFranceschi, Esq.
One Rodney Square
P O Box 551
Wilmington, Delaware 19899
Email:  defranceschi@rlf.com

**Counsel to RPM International Inc.**

Sullivan & Cromwell LLP
Attn:  Mark F. Rosenberg, Esq.
125 Broad Street
New York, NY 10004
Email:  rosenbergm@sullcrom.com

Morris, Nichols, Arsht & Tunnell LLP
Attn:  Gregory W. Werkheiser, Esq.
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899
Email:  GWerkheiser@MNAT.com

**Counsel to the Official Committee of Asbestos Personal Injury Claimants**

Montgomery, McCracken, Walker & Rhoads, LLP
Attn:  Natalie D. Ramsey, Esq.
1105 North Market Street, Suite 1500
Wilmington, Delaware 19801
Email:  nramsey@mmwr.com

**Counsel to the Asbestos Personal Injury Future Claimants' Representative**

Young, Conaway, Stargatt & Taylor, LLP
Attn:  Edwin J. Harron, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: eharron@ycst.com

**Office of the United States Trustee for the District of Delaware**

Attn: Richard L. Schepacarter, Esq.
844 King Street, Suite 2313
Lockbox 35
Wilmington, Delaware 19801
Email:  Richard.Schepacarter@usdoj.gov

5.      IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.

6.      Following approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against, or interests in, the Debtors will receive a copy of the Disclosure Statement, the Plan and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

7.      THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE COURT.

8.      The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.

Dated:  September 30, 2014               Respectfully submitted,

/s/ *Zachary I. Shapiro*
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

ATTORNEYS FOR DEBTORS