**EXHIBIT C**

**(Certified Plan Solicitation Directive)**

**The Debtors are requesting that the enclosed Certified Plan Solicitation Directive be returned on or before <u>October 13, 2014</u> to ensure timely solicitation of your client's votes.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF (I) PROPOSED PROCESS FOR SOLICITING VOTES OF HOLDERS OF ASBESTOS PERSONAL INJURY CLAIMS TO ACCEPT OR REJECT THE JOINT PLAN OF REORGANIZATION FOR SPECIALTY PRODUCTS HOLDING CORP., BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFiL, INC., (II) REQUESTED DEADLINE FOR ATTORNEYS TO SUBMIT CERTIFIED PLAN SOLICITATION DIRECTIVE AND (III) DISCLOSURE STATEMENT HEARING AND RELATED DEADLINES**

TO:     ATTORNEYS FOR HOLDERS OF ASBESTOS PERSONAL INJURY CLAIMS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. (collectively, the "<u>Debtors</u>") are preparing to solicit votes with respect to the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 [Docket No. 5025] (as it may be amended, the "<u>Plan</u>"). In connection with that solicitation, the Debtors have filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"): (a) a proposed disclosure statement in connection with the Plan, dated September 26, 2014 [Docket No. 5026] (as it may be amended, the "<u>Disclosure Statement</u>"); and (b) a motion (the "<u>Solicitation and Tabulation Procedures Motion</u>"), which seeks, among other things, the Bankruptcy Court's approval of certain procedures (the "<u>Solicitation and Tabulation Procedures</u>") for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation and Tabulation Procedures Motion, which includes a copy of the Solicitation and Tabulation Procedures, is being served along with this notice.

2.     The Solicitation and Tabulation Procedures prescribe the noticing and voting procedures applicable to you and your Clients.[2] As to your Clients, the Solicitation and Tabulation Procedures require you to direct the Debtors regarding the distribution of Solicitation Packages. In particular, the Solicitation and Tabulation Procedures contemplate, and the Debtors are requesting, that you complete and return the enclosed Certified Plan Solicitation Directive to the Debtors' Voting Agent, Logan & Company, Inc. ("<u>Logan</u>"), 546 Valley Road, Upper Montclair, New Jersey 07043 (Attn: SPHC Voting Department), **so that it is received by Logan on or before October 13, 2014 to ensure the timely solicitation of your Clients' votes**.

3.     The Solicitation and Tabulation Procedures also contemplate that you provide Logan with a list of your Clients (the "<u>Client List</u>"). The requested deadline for providing the Client List depends on the solicitation method that you select. If you select the Master Ballot Solicitation Method (Box 2 on the enclosed Certified Plan Solicitation Directive), you must submit the Client List on the exhibit required to complete your Master Ballot so that it is received by Logan on or before December 2, 2014, and if you also elect to have Logan serve Solicitation Packages on your Clients for informational purposes only, you must provide the names and addresses of such Clients to Logan on or before October 20, 2014. If you select the Individual Ballot

---

[1]     The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

[2]     Capitalized terms not otherwise defined herein have the meanings given to them in the Plan or in the Solicitation and Tabulation Procedures.

Direct Solicitation Method (Box 3 on the enclosed Certified Plan Solicitation Directive), the Debtors are requesting that the Client List be submitted so that it is received by Logan on or before October 20, 2014.  If you select the Individual Ballot Indirect Solicitation Method (Box 4 on the enclosed Certified Plan Solicitation Directive), the Debtors are requesting that the Client List be submitted so that it is received by Logan on or before October 20, 2014.  If you select the Hybrid Solicitation Method (Box 5 on the enclosed Certified Plan Solicitation Directive), the Debtors are requesting that you submit two lists:  (a) a list of your Clients on whose behalf you will cast a vote by Master Ballot on the Plan, which you must submit to Logan on the exhibit required to complete your Master Ballot on or before December 2, 2014 and (b) a list of your Clients who will cast individual ballots, which you must submit to Logan on or before October 20, 2014 if you elect to have Logan mail Solicitation Packages directly to your Clients or on or before October 20, 2014 if you plan on handling service of the Solicitation Packages on your Clients.

   4. Upon Bankruptcy Court approval of the Solicitation and Tabulation Procedures and the Disclosure Statement, Logan will serve a copy of the Disclosure Statement, the Plan and various documents related thereto and an appropriate Ballot in accordance with the instructions set forth on the Certified Plan Solicitation Directive.

   5. The Bankruptcy Court will hold a hearing (the "<u>Hearing</u>") on October 20, 2014 at 10:00 a.m. (prevailing Eastern Time) to consider the entry of an order approving, among other things, the Solicitation and Tabulation Procedures and the Disclosure Statement.  The Hearing will be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the Judge's courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801.  The Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Hearing or any continued hearing.

   6. Copies of the Disclosure Statement and the Plan are available for review on the Voting Agent's website at www.loganandco.com.  In addition, copies of the Disclosure Statement and Plan are available upon request by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 (Attn: SPHC Voting Department; Tel:  973-509-3190; Fax:  973 509 3191).  If you have any questions regarding the instructions for completing the Certified Plan Solicitation Directive, please contact Logan at 973-509-3190 or sph@loganandco.com.

   7. Responses and objections, if any, to the Solicitation and Tabulation Procedures Motion, approval of the Disclosure Statement or the other relief sought by the Debtors in connection with approval of the Disclosure Statement, must:  (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response; and (d) be filed, together with proof of service, with the Bankruptcy Court and served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on October 15, 2014 by: (i) the Clerk, 824 Market Street, Third Floor, Wilmington, Delaware 19801, (ii) counsel to the Debtors, Jones Day, 2727 N Harwood Street, Dallas, Texas 75201 (Attn: Gregory M. Gordon, Esq. and Dan B. Prieto, Esq.) and Richards, Layton & Finger, PA, One Rodney Square, PO Box 551, Wilmington, Delaware 19899 (Attn: Daniel J DeFranceschi, Esq), (iii) counsel to the statutory committee of asbestos claimants, Montgomery, McCracken, Walker & Rhoads, LLP, 1105 North Market Street, Suite 1500, Wilmington, Delaware 19801 (Attn: Natalie D. Ramsey, Esq.), (iv) counsel to the legal representative for future asbestos claimants, Young Conway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn:  Edwin J. Harron, Esq.); (v) counsel to RPM International Inc., Sullivan & Cromwell LLP, 125 Broad Street New York, New York 10004 (Attn:  Mark F. Rosenberg, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor Wilmington, Delaware 19899 (Attn:  Gregory W. Werkheiser, Esq.), and (vi) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2313, Lockbox 35, Wilmington, Delaware 19801 (Attn: Richard L. Schepacarter, Esq.).

   8. IF ANY OBJECTION TO THE SOLICITATION AND TABULATION PROCEDURES MOTION OR THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE SOLICITATION AND TABULATION PROCEDURES MOTION OR THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.

   9. THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE COURT.

Dated: October_, 2014 

Respectfully submitted,

_____
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
Tyler D. Semmelman (DE 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

and

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR DEBTORS

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**CERTIFIED PLAN SOLICITATION DIRECTIVE**

In accordance with the Ballot Solicitation and Tabulation Procedures for the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 [Docket No. 5025] (as it may be amended, the "Plan"),[2] which has been proposed by Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. (collectively, the "Debtors"), I hereby direct that distribution of Solicitation Packages in connection with the Plan be implemented as follows:

Box 1   **No Solicitation Required**.  I do not represent any Clients asserting Asbestos Personal Injury Claims against the Debtors.  By signing below, I hereby certify and authorize the Voting Agent to remove me from the service list in the above-captioned cases.

Box 2   **Master Ballot Solicitation Method**.  I have authority under applicable bankruptcy and/or non-bankruptcy law to vote each of my Clients' Asbestos Personal Injury Claims and intend to exercise such authority.  Accordingly, in lieu of solicitation of votes on the Plan from each of my Clients, I will record the votes on the Plan for each of my Clients on a Master Ballot.  By signing below, I hereby certify that: (i) I have authority, under applicable bankruptcy and/or non-bankruptcy law, to vote on behalf of my Clients; (ii) no Solicitation Packages need to be provided to any of my Clients unless I have made the informational service election below; and (iii) I will submit my Client List on the exhibit required to complete the Master Ballot (which exhibit is subject to the requirements set forth in the instructions for completing the Master Ballot).

Informational Service Election.  Although I will vote each of my Clients' Asbestos Personal Injury Claims on their behalf, I request that the Voting Agent serve copies of the Solicitation Packages (without a ballot) on my Clients.  By making this election, I understand that I must submit a Client List (which list is subject to the requirements set forth below) to the Voting Agent on or before October 20, 2014.  If you have made this election, please indicate:

(i) the approximate number of Clients that you represent: _____; and

(ii) whether you intend to have the Voting Agent include a cover letter or other communication from you to your Clients with the Solicitation Packages:  [**YES**] or [**NO**].

*If you have chosen this solicitation method, you must submit your Client List to the Solicitation Voting Agent on the exhibit to your Master Ballot on or before December 2, 2014.  In addition, if you have made the informational service election, you must provide the Voting Agent with a list of the names and addresses of your Clients as well as a copy of any letter or other communication to your Clients that you would like included with the Solicitation Packages on or before October 20, 2014.*

---

[1]   The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

[2]   Capitalized terms not otherwise defined herein have the meanings given to them in the Plan or in the Solicitation and Tabulation Procedures.

Box 3  **Individual Ballot Direct Solicitation Method**.  I do not have the authority to vote any of my Clients' Asbestos Personal Injury Claims, or I have such authority but do not intend to exercise it.  Accordingly, I hereby direct the Voting Agent to send Solicitation Packages directly to each Client.  By signing below, I hereby certify that I will submit a Client List (which list is subject to the requirements set forth below) to the Voting Agent on or before October 20, 2014.

(i)  Please indicate the approximate number of Clients that you represent: _____ ; and

(ii)  I intend to have the Voting Agent include a cover letter or other communication from me to my Clients with the Solicitation Packages:  **[YES]** or **[NO]**

*If you have chosen this solicitation method, your Client List, as well as a copy of any letter or other communication to your Clients that you would like included with the Solicitation Packages, should be submitted so that it is received by the Voting Agent on or before October 20, 2014.*

Box 4  **Individual Ballot Indirect Solicitation Method**.  I do not have the authority to vote any of my Clients' Asbestos Personal Injury Claims, or I have such authority but do not intend to exercise it.  Accordingly, I hereby direct the Voting Agent to send individual Solicitation Packages for each of my Clients to me, and I will forward such packages to my Clients.  By signing below, I hereby certify that:  (i) I will submit a Client List (which list is subject to the requirements set forth below) to the Voting Agent; (ii) Solicitation Packages for my Clients should be delivered to my office, and I will deliver such packages to my Clients within three Business Days after receipt; and (iii) within three Business Days of my delivery of the Solicitation Packages to my Clients, I will file an affidavit with the Bankruptcy Court evidencing such service and will send a copy of such affidavit to the Voting Agent.  The affidavit of service need not list each Client individually; rather, the affidavit need state only that (i) service of the Solicitation Packages was completed; (ii) the date(s) on which such service took place; and (iii) you have provided, or will provide (on or before October 20, 2014), the Client List to the Voting Agent.

(i)  Please indicate the approximate number of Clients that you represent: _____

(ii)  Please provide a delivery address for Solicitation Packages, if such address is different from the address below:

_____

*If you have chosen this solicitation method, your Client List should be submitted so that it is received by the Voting Agent on or before October 20, 2014.*

Box 5  **Hybrid Solicitation Method**.  I have the authority under applicable bankruptcy and/or non-bankruptcy law to vote my Clients' Asbestos Personal Injury Claims, and intend to exercise such authority, for certain of my Clients (collectively, the "Master Ballot Clients").  Accordingly, in lieu of solicitation of votes on the Plan from each of the Master Ballot Clients individually, I will record the votes on the Plan for each of the Master Ballot Clients on a Master Ballot.  By signing below, I hereby certify that:  (i) I have authority to vote on behalf of the Master Ballot Clients; (ii) no Solicitation Packages need to be provided to any Master Ballot Client unless I have made the informational service election below; and (iii) I will submit my Client List on the exhibit required to complete the Master Ballot (which exhibit is subject to the requirements set forth in the instructions for completing the Master Ballot).

Informational Service Election.  Although I will vote each of the Master Ballot Clients' Asbestos Personal Injury Claims on their behalf, I request that the Voting Agent serve copies of the Solicitation Packages (without a ballot) on the Master Ballot Clients.  By making this election, I understand that I must submit the names and addresses of the Master Ballot Clients to the Voting Agent on or before October 20, 2014.  If you have made this election, please indicate:

(i)  the approximate number of Clients to be served: _____; and

(ii)  whether you intend to have the Voting Agent include a cover letter or other communication from you to the Master Ballot Clients with the Solicitation Packages: [**YES**] or [**NO**].

*If you opt to include a letter from you in the informational service on your Master Ballot Clients, you must provide such letter to the Voting Agent on or before October 20, 2014.*

With respect to the remaining Clients (the "<u>Individual Ballot Clients</u>"), I either do not have, or do not intend to exercise, the authority to vote on the Plan. Accordingly, I hereby direct the Voting Agent to solicit votes on the Plan from the Individual Ballot Clients as follows:

Box 5A    I hereby direct the Voting Agent to send Solicitation Packages directly to each Individual Ballot Client. By signing below, I hereby certify that I will submit a Client List for the Individual Ballot Clients (which list is subject to the requirements set forth below) to the Voting Agent on or before October 20, 2014. I intend to have the Voting Agent include a cover letter or other communication from me to my Individual Ballot Clients with the Solicitation Packages:  [**YES**] or [**NO**].

*If you opt to include a letter from you in the service on your Individual Ballot Clients, you must provide such letter to the Voting Agent on or before October 20, 2014.*

Box 5B    I hereby direct the Voting Agent to send the Solicitation Packages for each of the Individual Ballot Clients to me, and I will forward such packages to the Individual Ballot Clients. By signing below, I hereby certify that (i) I will submit a Client List for the Individual Ballot Clients (which list is subject to the requirements set forth below) to the Voting Agent on or before October 20, 2014; (ii) Solicitation Packages for the Individual Ballot Clients should be delivered to my office, and I will deliver such packages to the Individual Ballot Clients within three Business Days after receipt; and (iii) within three Business Days of my delivery of the Solicitation Packages to the Individual Ballot Clients, I will file an affidavit with the Bankruptcy Court evidencing such service and will send a copy of such affidavit to the Voting Agent. The affidavit of service need not list each Client individually; rather, the affidavit need state only that (i) service of the Solicitation Packages was completed; (ii) the date(s) on which such service took place; and (iii) you have provided, or will provide (on or before October 20, 2014), the Client List to the Voting Agent. Please provide a delivery address for the Solicitation Packages, if such address is different from the address below:

_____

Please indicate the approximate number of Individual Ballot Clients that you represent: _____

*If you have chosen this solicitation method, (a) you must submit the list of Master Ballot Clients on the exhibit required to complete your Master Ballot so that it is received by the Voting Agent on or before the December 2, 2014 and (b) you must submit the list of Individual Ballot Clients so that it is received by the Voting Agent on or before either October 20, 2014 if you elected Box 5A or October 20, 2014 if you elected Box 5B.*

| | |
|---|---|
| _____ | _____ |
| Name of Attorney | Signature |
| _____ | _____ |
| Name of Law Firm | Telephone Number |
| _____ | _____ |
| Street Address | E-Mail Address |
| _____ | _____ |
| City, State, Zip | Date Completed |

**Instructions for Returning This Directive**

The Debtors are requesting that this Certified Plan Solicitation Directive be returned so that it is received on or before October 13, 2014 by the Debtors' Voting Agent, **Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 (Attn: SPHC Voting Department)**.

**Requirements for the Client List**

As indicated above, you must provide to the Voting Agent a Client List in Excel or a comparable electronic format by sending the Client List on CD-ROM. The Client List should be formatted in accordance with the attached List Formatting Instructions. Those instructions and a sample template in Excel format are also available on the Voting Agent's website at www.loganandco.com. If you represent fewer than 100 Clients asserting Asbestos Personal Injury Claims, then you may provide the Client List in hard copy.

The Client List must contain the name and the last four digits of the social security number of each of the Clients that you represent. If you have checked Box 3 or Box 5A, the Client List must also include a mailing address for, as applicable, each Client or each Individual Ballot Client. If you have checked Box 5, you must also check either Box 5A or Box 5B to direct the Voting Agent as to the solicitation method for the Individual Ballot Clients, and you will be required to submit two Client Lists: one listing the Master Ballot Clients and one listing the Individual Ballot Clients.

For those Clients on whose behalf you will submit a Master Ballot you must submit the Client List on the exhibit required to complete your Master Ballot (which exhibit is subject to the requirements set forth in the instructions for completing the Master Ballot) on or before the December 2, 2014. If you have checked Box 3 or 5A, you must submit the Client List on or before October 20, 2014. If you have checked Box 4 or 5B, you must submit the Client List on or before October 20, 2014.

Please send your Client List(s) on CD-ROM to: **Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 (Attn: SPHC Voting Department)**. If you have any technical questions, or need to arrange for special delivery of your Client List, please contact Logan & Company, Inc. at 973-509-3190 or sph@loganandco.com.

*In re Specialty Products Holding Corp., et al.*

## LIST FORMATTING INSTRUCTIONS

The Certified Plan Solicitation Directive contemplates that you submit the Client List to the Voting Agent. *If you have elected to complete a Master Ballot, you must submit the Client List on the exhibit required to complete your Master Ballot (which exhibit is subject to the requirements set forth in the instructions for completing the Master Ballot).* If you are not submitting the Client List with a Master Ballot, the list should be in Excel or a comparable electronic format on CD-ROM and should be formatted to include each of the following fields (in the order listed):

1. Last Four Digits of Social Security Number *Required Field
2. Last Name *Required Field
3. First Name *Required Field
4. Address (necessary only for those Clients on whom you are requesting the Voting Agent directly serve individual Solicitation Packages.)

Please ensure that columns are no greater than 45 characters wide.

For your convenience, a sample template is set forth below and may also be downloaded in Excel format from the Voting Agent's website at www.loganandco.com.

| Last Four Digits of Social Security Number | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 6789 | Smith | John | 123 Any Street | Town | State | 12345 |