**<u>EXHIBIT D</u>**

**(Ballots)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## INDIVIDUAL BALLOT FOR ACCEPTING OR REJECTING THE
## JOINT PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS HOLDING CORP., BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFiL, INC.

### CLASS 4a: SPHC ASBESTOS PERSONAL INJURY CLAIMS

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. PREVAILING EASTERN TIME ON**

**DECEMBER 2, 2014**

---

This Ballot is submitted to you to solicit your vote to accept (*i.e.*, vote in favor of ) or reject (*i.e.*, vote against) the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan") described in the accompanying Disclosure Statement, dated September 26, 2014 (as it may be amended, the "Disclosure Statement"). In connection with soliciting votes to accept (*i.e.*, votes in favor of ) or reject (*i.e.*, votes against) the Plan, the Bankruptcy Court approved certain Ballot Solicitation and Tabulation Procedures (the "Solicitation and Tabulation Procedures"), which are attached to the Disclosure Statement as Exhibit II. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Solicitation and Tabulation Procedures.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the related channeling of SPHC Asbestos Personal Injury Claims to such trust, if the Plan satisfies the following requirements:

        (a)        is accepted by holders of at least two-thirds in amount of the SPHC Asbestos Personal Injury Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Solicitation and Tabulation Procedures;

        (b)        is accepted by at least three-fourths of the holders of SPHC Asbestos Personal Injury Claims that cast votes to accept or reject the Plan that were counted pursuant to the Solicitation and Tabulation Procedures; and

        (c)        satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.

---

[1]        The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

**IN ORDER FOR YOUR VOTE TO BE COUNTED, THIS BALLOT MUST BE PROPERLY COMPLETED, SIGNED AND RETURNED SO THAT IT IS RECEIVED BY THE DEADLINE INDICATED ABOVE.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2 AND 3.  IF NEITHER THE "ACCEPT (I.E., VOTE IN FAVOR OF)" NOR "REJECT (I.E., VOTE AGAINST)" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.**    **Vote Regarding the Plan**. The undersigned, as holder of (or representative of a holder of) a SPHC Asbestos Personal Injury Claim, votes to (check only ONE box):

☐    **ACCEPT (I.E., VOTE IN FAVOR OF) THE PLAN.**                    ☐    **REJECT (I.E., VOTE AGAINST) THE PLAN.**

**Item 2.**    **Designation of Disease Category**.  Solely for purposes of voting to accept (i.e., voting in favor of ) or reject (i.e., voting against) the Plan, please designate only one of the following Disease Categories as the basis for your SPHC Asbestos Personal Injury Claim.  If you believe you hold a SPHC Asbestos Personal Injury Claim as defined in the Plan, but do not meet the exposure criteria for any of the Disease Categories, your SPHC Asbestos Personal Injury Claim will be allowed for voting purposes only in the amount of $1.00 and you are not required to select a Disease Category below.

☐    **Other Asbestos Disease (Level 1)**

☐    **Asbestosis/Pleural Disease (Level II)**

☐    **Asbestosis/Pleural Disease (Level III)**

☐    **Severe Asbestosis (Level IV)**

☐    **Other Cancer (Level V)**

☐    **Lung Cancer 2 (Level VI)**

☐    **Lung Cancer 1 (Level VII)**

☐    **Mesothelioma (Level VIII)**

*Please note that your SPHC Asbestos Personal Injury Claim has been temporarily allowed solely for the purposes of voting to accept or reject the Plan in an amount corresponding to the Disease Category you designate above.  The temporary allowance of your SPHC Asbestos Personal Injury Claim is solely for voting purposes and does not constitute an allowance of such Claim for purposes of distribution under the SPHC Asbestos Personal Injury Trust Distribution Procedures and is without prejudice to your rights or the rights of the Debtors and the Asbestos Personal Injury Trust in any other context.*

**[PLEASE PROCEED TO ITEM 3 ON THE NEXT PAGE.]**

**Item 3.**  **Acknowledgment and Certification**.  By signing this Ballot, the undersigned certifies, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

(a)  I have been provided with a copy of the Disclosure Statement and the other applicable solicitation materials.

(b)  I am the holder of a SPHC Asbestos Personal Injury Claim, or I have the authority, under applicable law, to vote to accept (<u>i.e.</u>, vote in favor of ) or reject (<u>i.e.</u>, vote against) the Plan on behalf of an individual, estate or other such entity that holds a SPHC Asbestos Personal Injury Claim.

(c)  If a Disease Category is selected in Item 2 above, to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, I (or the individual on whose behalf this ballot is submitted) has the Disease Category indicated above and meets the criteria for that Disease Category, as described above and in the Voting Information and Instructions for Completing the Ballot, based on medical records or similar documentation in the possession of the signatory or in the possession of the claimant's attorney or physician.

**Item 4.**          **Claimant's Name and Address:**

_____
Name

_____
Social Security Number (Last Four Digits Only)

_____
Address

_____
City, State and ZIP Code (US)

_____
Telephone Number

**Item 5.**        **Signature**.

The text of 28 U.S.C. § 1746 is set forth in paragraph 11 of the attached voting instructions.  For your vote to be counted, you must sign and date this Ballot.

 

_____

Name (please print)

 

_____

Signature (required)

_____

If by Authorized Agent, Name and Title

_____

Telephone Number
(if voting as Authorized Agent)

_____

E-Mail Address (if available)
(if voting as Authorized Agent)

_____

Date Completed

## VOTING INFORMATION AND INSTRUCTIONS

### FOR COMPLETING THE BALLOT

1. This Ballot is submitted to you in connection with the solicitation of votes on the Plan from individual holders of SPHC Asbestos Personal Injury Claims.  PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THE BALLOT.  Unless otherwise defined, all capitalized terms used herein have the meanings given to them in the Solicitation and Tabulation Procedures.

2. You have been sent this Ballot either because you do not have an attorney or because your attorney has requested that you be sent this Ballot directly.

3. In the boxes provided in Item 1 of the Ballot, please indicate either acceptance (i.e., vote in favor of) or rejection (i.e., vote against) the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Logan & Company, Inc. (the "Voting Agent") at the following address:

> Logan & Company, Inc.
> 546 Valley Road
> Upper Montclair, New Jersey  07043
> Attn: SPHC Voting Department

**Ballots must be** received **by the Voting Agent by 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience.  *Ballots submitted by facsimile will not be accepted.*  If neither the "accept (i.e., vote in favor of)" nor "reject (i.e., vote against)" box is checked in Item 1, or if this Ballot is not signed on the appropriate lines, this Ballot will not be valid or counted as having been cast.

4. **The attached Ballot is designated only for voting SPHC Asbestos Personal Injury Claims in Class 4a**.

5. An otherwise properly executed Ballot that attempts to partially accept (i.e., vote in favor of) or partially reject (i.e., vote against) the Plan will not be counted.  Furthermore, for purposes of computing your vote submitted on the enclosed Ballot, you will be deemed to have voted the full amount of your SPHC Asbestos Personal Injury Claim according to the Disease Category specified for such Claim.

6. In the boxes provided in Item 2, please indicate which Disease Category serves as the basis for your SPHC Asbestos Personal Injury Claim.  You may wish to contact your doctor or legal advisor before completing Item 2.  If you believe that you hold a SPHC Asbestos Personal Injury Claim as defined in the Plan, but do not meet the exposure criteria for any of the Disease Categories, your SPHC Asbestos Personal Injury Claim will be allowed for voting purposes only in the amount of $1.00 and you are not required to select a Disease Category in Item 2.  The Disease Categories, along with their corresponding amounts and medical and exposure criteria for voting purposes only, are as follows:

> *Other Asbestos Disease (Level I)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease or an asbestos-related malignancy other than mesothelioma, and (2) six months SPHC Parties Exposure prior to December 31, 1982.  **Claim amount for voting purposes only:  $1.00.**

> *Asbestosis/Pleural Disease (Level II)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease, and (2) six months SPHC Parties Exposure prior to December 31, 1982, and (3) five years cumulative occupational exposure to asbestos.  **Claim amount for voting purposes only: $1,200.**

> *Asbestosis/Pleural Disease (Level III)*  Requires:  (1) Diagnosis of Bilateral Asbestos-Related Nonmalignant Disease, plus (a) TLC less than 80%, or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%, and (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $ 3,700.**

> *Severe Asbestosis (Level IV)*  Requires:  (1) Diagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure us a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $ 10,000.**

*Other Cancer (Level V)* Requires: (1) Diagnosis of a primary colorectal, laryngeal, esophageal, pharyngeal, or stomach cancer, plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the other cancer in question. **Claim amount for voting purposes only: $25,000.**

*Lung Cancer 2 (Level VI)* Requires: (1) Diagnosis of a primary lung cancer; (2) SPHC Parties Exposure prior to December 31, 1982, and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question. **Claim amount for voting purposes only: $9,250.**

*Lung Cancer 1 (Level VII)* (1) Requires: (1) Diagnosis of a primary lung cancer plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question. **Claim amount for voting purposes only: $50,000.**

*Mesothelioma (Level VIII)* Requires: (1) Diagnosis of mesothelioma; and (2) SPHC Parties Exposure prior to December 31, 1982. **Claim amount for voting purposes only: $120,000.**

## Glossary of Defined Terms

**Bilateral Asbestos-Related Nonmalignant Disease:** for purposes of meeting the presumptive medical criteria for establishing Disease Levels I, II, III, V, and VII, means either (i) a chest X-ray read by a qualified B reader of 1/0 or higher on the ILO scale or (ii)(x) a chest X-ray read by a qualified B reader or other Qualified Physician, (y) a CT scan read by a Qualified Physician, or (z) pathology, in each case showing either bilateral interstitial fibrosis, bilateral pleural plaques, bilateral pleural thickening, or bilateral pleural calcification. Evidence submitted to demonstrate (i) or (ii) above must be in the form of a written report stating the results (<u>e.g.</u>, an ILO report, a written radiology report or a pathology report).

 **Qualified Physician:** means a physician who is board-certified (or in the case of a Claim made by an individual, estate or entity asserting a SPHC Asbestos Personal Injury Claim from a foreign jurisdiction), a physician who is certified or qualified under comparable medical standards or criteria of the jurisdiction in question in one or more relevant specialized fields of medicine such as pulmonology, radiology, internal medicine or occupational medicine; provided, however, that the requirement for board certification in this provision shall not apply to otherwise qualified physicians whose X-ray and/or CT scan readings are submitted for deceased individuals.

**SPHC Parties Exposure:** means meaningful and credible exposure, which occurred prior to December 31, 1982, to asbestos or asbestos-containing products supplied, specified, manufactured, installed, maintained, or repaired Specialty Products Holding Corp., Bondex International, Inc. or Republic Powered Metals, Inc. (collectively, the "SPHC Parties") and/or any entity for which any of the SPHC Parties has legal responsibility.

**Significant Occupational Exposure:** means employment for a cumulative period of at least five (5) years, with a minimum of two (2) years prior to December 31, 1982, in an industry and an occupation in which the claimant (a) handled raw asbestos fibers on a regular basis; (b) fabricated asbestos-containing products so that the claimant in the fabrication process was exposed on a regular basis to raw asbestos fibers; (c) altered, repaired or otherwise worked with an asbestos-containing product such that the claimant was exposed on a regular basis to asbestos fibers; or (d) was employed in an industry and occupation such that the claimant worked on a regular basis in close proximity to workers engaged in the activities described in (a), (b) and/or (c).

7.       Do not include medical records with this Ballot. Medical records cannot be returned by the Voting Agent.

8.       Your SPHC Asbestos Personal Injury Claim has been temporarily allowed in the amount set forth above that corresponds to the Disease Category you designate as the basis for your Claim. The temporary allowance of your SPHC Asbestos Personal injury Claim in the applicable amount is solely for voting purposes and does not constitute an allowance of such Claim for purposes of distribution under the Asbestos Personal Injury Trust and is without prejudice to your rights or the rights of the Debtors and the Asbestos Personal Injury Trust in any other context.

9.       If no Disease Category is indicated for your SPHC Asbestos Personal Injury Claim, your SPHC Asbestos Personal Injury Claim will be counted for voting purposes only in the amount of $1.00. If more than one Disease Category is selected for your SPHC Asbestos Personal Injury Claim, the Voting Agent shall count your vote in the amount corresponding to the Disease Category with the highest allowed amount.

10.     Any vote on behalf of a holder of a SPHC Asbestos Personal Injury Claim submitted without inclusion of the name and the last four digits of the social security number of such individual (or the individual on whose behalf the vote is submitted) will not be counted.

11.     Item 3 contains certain required certifications, under penalty of perjury pursuant to 28 U.S.C. § 1746, which you are making by signing and returning this Ballot, including certifications that (a) you are the holder of a SPHC Asbestos Personal Injury Claim or have the authority to vote on behalf of a holder of a SPHC Asbestos Personal Injury Claim and (b) such holder has the Disease Category indicated and meets the medical and exposure criteria for that Disease Category based on medical records or similar documentation in such holder's file.  Please ensure that (a) you have read and understood the certifications prior to signing the Ballot and (b) the certifications are correct for the SPHC Asbestos Personal Injury Claim voted on the Ballot

*28 U.S.C. § 1746 states, in pertinent part, that:*

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct Executed on (date)

(signature)"

12.     Please fill in the address information requested in Item 4.  Claimants in the United States should include street address, city, state, ZIP Code, telephone number and the last four digits of their social security numbers.  Claimants in all other countries should include relevant address information in the space provided.  United States claimants <u>must</u> provide the last four digits of their social security numbers in the space provided in Item 4.

13.     Either the claimant, the claimant's personal representative, or, in the case of United States claimants, the claimant's attorney, <u>must</u> sign the Ballot in Item 5.  If the Ballot is not signed, the vote shown on the Ballot will not be counted.

14.     The Ballot does not constitute and will not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

15.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest dated Ballot will supersede any prior Ballots.

**TO BE COUNTED, IT IS IMPERATIVE THAT YOU SIGN
YOUR BALLOT AND THAT YOU PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL
SECURITY NUMBER.
A BALLOT THAT DOES NOT CONTAIN THIS REQUIRED INFORMATION WILL NOT BE
COUNTED.**

**RETURN YOUR BALLOT SO THAT IT IS RECEIVED NO LATER THAN
DECEMBER 2, 2014.**

**THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR IF YOU HAVE ANY QUESTIONS
CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE
VOTING AGENT, LOGAN & COMPANY, INC., AT:**

**LOGAN AND COMPANY, INC.
546 VALLEY ROAD
UPPER MONTCLAIR, NEW JERSEY 07043
(973) 509-3190**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.,*[1] | : | Case No. 10-11780 (PJW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE JOINT**
**PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS HOLDING CORP.,**
**BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFIL, INC.**

**CLASS 4a: SPHC ASBESTOS PERSONAL INJURY CLAIMS**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. PREVAILING EASTERN TIME ON**

**DECEMBER 2, 2014**

---

This Master Ballot is to be used only by counsel for holders of SPHC Asbestos Personal Injury Claims in Class 4a to cast votes on behalf of individual holders of SPHC Asbestos Personal Injury Claims in Class 4a to accept (i.e., vote in favor of) or reject (i.e., vote against) the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan") described in the accompanying Disclosure Statement, dated September 26, 2014 (as it may be amended, the "Disclosure Statement").  In connection with soliciting votes to accept or reject the Plan, the Bankruptcy Court approved certain Ballot Solicitation and Tabulation Procedures (the "Solicitation and Tabulation Procedures"), which are attached to the Disclosure Statement as Exhibit II.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Solicitation and Tabulation Procedures.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the related channeling of SPHC Asbestos Personal Injury Claims to such trust, if the Plan satisfies the following requirements:

> (a)     is accepted by holders of at least two-thirds in amount of the SPHC Asbestos Personal Injury Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Solicitation and Tabulation Procedures;

> (b)     is accepted by at least three-fourths of the holders of SPHC Asbestos Personal Injury Claims that cast votes to accept or reject the Plan that were counted pursuant to the Solicitation and Tabulation Procedures; and

> (c)     satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.

---

[1]     The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

**This Master Ballot must be properly completed, signed, dated and returned to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 so that it is <u>received</u> by the deadline indicated above. Otherwise, the votes transmitted hereby will not be counted.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 THROUGH 4.  THIS BALLOT WILL NOT BE
VALID OR COUNTED AS HAVING BEEN CAST IF (1) NONE OF THE BOXES IN
ITEM 1 IS CHECKED, (2) THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE
LINES BELOW OR (3) THE EXHIBIT REQUIRED IN ITEM 3 IS NOT SUBMITTED.

**Item 1.**  **Tabulation of Votes with Respect to Plan.**  The undersigned certifies that:

☐  **ALL** of the individuals listed on the Exhibit required in Item 3, all of whom are holders of SPHC Asbestos Personal Injury Claims in Class 4a under the Plan, **ACCEPT (I.E., VOTE IN FAVOR OF)** the Plan.

☐  **ALL** of the individuals listed on the Exhibit required in Item 3, all of whom are holders of SPHC Asbestos Personal Injury Claims in Class 4a under the Plan, **REJECT (I.E., VOTE AGAINST)** the Plan.

☐  Some of the individuals, estates or other entities listed on the Exhibit required in Item 3 **ACCEPT(I.E., VOTE IN FAVOR OF)** the Plan, while other individuals estates or other entities listed on the Exhibit required in Item 3 **REJECT(I.E., VOTE AGAINST)** the Plan.

**Item 2.**  **Summary of Votes by Disease Category**.  Please summarize the votes of holders of Asbestos Personal Injury Claims for whom you are voting, according to Disease Category, on the table below

| Disease Category | Votes <u>Accepting</u> (<u>i.e.</u>, in Favor of) the Plan | Votes <u>Rejecting</u> (<u>i.e.</u>, Against) the Plan | Total Votes |
|---|---|---|---|
| Asbestos Personal Injury Claim with no Disease Category selected | | | |
| Other Asbestos Disease (Level 1) | | | |
| Asbestosis/Pleural Disease (Level II) | | | |
| Asbestosis/Pleural Disease (Level III) | | | |
| Severe Asbestosis (Level IV) | | | |
| Other Cancer (Level V) | | | |
| Lung Cancer 2 (Level VI) | | | |
| Lung Cancer 1 (Level VII) | | | |
| Mesothelioma (Level VIII) | | | |
| Total Votes | | | |

**Item 3.**  **Required Exhibit:**  List of Holders of SPHC Asbestos Personal Injury Claims Represented by Attorney.  Please include as an exhibit to this Master Ballot (the "Exhibit") an electronic list, which list should be in Excel or a comparable application and be formatted in accordance with the instructions set forth in paragraph 8 of the attached Voting Information and Instructions for Completing the Ballot.  The Exhibit should indicate for each claimant:  (a) the last 4 digits of the social security number of the claimant; (b) the last name of the claimant; (c) the first name of the claimant; (d) the address of the claimant; (e) the Disease Category of the claimant; and

(f)  whether the claimant votes to accept (i.e., votes in favor of) or reject (i.e., votes against) the Plan.  A sample template is set forth in paragraph 8 of the attached instructions and may also be downloaded in Excel format from the Voting Agent's website at www.loganandco.com.  *If you represent fewer than 100 individuals, estates or other entities who hold Asbestos Personal Injury Claims, then you may provide the Exhibit in hard copy.*  If you have any technical questions or need to arrange for special delivery of your Exhibit, please contact the Voting Agent, Logan & Company, Inc., at sph@loganandco.com or 973-509-3190.

**Item 4.**     **Acknowledgement and Certification**.  By signing this Master Ballot, the undersigned certifies, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

(a)     I have been provided with a copy of the Disclosure Statement and the other applicable solicitation materials.

(b)     Each of the individuals set forth on the Exhibit is the holder of a SPHC Asbestos Personal Injury Claim in Class 4a under the Plan.

(c)     Each of the individuals set forth on the Exhibit is represented by the undersigned and has authorized the undersigned, under applicable law, to vote the holder's SPHC Asbestos Personal Injury Claim to accept (i.e., vote in favor of) or reject (i.e., vote against) the Plan, as indicated on the Exhibit, through the execution and filing of this Master Ballot with the Voting Agent.

(d)     The Disease Category indicated for each individual set forth on the Exhibit is true and correct and based on medical records or similar documentation, and each individual set forth on the Exhibit has authorized the undersigned, under applicable law, to represent such individual's Disease Category.

| | |
|---|---|
| Name of Attorney | Signature |
| Name of Law Firm | Telephone Number |
| Street Address | E-Mail Address |
| City, State, Zip | Date Completed |

### VOTING INFORMATION AND INSTRUCTIONS

### FOR COMPLETING THE BALLOT

1.  This Master Ballot is submitted to you in connection with the solicitation of votes on the Plan from individual holders of SPHC Asbestos Personal Injury Claims.  PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THE MASTER BALLOT.  Unless otherwise defined, all capitalized terms used herein have the meanings given to them in the Solicitation and Tabulation Procedures.

2.  This Master Ballot is to be used by counsel who represent, and are authorized to vote to accept (i.e., vote in favor of) or reject (i.e., vote against) the Plan on behalf of, one or more holders of SPHC Asbestos Personal Injury Claims.  You may be required to provide evidence of your authorization by holders of SPHC Asbestos Personal Injury Claims to vote to accept (i.e., vote in favor of) or reject (i.e., vote against) the Plan.

3.  Complete the Master Ballot by providing all the information requested and sign, date and return the Master Ballot by mail, overnight courier or personal delivery to Logan & Company, Inc. (the "Voting Agent") at the following address:

    Logan & Company, Inc.
    546 Valley Road
    Upper Montclair, New Jersey 07043
    Attn: SPHC Voting Department

    **Master Ballots must be *received* by the Voting Agent by 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "Voting Deadline").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience.  *Ballots submitted by facsimile will not be accepted.*  If this Ballot is not signed on the appropriate lines, this Ballot will not be valid or counted as having been cast.

4.  Multiple Master Ballots may be completed and delivered to the Voting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, govern unless otherwise ordered by the Bankruptcy Court.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement(s), rather than supersede(s), earlier Master Ballot(s), please mark the subsequent Master Ballot(s) as "Supplement" and clearly mark which of those votes reflected thereon are additional votes.  Notwithstanding the foregoing, if two or more Master Ballots are received from separate counsel, each of whom purports to represent the same holder of a SPHC Asbestos Personal Injury Claim, the vote by such holder will be counted only once, and only if such votes are consistent.  In the event that the votes are not consistent, neither vote will be counted.

5.  In the space provided in Item 1, please check the appropriate box to indicate acceptances and/or rejections of the Plan by the holders of SPHC Asbestos Personal Injury Claims on whose behalf you are authorized to vote.  If all of the individuals set forth on the Exhibit required in Item 3 have voted in the same manner (i.e., all such individuals have voted either to accept or reject the Plan), please check one of the first two boxes in Item 1.  If some of the individuals set forth on the Exhibit required in Item 3 have voted to accept the Plan, while other individuals have voted to reject the Plan, please check the last box in Item 1.

6.  Item 2 requires you to summarize the votes on the Plan according to Disease Category. The applicable Disease Categories are set forth in paragraph 11 below.

7.  Please note that Item 3 of the Master Ballot requires that you prepare a list (the "Exhibit"), which must be submitted with the Master Ballot, setting forth each holder of an Asbestos Personal Injury Claim that you represent and on whose behalf you are authorized to vote on the Plan under applicable bankruptcy and/or non-bankruptcy law.  The Exhibit must be in Excel or a comparable electronic format.  If you represent fewer than 100 holders of Asbestos Personal Injury Claims, then you may provide the Exhibit in hard copy.  If you have any technical questions or need to arrange for special delivery of your Exhibit, please contact Logan & Company, Inc. at sphc@loganandco.com or 973-509-3190.

8.  The Exhibit should list all holders of SPHC Asbestos Personal Injury Claims on whose behalf you are voting, and for each such holder, the Exhibit should include each of the following fields (in the order listed):  (a) the last 4 digits of the social security number of the claimant; (b) the last name of the claimant; (c) the first name of the claimant; (d) the Disease Category of the claimant (the Disease Categories are set forth below in paragraph 11); and (e) whether the claimant votes to accept or reject the Plan.  Please ensure that columns on the Exhibit are no greater than 45 characters

wide.  For your convenience, a sample template is set forth below and may also be downloaded in Excel format from the Voting Agent's website at www.loganandco.com.

| Social Security No. | Last Name | First Name | Disease Category | Accept or Reject |
|---|---|---|---|---|
| 6789 | Smith | John | Mesothelioma | Accept |

9.      Each holder of a SPHC Asbestos Personal Injury Claim that votes must vote his, her or its entire claim to accept (i.e., vote in favor of) or reject (i.e., vote against) the Plan and may not split such vote.  Accordingly, any vote that attempts partially to reject and partially to accept the Plan will not be counted.  Furthermore, for purposes of computing the Master Ballot vote, each voting individual holder of a SPHC Asbestos Personal Injury Claim shall be deemed to have voted the full amount of his, her or its asserted SPHC Asbestos Personal Injury Claim according to the Disease Category specified for such Claim.

10.     If this Master Ballot is signed and timely sent to the Voting Agent, but does not designate either acceptance or rejection of the Plan for any particular individual, estate or entity listed on the Exhibit, then the Voting Agent may either contact the party submitting the Master Ballot in order to cure the defect or the ballot or it shall not be counted as either an acceptance or rejection of the Plan.

11.     The Exhibit must assign a Disease Category for each SPHC Asbestos Personal Injury Claim listed on the Exhibit.  If you believe that a Client holds a SPHC Asbestos Personal Injury Claim as defined in the Plan but does not meet the exposure criteria for any of the Disease Categories, such asserted SPHC Asbestos Personal Injury Claim will be allowed for voting purposes only in the amount of $1.00 and you are not required to identify a Disease Category on the Exhibit.  The Disease Categories, along with their corresponding amounts and medical and exposure criteria for voting purposes only, are as follows:

*Other Asbestos Disease (Level I)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease or an asbestos-related malignancy other than mesothelioma, and (2) six months SPHC Parties Exposure  prior to December 31, 1982.  **Claim amount for voting purposes only:  $1.00.**

*Asbestosis/Pleural Disease (Level II)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease, and (2) six months SPHC Parties Exposure prior to December 31, 1982, and (3) five years cumulative occupational exposure to asbestos.  **Claim amount for voting purposes only: $1,200.**

*Asbestosis/Pleural Disease (Level III)*  Requires:  (1) Diagnosis of Bilateral Asbestos-Related Nonmalignant Disease, plus (a) TLC less than 80%, or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%, and (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $3,700.**

*Severe Asbestosis (Level IV)*  Requires:  (1) Diagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure us a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $10,000.**

*Other Cancer (Level V)*  Requires:  (1) Diagnosis of a primary colorectal, laryngeal, esophageal, pharyngeal, or stomach cancer, plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the other cancer in question.  **Claim amount for voting purposes only:  $25,000.**

*Lung Cancer 2 (Level VI)*  Requires:  (1) Diagnosis of a primary lung cancer; (2) SPHC Parties Exposure prior to December 31, 1982, and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question.  **Claim amount for voting purposes only: $9,250.**

*Lung Cancer 1 (Level VII)*  Requires:  (1) Diagnosis of a primary lung cancer plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months SPHC Parties Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation

establishing asbestos exposure as a contributing factor in causing the lung cancer in question. **Claim amount for voting purposes only:  $50,000.**

*Mesothelioma (Level VIII)*  Requires:  (1) Diagnosis of mesothelioma; and (2) SPHC Parties Exposure prior to December 31, 1982.  **Claim amount for voting purposes only: $120,000.**

<u>**Glossary of Defined Terms**</u>

**Bilateral Asbestos-Related Nonmalignant Disease:**  for purposes of meeting the presumptive medical criteria for establishing Disease Levels I, II, III, V, and VII, means either (i) a chest X-ray read by a qualified B reader of 1/0 or higher on the ILO scale or (ii)(x) a chest X-ray read by a qualified B reader or other Qualified Physician, (y) a CT scan read by a Qualified Physician, or (z) pathology, in each case showing either bilateral interstitial fibrosis, bilateral pleural plaques, bilateral pleural thickening, or bilateral pleural calcification.  Evidence submitted to demonstrate (i) or (ii) above must be in the form of a written report stating the results (e.g., an ILO report, a written radiology report or a pathology report).

**Qualified Physician:**  means a physician who is board-certified (or in the case of a claim made by an individual, estate or other entity holding a SPHC Asbestos Personal Injury Claim from a foreign jurisdiction), a physician who is certified or qualified under comparable medical standards or criteria of the jurisdiction in question in one or more relevant specialized fields of medicine such as pulmonology, radiology, internal medicine or occupational medicine; provided, however, that the requirement for board certification in this provision shall not apply to otherwise qualified physicians whose X-ray and/or CT scan readings are submitted for deceased individuals.

**SPHC Parties Exposure:**  means meaningful and credible exposure, which occurred prior to December 31, 1982, to asbestos or asbestos-containing products supplied, specified, manufactured, installed, maintained, or repaired Specialty Products Holding Corp., Bondex International, Inc. or Republic Powered Metals, Inc. (collectively, the "<u>SPHC Parties</u>") and/or any entity for which any of the SPHC Parties has legal responsibility.

**Significant Occupational Exposure:**  means employment for a cumulative period of at least five (5) years, with a minimum of two (2) years prior to December 31, 1982, in an industry and an occupation in which the claimant (a) handled raw asbestos fibers on a regular basis; (b) fabricated asbestos-containing products so that the claimant in the fabrication process was exposed on a regular basis to raw asbestos fibers; (c) altered, repaired or otherwise worked with an asbestos-containing product such that the claimant was exposed on a regular basis to asbestos fibers; or (d) was employed in an industry and occupation such that the claimant worked on a regular basis in close proximity to workers engaged in the activities described in (a), (b) and/or (c).

12.    For purposes of voting to accept or reject the Plan, each SPHC Asbestos Personal Injury Claim **has been temporarily allowed in the amount set forth above that corresponds to the Disease Category for each such Claim.**  The temporary allowance of SPHC Asbestos Personal Injury Claims in the applicable amounts is solely for voting purposes and does not constitute an allowance of such Claims for purposes of distribution under the Asbestos Personal Injury Trust and is without prejudice to the rights of your clients, the Debtors, or the Asbestos Personal Injury Trust in any other context.

13.    If no Disease Category is indicated for a SPHC Asbestos Personal Injury Claim, the Voting Agent shall treat the affected vote as not meeting the criteria for any Disease Category and such Claim shall be allowed, for voting purposes only, in the amount of $1.00.  If more than one Disease Category is selected for a SPHC Asbestos Personal Injury Claim, including if more than one Firm submits a Master Ballot purporting to vote the same SPHC Asbestos Personal Injury Claim but selecting different disease categories on each Master Ballot, the Voting Agent shall count the affected vote in the amount corresponding to the Disease Category with the highest allowed amount.

14.    Any vote on behalf of a holder of a SPHC Asbestos Personal Injury Claim submitted without inclusion of the name and the last 4 digits of social security number of such holder will not be counted.

15.    Item 4 contains certain required certifications, under penalty of perjury pursuant to 28 U. S C § 1746, which you are making by signing and returning the Master Ballot.  Please ensure that you have read and understood the certifications prior to signing the Master Ballot and the certifications are correct for each SPHC Asbestos Personal Injury Claim voted on the Master Ballot.

16.    The Master Ballot does not constitute and will not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**TO BE COUNTED, IT IS IMPERATIVE THAT YOU SIGN
YOUR BALLOT AND THAT YOU PROVIDE THE LAST FOUR DIGITS OF A CLAIMANTS' SOCIAL SECURITY NUMBERS.
A BALLOT THAT DOES NOT CONTAIN THIS REQUIRED INFORMATION WILL NOT BE COUNTED.**

**RETURN YOUR BALLOT SO THAT IT IS RECEIVED NO LATER THAN DECEMBER 2, 2014.**

**THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT, LOGAN & COMPANY, INC, AT:**

**LOGAN AND COMPANY, INC.
546 VALLEY ROAD
UPPER MONTCLAIR, NEW JERSEY 07043
(973) 509-3190**

Ballot No. 5 – Individual Ballot for Asbestos Personal Injury Indirect Claims

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.,*[1] | : | Case No. 10-11780 (PJW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## INDIVIDUAL BALLOT FOR ACCEPTING OR REJECTING THE
## JOINT PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS HOLDING CORP.,
## BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFiL, INC.

### CLASS 4a: SPHC ASBESTOS PERSONAL INJURY INDIRECT CLAIMS

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. PREVAILING EASTERN TIME ON**

**DECEMBER 2, 2014**

---

You have received this Ballot either because you have asserted a SPHC Asbestos Personal Injury Indirect Claim or have been identified as an actual or potential co-defendant with the SPHC Parties in any asbestos-related personal injury lawsuit or a party that otherwise could conceivably determine to assert a SPHC Asbestos Personal Injury Indirect Claim. This Ballot may be used to vote to accept ( i.e., vote in favor of ) or reject (i.e., vote against) the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan") described in the accompanying Disclosure Statement, dated September 26, 2014 (as it may be amended, the "Disclosure Statement") if you certify, by signing the Ballot, that you are a holder of a SPHC Asbestos Personal Injury Indirect Claim. In connection with soliciting votes to accept or reject the Plan, the Bankruptcy Court approved certain Ballot Solicitation and Tabulation Procedures (the "Solicitation and Tabulation Procedures"), which are attached to the Disclosure Statement as Exhibit II. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in tire Solicitation and Tabulation Procedures.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the related channeling of Asbestos Personal Injury Claims to such trust, if the Plan satisfies the following requirements:

(a)    is accepted by holders of at least two-thirds in amount of the Asbestos Personal Injury Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Solicitation and Tabulation Procedures;

(b)    is accepted by at least three-fourths of the holders of Asbestos Personal Injury Claims that cast votes to accept or reject the Plan that were counted pursuant to the Solicitation and Tabulation Procedures; and

(c)    satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.

---

[1]    The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441). The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

**To have your vote counted, you must complete, sign and return this Ballot to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 so that it is <u>received</u> by the deadline indicated above.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2. IF NEITHER THE "ACCEPT (<u>I.E.</u>, VOTE IN FAVOR OF)" NOR
"REJECT (<u>I.E.</u>, VOTE AGAINST")" BOX IS
CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES
BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST

---

**Item 1. Class Vote**.  The undersigned, who or which asserts a SPHC Asbestos Personal Injury Indirect Claim in Class 4a under the Plan, votes to (check only one box):

☐ **ACCEPT (<u>I.E.</u>, VOTE IN
FAVOR OF) THE PLAN**

☐ **REJECT (<u>I.E.</u>, VOTE
AGAINST) THE PLAN**

Amount of your Claim for Voting Purposes Only: <u>$1.00</u>

**Item 2. Acknowledgment and Certifications.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot does not indicate either acceptance or rejection of the Plan, this Ballot will not be valid or counted as having been cast.  The undersigned also certifies that it holds a SPHC Asbestos Personal Injury Indirect Claim, as such term is defined in the Plan, such that the undersigned actually is entitled to vote to accept or reject the Plan.

_____
Name of Organization

_____
Signature

_____
Name of Signatory

_____
Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
E-Mail Address

_____
Date Completed

**VOTING INFORMATION AND INSTRUCTIONS**
**FOR COMPLETING THE BALLOT**

1.   In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Logan & Company, Inc. (the "<u>Voting Agent</u>") at the following address:

Logan & Company, Inc.
546 Valley Road
Upper Montclair, New Jersey 07043
Attn: SPHC Voting Department

**Ballots must be received by the Voting Agent by 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience.  *Ballots submitted by facsimile will not be accepted.* If neither the "accept" nor "reject" box is checked in Item 1, or if this Ballot is not signed on the appropriate lines, this Ballot will not be valid or counted as having been cast.

2.   **The attached Ballot is designated for voting only SPHC Asbestos Personal Injury Indirect Claims, which are included within SPHC Asbestos Personal Injury Claims in Class 4a.**

3.   If you return more than one Ballot voting different Claims under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4.   Your SPHC Asbestos Personal Injury Indirect Claim has been temporarily allowed in the amount of $1.00 for purposes of voting to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>General Tabulation Rules</u>").  The General Tabulation Rules are set forth in the Notice of (A) Deadline for Casting Votes to Accept or Reject Proposed Joint Plan of Reorganization, (B) Hearing to Consider Confirmation of Proposed Joint Plan of Reorganization, and (C) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot.  The temporary allowance of your SPHC Asbestos Personal Injury Indirect Claim in the amount of $1.00 is solely for voting purposes and does not constitute an allowance of such Claim for purposes of distribution under the Asbestos Personal Injury Trust Distribution Procedures and is without prejudice to your rights or the rights of the Debtors and the Asbestos Personal Injury Trust in any other context.

5.   The Ballot does not constitute and will not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

6.   If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest dated Ballot will supersede any prior Ballots.

**TO BE COUNTED, IT IS IMPERATIVE THAT YOU SIGN**
**YOUR BALLOT OR YOUR BALLOT WILL NOT BE COUNTED.**

**RETURN YOUR BALLOT SO THAT IT IS RECEIVED NO LATER THAN DECEMBER 2, 2014.**
**THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR IF YOU HAVE ANY QUESTIONS**
**CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING**
**AGENT, LOGAN & COMPANY, INC, AT:**

**LOGAN AND COMPANY, INC.**
**546 VALLEY ROAD**
**UPPER MONTCLAIR, NEW JERSEY 07043**
**(973) 509-3190**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.,*[1] | : | Case No. 10-11780 (PJW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

### INDIVIDUAL BALLOT FOR ACCEPTING OR REJECTING THE
### JOINT PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS HOLDING CORP., BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFiL, INC.

#### CLASS 4b: NMBFiL ASBESTOS PERSONAL INJURY CLAIMS

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. PREVAILING EASTERN TIME ON**

**DECEMBER 2, 2014**

---

This Ballot is submitted to you to solicit your vote to accept (<u>i.e.</u>, vote in favor of ) or reject (<u>i.e.</u>, vote against) the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "<u>Plan</u>") described in the accompanying Disclosure Statement, dated September 26, 2014 (as it may be amended, the "<u>Disclosure Statement</u>"). In connection with soliciting votes to accept (<u>i.e.</u>, votes in favor of ) or reject (<u>i.e.</u>, votes against) the Plan, the Bankruptcy Court approved certain Ballot Solicitation and Tabulation Procedures (the "<u>Solicitation and Tabulation Procedures</u>"), which are attached to the Disclosure Statement as Exhibit II. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Solicitation and Tabulation Procedures.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the related channeling of NMBFiL Asbestos Personal Injury Claims to such trust, if the Plan satisfies the following requirements:

(a)     is accepted by holders of at least two-thirds in amount of the NMBFiL Asbestos Personal Injury Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Solicitation and Tabulation Procedures;

(b)     is accepted by at least three-fourths of the holders of NMBFiL Asbestos Personal Injury Claims that cast votes to accept or reject  the Plan that were counted pursuant to the Solicitation and Tabulation Procedures; and

(c)     satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.

**To have your vote counted, you must complete, sign and return this Ballot to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 so that it is <u>received</u> by the deadline indicated above.**

---

[1]     The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

**IN ORDER FOR YOUR VOTE TO BE COUNTED, THIS BALLOT MUST BE PROPERLY COMPLETED, SIGNED AND RETURNED SO THAT IT IS RECEIVED BY THE DEADLINE INDICATED ABOVE.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3. IF NEITHER THE "ACCEPT (<u>I.E.</u>, VOTE IN FAVOR OF)" NOR "REJECT (<u>I.E.</u>, VOTE AGAINST)" BOX IS CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.**   **Vote Regarding the Plan**. The undersigned, as holder of (or representative of a holder of) a NMBFiL Asbestos Personal Injury Claim, votes to (check only <u>ONE</u> box):

☐   **ACCEPT (<u>I.E.</u>, VOTE IN FAVOR OF) THE PLAN**          ☐   **REJECT (<u>I.E.</u>, VOTE AGAINST) THE PLAN**

**Item 2.**   **Designation of Disease Category**. Solely for purposes of voting to accept (<u>i.e.</u>, voting in favor of ) or reject (<u>i.e.</u>, voting against) the Plan, please designate only one of the following Disease Categories as the basis for your NMBFiL Asbestos Personal Injury Claim. If you believe you hold a NMBFiL Asbestos Personal Injury Claim as defined in the Plan, but do not meet the exposure criteria for any of the Disease Categories, your NMBFiL Asbestos Personal Injury Claim will be allowed for voting purposes only in the amount of $1.00 and you are not required to select a Disease Category below.

☐   **Other Asbestos Disease (Level 1)**

☐   **Asbestosis/Pleural Disease (Level II)**

☐   **Asbestosis/Pleural Disease (Level III)**

☐   **Severe Asbestosis (Level IV)**

☐   **Other Cancer (Level V)**

☐   **Lung Cancer 2 (Level VI)**

☐   **Lung Cancer 1 (Level VII)**

☐   **Mesothelioma (Level VIII)**

*Please note that your NMBFiL Asbestos Personal Injury Claim has been temporarily allowed solely for the purposes of voting to accept or reject the Plan in an amount corresponding to the Disease Category you designate above. The temporary allowance of your NMBFiL Asbestos Personal Injury Claim is solely for voting purposes and does not constitute an allowance of such Claim for purposes of distribution under the NMBFiL Asbestos Personal Injury Trust Distribution Procedures and is without prejudice to your rights or the rights of the Debtors and the Asbestos Personal Injury Trust in any other context.*

**[PLEASE PROCEED TO ITEM 3 ON THE NEXT PAGE.]**

**Item 3.**    **Acknowledgment and Certification**.  By signing this Ballot, the undersigned certifies, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

(a)    I have been provided with a copy of the Disclosure Statement and the other applicable solicitation materials.

(b)    I am the holder of a NMBFiL Asbestos Personal Injury Claim, or I have the authority, under applicable law, to vote to accept (i.e., vote in favor of ) or reject (i.e., vote against) the Plan on behalf of an individual, estate or other such entity that holds a NMBFiL Asbestos Personal Injury Claim.

(c)    If a Disease Category is selected in Item 2 above, to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, I (or the individual on whose behalf this ballot is submitted) has the Disease Category indicated above and meets the criteria for that Disease Category, as described above and in the Voting Information and Instructions for Completing the Ballot, based on medical records or similar documentation in the possession of the signatory or in the possession of the claimant's attorney or physician.

**Item 4.**          **Claimant's Name and Address:**

_____
Name

_____
Social Security Number (Last Four Digits Only)

_____
Address

_____
City, State and ZIP Code (US)

_____
Telephone Number

**Item 5.**       **Signature**.


The text of 28 U S C § 1746 is set forth in paragraph 11 of the attached voting instructions.  For your vote to be counted, you must sign and date this Ballot.

_____
Name (please print)


_____
Signature (required)


_____
If by Authorized Agent, Name and Title


_____
Telephone Number
(if voting as Authorized Agent)


_____
E-Mail Address (if available)
(if voting as Authorized Agent)


_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS

### FOR COMPLETING THE BALLOT

1.  This Ballot is submitted to you in connection with the solicitation of votes on the Plan from individual holders of NMBFiL Asbestos Personal Injury Claims.  PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THE BALLOT.  Unless otherwise defined, all capitalized terms used herein have the meanings given them in the Solicitation and Tabulation Procedures.

2.  You have been sent this Ballot either because you do not have an attorney or because your attorney has requested that you be sent this Ballot directly.

3.  In the boxes provided in Item 1 of the Ballot, please indicate either acceptance (i.e., vote in favor of) or rejection (i.e., vote against) the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Logan & Company, Inc. (the "Voting Agent") at the following address:

    Logan & Company, Inc.
    546 Valley Road
    Upper Montclair, New Jersey  07043
    Attn: SPHC Voting Department

    **Ballots must be *received* by the Voting Agent by 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience.  *Ballots submitted by facsimile will not be accepted.* If neither the "accept (i.e., vote in favor of)" nor "reject (i.e., vote against)" box is checked in Item 1, or if this Ballot is not signed on the appropriate lines, this Ballot will not be valid or counted as having been cast.

4.  **The attached Ballot is designated only for voting NMBFiL Asbestos Personal Injury Claims in Class 4b.**

5.  An otherwise properly executed Ballot that attempts to partially accept (i.e., vote in favor of) or partially reject (i.e., vote against) the Plan will not be counted.  Furthermore, for purposes of computing your vote submitted on the enclosed Ballot, you will be deemed to have voted the full amount of your NMBFiL Asbestos Personal Injury Claim according to the Disease Category specified for such Claim.

6.  In the boxes provided in Item 2, please indicate which Disease Category serves as the basis for your NMBFiL Asbestos Personal Injury Claim.  You may wish to contact your doctor or legal advisor before completing Item 2.  If you believe that you hold a NMBFiL Asbestos Personal Injury Claim as defined in the Plan, but do not meet the exposure criteria for any of the Disease Categories, your NMBFiL Asbestos Personal Injury Claim will be allowed for voting purposes only in the amount of $1.00 and you are not required to select a Disease Category in Item 2.  The Disease Categories, along with their corresponding amounts and medical and exposure criteria for voting purposes only, are as follows:

    *Other Asbestos Disease (Level I)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease or an asbestos-related malignancy other than mesothelioma, and (2) six months NMBFiL Exposure prior to December 31, 1982.  **Claim amount for voting purposes only:  $1.00.**

    *Asbestosis/Pleural Disease (Level II)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease, and (2) six months NMBFiL Exposure prior to December 31, 1982, and (3) five years cumulative occupational exposure to asbestos.  **Claim amount for voting purposes only: $1,200.**

    *Asbestosis/Pleural Disease (Level III)*  Requires:  (1) Diagnosis of Bilateral Asbestos-Related Nonmalignant Disease, plus (a) TLC less than 80%, or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%, and (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $ 3,700.**

    *Severe Asbestosis (Level IV)*  Requires:  (1) Diagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure us a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $ 10,000.**

*Other Cancer (Level V)*  Requires:  (1) Diagnosis of a primary colorectal, laryngeal, esophageal, pharyngeal, or stomach cancer, plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the other cancer in question.  **Claim amount for voting purposes only:  $25,000.**

*Lung Cancer 2 (Level VI)*  Requires: (1) Diagnosis of a primary lung cancer; (2) NMBFiL Exposure prior to December 31, 1982, and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question.  **Claim amount for voting purposes only: $9,250.**

*Lung Cancer 1 (Level VII)*  (1) Requires:  (1) Diagnosis of a primary lung cancer plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question.  **Claim amount for voting purposes only:  $50,000.**

*Mesothelioma (Level VIII)*  Requires:  (1) Diagnosis of mesothelioma; and (2) NMBFiL Exposure prior to December 31, 1982.  **Claim amount for voting purposes only: $120,000.**

### Glossary of Defined Terms

**Bilateral Asbestos-Related Nonmalignant Disease:**  for purposes of meeting the presumptive medical criteria for establishing Disease Levels I, II, III, V, and VII, means either (i) a chest X-ray read by a qualified B reader of 1/0 or higher on the ILO scale or (ii)(x) a chest X-ray read by a qualified B reader or other Qualified Physician, (y) a CT scan read by a Qualified Physician, or (z) pathology, in each case showing either bilateral interstitial fibrosis, bilateral pleural plaques, bilateral pleural thickening, or bilateral pleural calcification.  Evidence submitted to demonstrate (i) or (ii) above must be in the form of a written report stating the results (e.g., an ILO report, a written radiology report or a pathology report).

**Qualified Physician:**  means a physician who is board-certified (or in the case of a claim made by an individual, estate or entity asserting a NMBFiL Asbestos Personal Injury Claim from a foreign jurisdiction), a physician who is certified or qualified under comparable medical standards or criteria of the jurisdiction in question in one or more relevant specialized fields of medicine such as pulmonology, radiology, internal medicine or occupational medicine; provided, however, that the requirement for board certification in this provision shall not apply to otherwise qualified physicians whose X-ray and/or CT scan readings are submitted for deceased individuals.

**NMBFiL Exposure:**  means meaningful and credible exposure, which occurred prior to December 31, 1982, to asbestos or asbestos-containing products supplied, specified, manufactured, installed, maintained, or repaired by NMBFiL and/or any entity for which NMBFiL has legal responsibility.

**Significant Occupational Exposure:**  means employment for a cumulative period of at least five (5) years, with a minimum of two (2) years prior to December 31, 1982, in an industry and an occupation in which the claimant (a) handled raw asbestos fibers on a regular basis; (b) fabricated asbestos-containing products so that the claimant in the fabrication process was exposed on a regular basis to raw asbestos fibers; (c) altered, repaired or otherwise worked with an asbestos-containing product such that the claimant was exposed on a regular basis to asbestos fibers; or (d) was employed in an industry and occupation such that the claimant worked on a regular basis in close proximity to workers engaged in the activities described in (a), (b) and/or (c).

7.       Do not include medical records with this ballot.  Medical records cannot be returned by the Voting Agent.

8.       Your NMBFiL Asbestos Personal Injury Claim has been temporarily allowed in the amount set forth above that corresponds to the Disease Category you designate as the basis for your Claim.  The temporary allowance of your NMBFiL Asbestos Personal injury Claim in the applicable amount is solely for voting purposes and does not constitute an allowance of such Claim for purposes of distribution under the Asbestos Personal Injury Trust and is without prejudice to your rights or the rights of the Debtors and the Asbestos Personal Injury Trust in any other context.

9.       If no Disease Category is indicated for your NMBFiL Asbestos Personal Injury Claim, your NMBFiL Asbestos Personal Injury Claim will be counted for voting purposes only in the amount of $1.00.  If more than one Disease Category is selected for your NMBFiL Asbestos Personal Injury Claim, the Voting Agent shall count your vote in the amount corresponding to the Disease Category with the highest allowed amount.

10.    Any vote on behalf of a holder of a NMBFiL Asbestos Personal Injury Claim  submitted without inclusion of the name and the last four digits of the social security number of such individual (or the individual on whose behalf the vote is submitted) will not be counted.

11.    Item 3 contains certain required certifications, under penalty of perjury pursuant to 28 U.S.C. § 1746, which you are making by signing and returning this Ballot, including certifications that (a) you are the holder of a NMBFiL Asbestos Personal Injury Claim or have the authority to vote on behalf of a holder of a NMBFiL Asbestos Personal Injury Claim and (b) such holder has the Disease Category indicated and meets the medical and exposure criteria for that Disease Category based on medical records or similar documentation in such holder's file.  Please ensure that (a) you have read and understood the certifications prior to signing the Ballot and (b) the certifications are correct for the NMBFiL Asbestos Personal Injury Claim voted on the Ballot.

*28 U.S.C. § 1746 states, in pertinent part, that:*

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct Executed on (date)

(signature)"

12.    Please fill in the address information requested in Item 4.  Claimants in the United States should include street address, city, state, ZIP Code, telephone number and the last four digits of their social security numbers.  Claimants in all other countries should include relevant address information in the space provided.  United States claimants must provide the last four digits of their social security numbers in the space provided in Item 4.

13.    Either the claimant, the claimant's personal representative, or, in the case of United States claimants, the claimant's attorney, must sign the Ballot in Item 5.  If the Ballot is not signed, the vote shown on the Ballot will not be counted.

14.    The Ballot does not constitute and will not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

15.    If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest dated Ballot will supersede any prior Ballots.

**TO BE COUNTED, IT IS IMPERATIVE THAT YOU SIGN**
**YOUR BALLOT AND THAT YOU PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL**
**SECURITY NUMBER.**
**A BALLOT THAT DOES NOT CONTAIN THIS REQUIRED INFORMATION WILL NOT BE**
**COUNTED.**

**RETURN YOUR BALLOT SO THAT IT IS RECEIVED NO LATER THAN**
**DECEMBER 2, 2014.**

**THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR IF YOU HAVE ANY QUESTIONS**
**CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE**
**VOTING AGENT, LOGAN & COMPANY, INC., AT:**

**LOGAN AND COMPANY, INC.**
**546 VALLEY ROAD**
**UPPER MONTCLAIR, NEW JERSEY 07043**
**(973) 509-3190**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.,*[1] | : | Case No. 10-11780 (PJW) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE JOINT**
**PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS HOLDING CORP.,**
**BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFIL, INC.**

**CLASS 4b: NMBFiL ASBESTOS PERSONAL INJURY CLAIMS**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. PREVAILING EASTERN TIME ON**

**DECEMBER 2, 2014**

---

This Master Ballot is to be used only by counsel for holders of NMBFiL Asbestos Personal Injury Claims in Class 4b to cast votes on behalf of individual holders of NMBFiL Asbestos Personal Injury Claims in Class 4b to accept (i.e., vote in favor of) or reject (i.e., vote against) the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan") described in the accompanying Disclosure Statement, dated September 26, 2014 (as it may be amended, the "Disclosure Statement"). In connection with soliciting votes to accept or reject the Plan, the Bankruptcy Court approved certain Ballot Solicitation and Tabulation Procedures (the "Solicitation and Tabulation Procedures"), which are attached to the Disclosure Statement as Exhibit II. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Solicitation and Tabulation Procedures.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the related channeling of NMBFiL Asbestos Personal Injury Claims to such trust, if the Plan satisfies the following requirements:

> (a)     is accepted by holders of at least two-thirds in amount of the NMBFiL Asbestos Personal Injury Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Solicitation and Tabulation Procedures;

> (b)     is accepted by at least three-fourths of the holders of NMBFiL Asbestos Personal Injury Claims that cast votes to accept or reject the Plan that were counted pursuant to the Solicitation and Tabulation Procedures; and

> (c)     satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.

---

[1]     The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

**This Master Ballot must be properly completed, signed, dated and returned to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 so that it is** underlined **received** by the deadline indicated above.  **Otherwise, the votes transmitted hereby will not be counted.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 THROUGH 4.  THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST IF (1) NONE OF THE BOXES IN ITEM 1 IS CHECKED, (2) THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW OR (3) THE EXHIBIT REQUIRED IN ITEM 3 IS NOT SUBMITTED.

---

**Item 1.**     **Tabulation of Votes with Respect to Plan.** The undersigned certifies that:

☐     **ALL** of the individuals listed on the Exhibit required in Item 3, all of whom are holders of NMBFiL Asbestos Personal Injury Claims in Class 4b under the Plan, **ACCEPT (I.E., VOTE IN FAVOR OF)** the Plan.

☐     **ALL** of the individuals listed on the Exhibit required in Item 3, all of whom are holders of NMBFiL Asbestos Personal Injury Claims in Class 4b under the Plan, **REJECT (I.E., VOTE AGAINST)** the Plan.

☐     Some of the individuals, estates or other entities listed on the Exhibit required in Item 3 **ACCEPT(I.E., VOTE IN FAVOR OF)** the Plan, while other individuals estates or other entities listed on the Exhibit required in Item 3 **REJECT(I.E., VOTE AGAINST)** the Plan.

**Item 2.**     **Summary of Votes by Disease Category**.  Please summarize the votes of holders of Asbestos Personal Injury Claims for whom you are voting, according to Disease Category, on the table below.

| Disease Category | Votes **Accepting** (**i.e.,** in Favor of) the Plan | Votes **Rejecting** (**i.e.,** Against) the Plan | Total Votes |
|---|---|---|---|
| Asbestos Personal Injury Claim with no Disease Category selected | | | |
| Other Asbestos Disease (Level 1) | | | |
| Asbestosis/Pleural Disease (Level II) | | | |
| Asbestosis/Pleural Disease (Level III) | | | |
| Severe Asbestosis (Level IV) | | | |
| Other Cancer (Level V) | | | |
| Lung Cancer 2 (Level VI) | | | |
| Lung Cancer 1 (Level VII) | | | |
| Mesothelioma (Level VIII) | | | |
| Total Votes | | | |

**Item 3.**     **Required Exhibit:**  List of Holders of NMBFiL Asbestos Personal Injury Claims Represented by Attorney.  Please include as an exhibit to this Master Ballot (the "Exhibit") an electronic list, which list should be in Excel or a comparable application and be formatted in accordance with the instructions set forth in paragraph 8 of the attached Voting Information and Instructions for Completing the Ballot.  The Exhibit should indicate for each claimant:  (a) the last 4 digits of the social security number of the claimant; (b) the last name of the claimant; (c) the first name of the claimant; (d) the address of the claimant; (e) the Disease Category of the claimant; and

(f)  whether the claimant votes to accept (i.e., votes in favor of) or reject (i.e., votes against) the Plan.  A sample template is set forth in paragraph 8 of the attached instructions and may also be downloaded in Excel format from the Voting Agent's website at www.loganandco.com.  *If you represent fewer than 100 individuals, estates or other entities who hold Asbestos Personal Injury Claims, then you may provide the Exhibit in hard copy.*  If you have any technical questions or need to arrange for special delivery of your Exhibit, please contact the Voting Agent, Logan & Company, Inc., at sph@loganandco.com or 973-509-3190.

**Item 4.**    **Acknowledgement and Certification**.  By signing this Master Ballot, the undersigned certifies, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

(a)    I have been provided with a copy of the Disclosure Statement and the other applicable solicitation materials.

(b)    Each of the individuals set forth on the Exhibit is the holder of a NMBFiL Asbestos Personal Injury Claim in Class 4b under the Plan.

(c)    Each of the individuals set forth on the Exhibit is represented by the undersigned and has authorized the undersigned, under applicable law, to vote the holder's NMBFiL Asbestos Personal Injury Claim to accept (i.e., vote in favor of) or reject (i.e., vote against) the Plan, as indicated on the Exhibit, through the execution and filing of this Master Ballot with the Voting Agent.

(d)    The Disease Category indicated for each individual set forth on the Exhibit is true and correct and based on medical records or similar documentation, and each individual set forth on the Exhibit has authorized the undersigned, under applicable law, to represent such individual's Disease Category.

| | |
|---|---|
| Name of Attorney | Signature |
| Name of Law Firm | Telephone Number |
| Street Address | E-Mail Address |
| City, State, Zip | Date Completed |

## VOTING INFORMATION AND INSTRUCTIONS

### FOR COMPLETING THE BALLOT

1.  This Master Ballot is submitted to you in connection with the solicitation of votes on the Plan from individual  holders of NMBFiL Asbestos Personal Injury Claims.  PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THE MASTER BALLOT. Unless otherwise defined, all capitalized terms used herein have the meanings given to them in the Solicitation and Tabulation Procedures.

2.  This Master Ballot is to be used by counsel who represent, and are authorized to vote to accept (i.e., vote in favor of) or reject (i.e., vote against)  the Plan on behalf of, one or more holders of NMBFiL Asbestos Personal Injury Claims.  You may be required to provide evidence of your authorization by holders of NMBFiL Asbestos Personal Injury Claims to vote to accept (i.e., vote in favor of) or reject (i.e., vote against) the Plan.

3.  Complete the Master Ballot by providing all the information requested and sign, date and  return the Master Ballot by mail, overnight courier or personal delivery to Logan & Company, Inc. (the "Voting Agent") at the following address:

    Logan & Company, Inc.
    546 Valley Road
    Upper Montclair, New Jersey 07043
    Attn: SPHC Voting Department

**Master Ballots must be *received* by the Voting Agent by 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "Voting Deadline").**  If a Master Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience.  *Ballots submitted by facsimile will not be accepted.*  If this Ballot is not signed on the appropriate lines, this Ballot will not be valid or counted as having been cast.

4.  Multiple Master Ballots may be completed and delivered to the Voting Agent.  Votes reflected by multiple Master Ballots will be counted except to the extent that they are duplicative of other Master Ballots.  If two or more Master Ballots are inconsistent, the latest dated Master Ballot received prior to the Voting Deadline will, to the extent of such inconsistency, govern unless otherwise ordered by the Bankruptcy Court.  If more than one Master Ballot is submitted and the later Master Ballot(s) supplement(s), rather than supersede(s), earlier Master Ballot(s), please mark the subsequent Master Ballot(s) as "Supplement" and clearly mark which of those votes reflected thereon are additional votes.  Notwithstanding the foregoing, if two or more Master Ballots are received from separate counsel, each of whom purports to represent the same holder of a NMBFiL Asbestos Personal Injury Claim, the vote by such holder will be counted only once, and only if such votes are consistent.  In the event that the votes are not consistent, neither vote will be counted.

5.  In the space provided in Item 1, please check the appropriate box to indicate acceptances and/or rejections of the Plan by the holders of NMBFiL Asbestos Personal Injury Claims on whose behalf you are authorized to vote.  If all of the individuals set forth on the Exhibit required in Item 3 have voted in the same manner (i.e., all such individuals have voted either to accept or reject the Plan), please check one of the first two boxes in Item 1.  If some of the individuals set forth on the Exhibit required in Item 3 have voted to accept the Plan, while other individuals have voted to reject the Plan, please check the last box in Item 1.

6.  Item 2 requires you to summarize the votes on the Plan according to Disease Category. The applicable Disease Categories are set forth in paragraph 11 below.

7.  Please note that Item 3 of the Master Ballot requires that you prepare a list (the "Exhibit"), which must be submitted with the Master Ballot, setting forth each holder of an Asbestos Personal Injury Claim that you represent and on whose behalf you are authorized to vote on the Plan under applicable bankruptcy and/or non-bankruptcy law.  The Exhibit must be in Excel or a comparable electronic format.  If represent fewer than 100 holders of Asbestos Personal Injury Claims, then you may provide the Exhibit in hard copy.  If you have any technical questions or need to arrange for special delivery of your Exhibit, please contact Logan & Company, Inc. at sph@loganandco.com or 973-509-3190.

8.  The Exhibit should list all holders of NMBFiL Asbestos Personal Injury Claims on whose behalf you are voting, and for each such holder, the Exhibit should include each of the following fields (in the order listed):  (a) the last 4 digits of the social security number of the claimant; (b) the last name of the claimant; (c) the first name of the claimant; (d) the Disease Category of the claimant (the Disease Categories are set forth below in paragraph 11); and (e) whether the claimant votes to accept or reject the Plan.  Please ensure that columns on the Exhibit are no greater than 45 characters wide.  For your convenience, a sample template is set forth below and may also be downloaded in Excel format from the Voting Agent's website at www.loganandco.com.

| Social Security No. | Last Name | First Name | Disease Category | Accept or Reject |
|---|---|---|---|---|
| 6789 | Smith | John | Mesothelioma | Accept |

9.     Each holder of a NMBFiL Asbestos Personal Injury Claim that votes must vote his, her or its entire claim to accept (i.e., vote in favor of) or reject (i.e., vote against) the Plan and may not split such vote.  Accordingly, any vote that attempts partially to reject and partially to accept the Plan will not be counted.  Furthermore, for purposes of computing the Master Ballot vote, each voting individual holder of a NMBFiL Asbestos Personal Injury Claim shall be deemed to have voted the full amount of his, her or its asserted NMBFiL Asbestos Personal Injury Claim according to the Disease Category specified for such Claim.

10.    If this Master Ballot is signed and timely sent to the Voting Agent, but does not designate either acceptance or rejection of the Plan for any particular individual, estate or entity listed on the Exhibit, then the Voting Agent may either contact the party submitting the Master Ballot in order to cure the defect or the ballot or it shall not be counted as either an acceptance or rejection of the Plan.

11.    The Exhibit must assign a Disease Category for each NMBFiL Asbestos Personal Injury Claim listed on the Exhibit.  If you believe that a Client holds a NMBFiL Asbestos Personal Injury Claim as defined in the Plan but does not meet the exposure criteria for any of the Disease Categories, such asserted NMBFiL Asbestos Personal Injury Claim will be allowed for voting purposes only in the amount of $1.00 and you are not required to identify a Disease Category on the Exhibit.  The Disease Categories, along with their corresponding amounts and medical and exposure criteria for voting purposes only, are as follows:

*Other Asbestos Disease (Level I)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease or an asbestos-related malignancy other than mesothelioma, and (2) six months NMBFiL Exposure prior to December 31, 1982.  **Claim amount for voting purposes only:  $1.00.**

*Asbestosis/Pleural Disease (Level II)*  Requires:  (1) Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease, and (2) six months NMBFiL Exposure prior to December 31, 1982, and (3) five years cumulative occupational exposure to asbestos.  **Claim amount for voting purposes only: $1,200.**

*Asbestosis/Pleural Disease (Level III)*  Requires:  (1) Diagnosis of Bilateral Asbestos-Related Nonmalignant Disease, plus (a) TLC less than 80%, or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%, and (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $3,700.**

*Severe Asbestosis (Level IV)*  Requires:  (1) Diagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure us a contributing factor in causing the pulmonary disease in question.  **Claim amount for voting purposes only: $10,000.**

*Other Cancer (Level V)*  Requires:  (1) Diagnosis of a primary colorectal, laryngeal, esophageal, pharyngeal, or stomach cancer, plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the other cancer in question.  **Claim amount for voting purposes only:  $25,000.**

*Lung Cancer 2 (Level VI)*  Requires: (1) Diagnosis of a primary lung cancer; (2) NMBFiL Exposure prior to December 31, 1982, and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question.  **Claim amount for voting purposes only: $9,250.**

*Lung Cancer 1 (Level VII)*  Requires: (1) Diagnosis of a primary lung cancer plus evidence of an underlying Bilateral Asbestos-Related Nonmalignant Disease, (2) six months NMBFiL Exposure prior to December 31, 1982, (3) Significant Occupational Exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question.  **Claim amount for voting purposes only: $50,000.**

*Mesothelioma (Level VIII)*  Requires:  (1) Diagnosis of mesothelioma; and (2) NMBFiL Exposure prior to December 31, 1982.  **Claim amount for voting purposes only: $120,000.**

## Glossary of Defined Terms

**Bilateral Asbestos-Related Nonmalignant Disease:**  for purposes of meeting the presumptive medical criteria for establishing Disease Levels I, II, III, V, and VII, means either (i) a chest X-ray read by a qualified B reader of 1/0 or higher on the ILO scale or (ii)(x) a chest X-ray read by a qualified B reader or other Qualified Physician, (y) a CT scan read by a Qualified Physician, or (z) pathology, in each case showing either bilateral interstitial fibrosis, bilateral pleural plaques, bilateral pleural thickening, or bilateral pleural calcification.  Evidence submitted to demonstrate (i) or (ii) above must be in the form of a written report stating the results (e.g., an ILO report, a written radiology report or a pathology report).

**Qualified Physician:**  means a physician who is board-certified (or in the case of a claim made by an individual, estate or other entity holding a NMBFiL Asbestos Personal Injury Claim from a foreign jurisdiction), a physician who is certified or qualified under comparable medical standards or criteria of the jurisdiction in question in one or more relevant specialized fields of medicine such as pulmonology, radiology, internal medicine or occupational medicine; provided, however, that the requirement for board certification in this provision shall not apply to otherwise qualified physicians whose X-ray and/or CT scan readings are submitted for deceased individuals.

**NMBFiL Exposure:**  means meaningful and credible exposure, which occurred prior to December 31, 1982, to asbestos or asbestos-containing products supplied, specified, manufactured, installed, maintained, or repaired by NMBFiL and/or any entity for which NMBFiL has legal responsibility.

**Significant Occupational Exposure:**  means employment for a cumulative period of at least five (5) years, with a minimum of two (2) years prior to December 31, 1982, in an industry and an occupation in which the claimant (a) handled raw asbestos fibers on a regular basis; (b) fabricated asbestos-containing products so that the claimant in the fabrication process was exposed on a regular basis to raw asbestos fibers; (c) altered, repaired or otherwise worked with an asbestos-containing product such that the claimant was exposed on a regular basis to asbestos fibers; or (d) was employed in an industry and occupation such that the claimant worked on a regular basis in close proximity to workers engaged in the activities described in (a), (b) and/or (c).

12.    For purposes of voting to accept or reject the Plan, each NMBFiL Asbestos Personal Injury Claim **has been temporarily allowed in the amount set forth above that corresponds to the Disease Category for each such Claim.**  The temporary allowance of NMBFiL Asbestos Personal Injury Claims in the applicable amounts is solely for voting purposes and does not constitute an allowance of such Claims for purposes of distribution under the Asbestos Personal Injury Trust and is without prejudice to the rights of your clients, the Debtors, or the Asbestos Personal Injury Trust in any other context.

13.    If no Disease Category is indicated for a NMBFiL Asbestos Personal Injury Claim, the Voting Agent shall treat the affected vote as not meeting the criteria for any Disease Category and such Claim shall be allowed, for voting purposes only, in the amount of $1.00.  If more than one Disease Category is selected for a NMBFiL Asbestos Personal Injury Claim, including if more than one Firm submits a Master Ballot purporting to vote the same NMBFiL Asbestos Personal Injury Claim but selecting different Disease Categories on each Master Ballot, the Voting Agent shall count the affected vote in the amount corresponding to the Disease Category with the highest allowed amount.

14.    Any vote on behalf of a holder of a NMBFiL Asbestos Personal Injury Claim submitted without inclusion of the name and the last 4 digits of social security number of such holder will not be counted.

15.    Item 4 contains certain required certifications, under penalty of perjury pursuant to 28 U.S.C. § 1746, which you are making by signing and returning the Master Ballot.  Please ensure that you have read and understood the certifications prior to signing the Master Ballot and the certifications are correct for each NMBFiL Asbestos Personal Injury Claim voted on the Master Ballot.

16.     The Master Ballot does not constitute and will not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

**TO BE COUNTED, IT IS IMPERATIVE THAT YOU SIGN
YOUR BALLOT AND THAT YOU PROVIDE THE LAST FOUR DIGITS OF A CLAIMANTS' SOCIAL SECURITY
NUMBERS.
A BALLOT THAT DOES NOT CONTAIN THIS REQUIRED INFORMATION WILL NOT BE
COUNTED.**

**RETURN YOUR BALLOT SO THAT IT IS RECEIVED NO LATER THAN DECEMBER 2, 2014.
THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR IF YOU HAVE ANY QUESTIONS
CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING
AGENT, LOGAN & COMPANY, INC, AT:**

**LOGAN AND COMPANY, INC.
546 VALLEY ROAD
UPPER MONTCLAIR, NEW JERSEY 07043
(973) 509-3190**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.,*[1] | : | Case No. 10-11780 (PJW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## INDIVIDUAL BALLOT FOR ACCEPTING OR REJECTING THE
## JOINT PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS HOLDING CORP., BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFIL, INC.

### CLASS 4b: NMBFiL ASBESTOS PERSONAL INJURY INDIRECT CLAIMS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. PREVAILING EASTERN TIME ON**
>
> **DECEMBER 2, 2014**

You have received this Ballot either because you have asserted a NMBFiL Asbestos Personal Injury Indirect Claim or have been identified as an actual or potential co-defendant with the NMBFiL Parties in any asbestos-related personal injury lawsuit or a party that otherwise could conceivably determine to assert a NMBFiL Asbestos Personal Injury Indirect Claim. This Ballot may be used to vote to accept ( i.e., vote in favor of ) or reject (i.e., vote against) the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan") described in the accompanying Disclosure Statement, dated September 26, 2014 (as it may be amended, the "Disclosure Statement") if you certify, by signing the Ballot, that you are a holder of a NMBFiL Asbestos Personal Injury Indirect Claim. In connection with soliciting votes to accept or reject the Plan, the Bankruptcy Court approved certain Ballot Solicitation and Tabulation Procedures (the "Solicitation and Tabulation Procedures"), which are attached to the Disclosure Statement as Exhibit II. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in tire Solicitation and Tabulation Procedures.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the related channeling of Asbestos Personal Injury Claims to such trust, if the Plan satisfies the following requirements:

        (a)        is accepted by holders of at least two-thirds in amount of the Asbestos Personal Injury Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Solicitation and Tabulation Procedures;

        (b)        is accepted by at least three-fourths of the holders of Asbestos Personal Injury Claims that cast votes to accept or reject the Plan that were counted pursuant to the Solicitation and Tabulation Procedures; and

        (c)        satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.

---

[1]      The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441). The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

**To have your vote counted, you must complete, sign and return this Ballot to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 so that it is <u>received</u> by the deadline indicated above.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEMS 1 AND 2. IF NEITHER THE "ACCEPT (<u>I.E.</u>, VOTE IN FAVOR OF)" NOR
> "REJECT (<u>I.E.</u>, VOTE AGAINST")" BOX IS
> CHECKED IN ITEM 1, OR IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES
> BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST

**Item 1. Class Vote**.  The undersigned, who or which asserts a NMBFiL Asbestos Personal Injury Indirect Claim in Class 4b under the Plan, votes to (check only one box):

☐   **ACCEPT (<u>I.E.</u>, VOTE IN
FAVOR OF) THE PLAN**               ☐   **REJECT (<u>I.E.</u>, VOTE
AGAINST) THE PLAN**

Amount of your Claim for Voting Purposes Only: <u>$1.00</u>

**Item 2. Acknowledgment and Certifications.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot does not indicate either acceptance or rejection of the Plan, this Ballot will not be valid or counted as having been cast.  The undersigned also certifies that it holds a NMBFiL Asbestos Personal Injury Indirect Claim, as such term is defined in the Plan, such that the undersigned actually is entitled to vote to accept or reject the Plan.

_____
Name of Organization

_____
Signature

_____
Name of Signatory

_____
Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
E-Mail Address

_____
Date Completed

Ballot No. 6 – Individual Ballot for Class 4b NMBFiL Asbestos Personal Injury Indirect Claims

**VOTING INFORMATION AND INSTRUCTIONS**
**FOR COMPLETING THE BALLOT**

1.    In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Logan & Company, Inc. (the "<u>Voting Agent</u>") at the following address:

Logan & Company, Inc.
546 Valley Road
Upper Montclair, New Jersey 07043
Attn: SPHC Voting Department

**Ballots must be received by the Voting Agent by 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience.  *Ballots submitted by facsimile will not be accepted.* If neither the "accept" nor "reject" box is checked in Item 1, or if tin's Ballot is not signed on the appropriate lines, this Ballot will not be valid or counted as having been cast.

1.    **The attached Ballot is designated for voting only NMBFiL Asbestos Personal Injury Indirect Claims, which are included within NMBFiL Asbestos Personal Injury Claims in Class 4b.**

2.    If you return more than one Ballot voting different Claims under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your NMBFiL Asbestos Personal Injury Indirect Claim has been temporarily allowed in the amount of $1.00 for purposes of voting to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>General Tabulation Rules</u>").  The General Tabulation Rules are set forth in the Notice of (A) Deadline for Casting Votes to Accept or Reject Proposed Joint Plan of Reorganization, (B) Hearing to Consider Confirmation of Proposed Joint Plan of Reorganization, and (C) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot.  The temporary allowance of your NMBFiL Asbestos Personal Injury Indirect Claim in the amount of $1.00 is solely for voting purposes and does not constitute an allowance of such Claim for purposes of distribution under the Asbestos Personal Injury Trust Distribution Procedures and is without prejudice to your rights or the rights of the Debtors and the Asbestos Personal Injury Trust in any other context.

4.    The Ballot does not constitute and will not be deemed a proof of Claim or equity interest or an assertion of a Claim or equity interest.

5.    If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest Ballot will supersede any prior Ballots.

**TO BE COUNTED, IT IS IMPERATIVE THAT YOU SIGN YOUR BALLOT**
**OR YOUR BALLOT WILL NOT BE COUNTED.**

**RETURN YOUR BALLOT SO THAT IT IS RECEIVED NO LATER THAN DECEMBER 2, 2014.**
**THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR IF YOU HAVE ANY QUESTIONS**
**CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING**
**AGENT, LOGAN & COMPANY, INC, AT:**

**LOGAN AND COMPANY, INC.**
**546 VALLEY ROAD**
**UPPER MONTCLAIR, NEW JERSEY 07043**
**(973) 509-3190**