**EXHIBIT E**

**(Confirmation Hearing Notice)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF (I) DEADLINE FOR CASTING VOTES TO ACCEPT
OR REJECT PROPOSED JOINT PLAN OF REORGANIZATION,
(II) HEARING TO CONSIDER CONFIRMATION OF PROPOSED
JOINT PLAN OF REORGANIZATION AND (III) RELATED MATTERS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 26, 2014, the above-captioned debtors (collectively, the "Debtors"), filed: (a) Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan"); and (b) the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. (as it may be amended, the "Disclosure Statement").

2. Pursuant to an order of the Court dated **[October 20,]** 2014 (the "Disclosure Statement Order"), the Disclosure Statement and certain related materials (collectively, the "Solicitation Packages") have been approved for dissemination to holders of

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441). The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

claims against and interests in the Debtors and for solicitation of votes from holders of asbestos related personal injury claims to accept or reject the Plan. All Plan-related documents that have been filed with the Court, including the Disclosure Statement, are available via the Internet at www.deb.uscourts.gov and www.loganandco.com. However, if service by CD-ROM imposes a hardship for you (e.g., you do not own or have access to a computer or the Internet), you may obtain a paper copy of the documents otherwise provided on CD-ROM by sending a request, in writing, to Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 07043 (Attn: SPHC Voting Department).

3.    A hearing to consider confirmation of the Plan (the "Confirmation Hearing") has been scheduled for December 10, 2014 at 3:30 p. m. (prevailing Eastern Time) before the Honorable Peter J. Walsh, United States Bankruptcy Judge for the District of Delaware and the Honorable Sue L. Robinson, District Court Judge for the District of Delaware, in Courtroom 4B at the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, 4th Floor, Wilmington, Delaware 19801.

4.    Pursuant to the Disclosure Statement Order, the Court approved certain procedures for tabulation of votes to accept or reject the Plan (the "Solicitation and Tabulation Procedures"), which are attached the Disclosure Statement as Exhibit II.

5.    If you are an individual that holds an Asbestos Personal Injury Claim other than an Asbestos Personal Injury Indirect Claim (as such terms are defined in the Plan), the Debtors received directions from your attorney on how to solicit your claim. If your attorney requested that the Debtors solicit your claim directly, you have received with this Notice a ballot form (a "Ballot") and voting instructions. If your attorney indicated that he or she would vote on

your behalf, you have received the Solicitation Package, without a Ballot, for information purposes only.

      6.    If you have asserted an Asbestos Personal Injury Indirect Claim or have been identified as a party that may wish to assert an Asbestos Personal Injury Indirect Claim, you also have received a Ballot in your Solicitation Package.

      7.    If you are the holder of any other type of Claim or Interest, you have not received a Ballot because your Claim or Interest is unimpaired, and therefore, you are deemed to accept the Plan.

      8.    The following procedures, which are set forth in more detail in the Solicitation and Tabulation Procedures, apply with respect to voting by holders of Asbestos Personal Injury Claims:

      a.    If you have received a Ballot in your Solicitation Package, for your vote to accept or reject the Plan to be counted, you must complete all required information on the Ballot, execute the Ballot and return the completed Ballot to the address indicated on the Ballot so that it is received by 5:00 p m., Eastern Time, on **[December 2],** 2014 (the "Voting Deadline") Any failure to follow the voting instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Voting Deadline may disqualify your Ballot and your vote

      b.    If you have not received a Ballot, it is because your attorney has instructed us to send the Ballot only to your attorney.

      c.    If you are a holder of an Asbestos Personal Injury Claim other than an Asbestos Personal Injury Indirect Claim (a "Direct Asbestos PI Claim"), your claim has been temporarily allowed solely for purposes of voting to accept or reject the Plan in

accordance with the following tabulation rules, which were approved by the Court in the Disclosure Statement Order:

- Each holder of a Direct Asbestos PI Claim will have a single vote in the amount, for voting purposes only, that corresponds to such claimant's level of disease ("Disease Category"), as indicated on a Ballot cast by such claimant or on a Master Ballot cast on behalf of such claimant by his or her attorney.

- The Disease Categories applicable to Direct Asbestos PI Claims and the allowed amount for such Claims for voting purposes are detailed in the Solicitation and Tabulation Procedures.[2]

- For purposes of computing votes, each holder of a Direct Asbestos PI Claim shall be deemed to have voted the full amount of such Claim according to the Disease Category specified for such Claim.

- If no Disease Category is selected for a Direct Asbestos PI Claim, such claim will be allowed for voting purposes only in the amount of $1.00.

- If more than one Disease Category is selected for any Direct Asbestos PI Claim, the Voting Agent shall count the vote cast in respect of such Claim in the amount corresponding to the Disease Category with the highest allowed amount.

d. If you are a holder of an Asbestos Personal Injury Indirect Claim, you claim will be temporarily allowed solely for voting purposes in an amount equal to $1.00.

e. Certain additional procedures relating to the tabulation of Ballots are set forth in the Solicitation and Tabulation Procedures.

---

[2] The medical and exposure criteria corresponding to each Disease Category also are set forth in detail in section 9 b(ii) of the Solicitation and Tabulation Procedures.

9. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of receiving distributions under the Plan and is without prejudice to the rights of the Debtors, their successors in interest, or the Asbestos Personal Injury Trust to contest the amount or validity of any claim for purposes of allowance and distribution under the Plan.

10. If you wish to challenge the allowance of your Claim for voting purposes in accordance with the Solicitation and Tabulation Procedures, you must file a motion, pursuant to Bankruptcy Rule 3018(a), for an order temporarily allowing such claim in a different amount or classification for purposes of voting to accept or reject the Plan (a "Rule 3018 Motion") and serve such motion on the Debtors so that it is received on or before November 3, 2014.  In accordance with Bankruptcy Rule 3018, any Ballot submitted by a creditor that files a Rule 3018 Motion will be counted solely in accordance with the court-approved tabulation rules and the other applicable procedures contained in the Solicitation and Tabulation Procedures unless and until the underlying claim is temporarily allowed by the Court for voting purposes in a different amount, after notice and a hearing.

11. **The Plan proposes two channeling injunctions that, applicable to all persons and entities, that permanently channel to a trust established pursuant to section 524(g) of the Bankruptcy Code for resolution of all claims, remedies, liabilities or demands against one or more of the Debtors or certain other protected parties for death or personal injuries caused directly or indirectly by the presence of, or exposure to, asbestos, including any claims or demands for reimbursement, indemnification, subrogation or contribution.  In addition, the Plan proposes (i) an injunction that permanently enjoins the pursuit of any claim against or interest in the Debtors, the Reorganizing Debtors, or any of**

**their respective property to the extent that such claim or interest has been discharged, released, waived, settled or deemed satisfied in accordance with the Plan (other than the enforcement of any right pursuant to the Plan to a distribution); and (ii) an injunction, applicable to all persons or entities, that permanently enjoins the pursuit of any claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action or liabilities that are released pursuant to the Plan against any released entity or its property. For the specific terms and conditions of these injunctions and the precise scope of the claims and demands to be channeled, please refer to the specific terms of the Plan**.

12. Responses and objections, if any, to confirmation of the Plan must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or response; and (d) be filed with the Bankruptcy Court and served <u>so as to be actually received on or before **[5:00 p.m.]** (prevailing Eastern Time) on **[December 2]**, 2014 by</u>:

| | |
|---|---|
| **Counsel to the Debtor**<br><br>Jones Day<br>Attn: Gregory M. Gordon, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Email: gmgordon@jonesday.com<br><br>Richards, Layton & Finger, P.A<br>Attn: Daniel J. DeFranceschi, Esq.<br>One Rodney Square<br>P O Box 551<br>Wilmington, Delaware 19899<br>Email: defranceschi@rlf.com<br><br>**Counsel to RPM International Inc.**<br><br>Sullivan & Cromwell LLP<br>Attn: Mark F. Rosenberg, Esq.<br>125 Broad Street<br>New York, NY 10004<br>Email: rosenbergm@sullcrom.com<br><br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Gregory W. Werkheiser, Esq.<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899<br>Email: GWerkheiser@MNAT.com | **Counsel to the Official Committee of Asbestos Personal Injury Claimants**<br><br>Montgomery, McCracken, Walker & Rhoads, LLP<br>Attn: Natalie D. Ramsey, Esq.<br>1105 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Email: nramsey@mmwr.com<br><br>**Counsel to the Asbestos Personal Injury Future Claimants' Representative**<br><br>Young, Conaway, Stargatt & Taylor, LLP<br>Attn: Edwin J. Harron, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: eharron@ycst.com<br><br>**Office of the United States Trustee for the District of Delaware**<br><br>Attn: Richard L. Schepacarter, Esq.<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: Richard.Schepacarter@usdoj.gov |

13. The Confirmation Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Confirmation Hearing or any continued hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.

Dated: _____, 2014   Respectfully submitted,

_____
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR DEBTORS