**EXHIBIT F**

**(General Publication Notice)**


**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF (A) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT PROPOSED JOINT PLAN OF REORGANIZATION, (B) HEARING TO CONSIDER CONFIRMATION OF PROPOSED JOINT PLAN OF REORGANIZATION AND (C) RELATED MATTERS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 26, 2014, the above-captioned debtors (collectively, the "Debtors"), filed: (a) Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated September 26, 2014 (as it may be amended, the "Plan"); and (b) the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. (as it may be amended, the "Disclosure Statement").

2. Pursuant to an order of the Court dated **[October 20,]** 2014 (the "Disclosure Statement Order"), the Disclosure Statement and certain related materials (collectively, the "Solicitation Packages") have been approved for dissemination to holders of

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441). The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

claims against and interests in the Debtors and for solicitation of votes from holders of asbestos related personal injury claims to accept or reject the Plan.  All Plan-related documents that have been filed with the Court, including the Disclosure Statement, are available via the Internet at www.deb.uscourts.gov, and www.loganandco.com.  You may obtain a paper copy of the Solicitation Packages by sending a request, in writing, to Logan & Company, Inc , 546 Valley Road, Upper Montclair, NJ 07043 (Attn: SPHC Voting Department).

3.     A hearing to consider confirmation of the Plan (the "Confirmation Hearing") has been scheduled for December 10, 2014 at 3:30 p. m. before the Honorable Peter J. Walsh, United States Bankruptcy Judge for the District of Delaware and the Honorable Sue L. Robinson, District Court Judge for the District of Delaware, in Courtroom 4B at the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, 4th Floor, Wilmington, Delaware 19801.

4.     Pursuant to the Disclosure Statement Order, the Court approved certain procedures for tabulation of votes to accept or reject the Plan (collectively, the "Solicitation and Tabulation Procedures"), which are attached to the Disclosure Statement as Exhibit II.  Only holders of asbestos-related personal injury claims, including claims for contribution and indemnification, as of October 20, 2014 (the voting record date as established in the Disclosure Statement Order), which are classified in Classes 4a and 4b of the Plan, are entitled to receive a ballot for casting a vote on the Plan (a "Ballot").  Holders of claims and interests in all other classes of the Plan are not impaired by the Plan and, therefore, are deemed to accept the Plan.

5.     For a vote to accept or reject the Plan to be counted, a Ballot must be completed and returned to the address indicated on the Ballot so that it is received by 5:00 p.m., Eastern time, on **[December 2]**, 2014.

6.      **The Plan proposes two channeling injunctions that, applicable to all persons and entities, that permanently channel to a trust established pursuant to section 524(g) of the Bankruptcy Code for resolution of all claims, remedies, liabilities or demands against one or more of the Debtors or certain other protected parties for death or personal injuries caused directly or indirectly by the presence of, or exposure to, asbestos, including any claims or demands for reimbursement, indemnification, subrogation or contribution.  In addition, the Plan proposes (i) an injunction that permanently enjoins the pursuit of any claim against or interest in the Debtors, the Reorganizing Debtors, or any of their respective property to the extent that such claim or interest has been discharged, released, waived, settled or deemed satisfied in accordance with the Plan (other than the enforcement of any right pursuant to the Plan to a distribution); and (ii) an injunction, applicable to all persons or entities, that permanently enjoins the pursuit of any claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action or liabilities that are released pursuant to the Plan against any released entity or its property.  For the specific terms and conditions of these injunctions and the precise scope of the claims and demands to be channeled, please refer to the specific terms of the Plan, which can be obtained as described above.**

7.      The deadline for filing and serving objection, if any, to the confirmation of the Plan is 5:00 p. m. Eastern Time, on **[December 2]**, 2014.  All objections must comply with the requirements set forth in paragraph 12 of the notice of the Confirmation Hearing appended to the front of the Disclosure Statement.

Dated: _____, 2014

Respectfully submitted,

_____
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR DEBTORS