# **EXHIBIT G**

**(Asbestos Publication Notice)**

DLI-266495253v4

| Field | Value |
|---|---|
| File Name | SPP_Master.indd |
| Publication | Parade |
| Ad Unit | 5" x 9" |
| Headline Font | Calibri |
| Headline Font Size/Leading | 13/15 |
| Body Copy | Times Lt Std |
| Body Copy Font Size/Leading | 8.4/9.5 |
| Total Word Count | 600 |
| Create Date/Time | 3/10/14 at 1:15 pm |
| Operator | KS |
| Last Edit Time | 10/3/14 @ 12:09 PM PT |
| Operator | KS |

# IF YOU HAVE AN ASBESTOS PERSONAL INJURY CLAIM AGAINST SPECIALTY PRODUCTS HOLDING CORP., BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. OR NMBFIL, INC.

*PLEASE READ THIS NOTICE OF VOTING RIGHTS AND HEARING TO CONSIDER WHETHER TO APPROVE PLAN OF REORGANIZATION.*

A Joint Plan of Reorganization ("Plan") has been filed to reorganize Specialty Products Holding Corp. (formerly known as RPM, Inc.), Bondex International, Inc., Republic Powdered Metals, Inc., and NMBFiL, Inc. (formerly known as Bondo Corporation) (collectively, "Debtors") in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**Persons or entities with asbestos related personal injury claims against any of the Debtors may vote to accept or reject the Plan by [INSERT DATE].**

A detailed document describing the Plan, called the Disclosure Statement, was approved by the Bankruptcy Court on [INSERT DATE]. The Disclosure Statement, a copy of the Plan itself and voting materials have been sent to known holders of asbestos related personal injury claims against the Debtors or to their lawyers.

**Important Plan Provisions Regarding Asbestos Related Claims**

The Plan proposes establishing a trust to resolve all asbestos personal injury claims against the Debtors. Persons and entities with asbestos personal injury or related claims will be forever barred from asserting their claims against the Debtors or other parties specified in the Plan. If the Plan is approved by the Court, all current and future holders of asbestos personal injury claims against the Debtors can request and receive money <u>only</u> from the trust. You should read the Plan and Disclosure Statement carefully for details about how the Plan, if approved, will affect your rights.

**Voting Procedures**

The Bankruptcy Court has issued an order describing how to vote on the Plan and the Disclosure Statement contains information that will help you decide how to vote. **Your legal rights will be affected if the Plan is approved**. For a vote to be counted, a ballot must be received at the address indicated on the ballot form **by 5:00 p.m., Eastern time, on [INSERT DATE]**.

Under the procedures approved by the Bankruptcy Court, lawyers for holders of asbestos claims may vote on the Plan on behalf of their clients, if authorized by the client. If you are unsure whether your lawyer is authorized to vote on your behalf, please contact your lawyer.

**How to Obtain Documents**

Copies of the Disclosure Statement, which includes the Plan, the voting materials, and the notice of the hearing to consider confirmation of the Plan may be obtained by visiting the following websites: **www.deb.uscourts.gov** and **www.loganandco.com**. You may also obtain copies of these documents by sending a request, in writing, to Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 07043 (Attn: SPHC Voting Department) or by calling 1-800-XXXX.

**Confirmation Hearing**

A hearing to consider confirmation of the Plan has been scheduled for December 10, 2014 at 3:30 p.m. ET in Courtroom 4B at the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, located at 844 North King Street, 4th Floor, Wilmington, Delaware 19801. You may attend the Hearing but are not required to do so.

**Objecting to the Plan**

If you want to object to the Plan, you must file and serve a written objection **on or before 5:00 p.m. ET, on [INSERT DATE].** All objections must comply with the requirements in the notice of the Confirmation Hearing.

**For more information and to obtain a copy of the Plan, Disclosure Statement and Voting Materials,**

Visit: **www.deb.uscourts.gov** OR **www.loganandco.com**.
Write: Logan & Company, Inc., 546 Valley Road,
Upper Montclair, NJ 07043
(Attn: SPHC Voting Department)
Call: 1-800-XXXX

**www.loganandco.com**     **1-800-XXX-XXX**