# **EXHIBIT H**

**(Plan Confirmation Notice Plan)**



# Specialty Products Bankruptcy Notice
## Updated October 3, 2014

**Target**
Men 55+
Men 65+
Adults 35+

**Program Parameters**
Geography:  United States (with lighter media coverage in Canada)
Estimated Program Duration (including lead time): 4 weeks (assuming approval October 20, 2014)
Estimated English Summary Notice Word Count:  870

**National Magazines** — $1,040,641

| Title | Circulation | Frequency | Approximate Unit Size | Insertions |
|---|---|---|---|---|
| *People* | 3,510,533 | Weekly | Full Page | 1 |
| *Parade* | 32,000,000 | Weekly | 3/5 Page | 1 |
| *USA Weekend* | 18,391,341 | Weekly | 3/5 Page | 1 |
| *Sports Illustrated* | 3,043,698 | Weekly | Full Page | 1 |
| *Time* | 3,286,467 | Weekly | Full Page | 1 |
| **National Magazines Total:** | **60,232,039** | | | **5** |

**For Asbestos Notice:**

**National Newspapers** — $102,604

| Title | Circulation | Frequency | Estimated Notice Size | Daily Insertions |
|---|---|---|---|---|
| *The Wall Street Journal* | 1,325,389 | Daily | 1/4 Page | 1 |
| *The New York Times (M-F)* | 676,633 | Daily | 1/4 Page | 1 |
| *USA Today (M-Th)* | 1,333,627 | Daily | 1/4 Page | 1 |
| **National Newspapers Total:** | **3,335,649** | | | **3** |

**Local Newspapers** — $31,296

| Title | Circulation | Frequency | Estimated Notice Size | Daily Insertions |
|---|---|---|---|---|
| *Cleveland The Plain Dealer* | 140,000 | Daily | 1/4 Page | 1 |
| *St. Louis Post-Dispatch* | 186,820 | Daily | 1/4 Page | 1 |
| **Local Newspapers Total for Asbestos Notice:** | **326,820** | | | **2** |



## Specialty Products Bankruptcy Notice
## Updated October 3, 2014

| For General Publication Notice: | | | | |
|---|---|---|---|---|
| **National Newspapers** | | | | **$102,604** |
| **Title** | **Circulation** | **Frequency** | **Estimated Notice Size** | **Daily Insertions** |
| *The Wall Street Journal* | 1,325,389 | Daily | 1/4 Page | 1 |
| *The New York Times (M-F)* | 676,633 | Daily | 1/4 Page | 1 |
| *USA Today (M-Th)* | 1,333,627 | Daily | 1/4 Page | 1 |
| **National Newspapers Total:** | 3,335,649 | | | 3 |
| **Local Newspapers** | | | | **$31,296** |
| **Title** | **Circulation** | **Frequency** | **Estimated Notice Size** | **Daily Insertions** |
| *Cleveland The Plain Dealer* | 140,000 | Daily | 1/4 Page | 1 |
| *St. Louis Post-Dispatch* | 186,820 | Daily | 1/4 Page | 1 |
| **Local Newspapers Total For General Publication Notice:** | 326,820 | | | 2 |

| **Canadian Newspapers** | | | | **$26,958** |
|---|---|---|---|---|
| **Title** | **Circulation** | **Frequency** | **Estimated Notice Size** | **Daily Insertions** |
| *The Globe & Mail* | 291,303 | Mon-Fri | 1/4 Page | 1 |
| *The National Post* | 151,000 | Mon-Fri | 1/4 Page | 1 |
| **Canadian Newspapers Total:** | 442,303 | | | 2 |

| **Law Magazine** | | | | **$1,050** |
|---|---|---|---|---|
| **Title** | **Circulation** | **Frequency** | **Approximate Unit Size** | **Insertions** |
| *Asbestos: Mealey's Litigation Report* | N/A | Bi-Weekly | Full Page | 1 |
| **Law Magazines Total:** | | | | 1 |

| **National Internet** | | | | **$282,895** |
|---|---|---|---|---|
| **Site** | **URL** | **Duration**** | **Unit Size** | |
| Yahoo! RON* | www.yahoo.com | 2 weeks | 728 x 90 | |
| XAXIS (formerly Real Media Group)* | Various | 2 weeks | 728 x 90 | |
| AOL | www.aol.com | 2 weeks | 728 x 90 | |
| Fox News | www.foxnews.com | 2 weeks | 728 x 90 or 300 x 250 | |
| Wall Street Journal Digital Network* | Various | 2 weeks | 300 x 250 | |
| Univision (Spanish language) | www.univision.com | 2 weeks | 728 x 90 | |
| *Social Media* - | | | | |
| Facebook | www.facebook.com | 2 weeks | Custom | |
| **Total Estimated Impressions:** | 225,000,000 | | | |



## Specialty Products Bankruptcy Notice
## Updated October 3, 2014

| | |
|---|---:|
| **Media Outreach** | **$4,600** |

**National Press Release** of up to 1,000 words will be distributed over PR Newswire's U.S.1 (including Hispanic), Canadian, Mexican, Caribbean and Pacific Islands newslines in English, French Canadian, and Spanish.

**Mailing outreach to Associations and Unions** with which interested parties, particularly the personal injury asbestos claimants, are likely to be members and closely involved. Such associations may include Mason Contractors Association of America, Finishing Contractor Association, Building Trades Association, National Demolition Association, National Roofing Contractors Association, and National Association of the Remodeling Industry.

| | |
|---|---:|
| **Total Estimated Fee:^** | **$1,623,943** |

*Yahoo! May also include distribution on the Yahoo audience network of sites including microsoft, AOL and ABC.  XAXIS is previously known as Real Media Group and includes such websites as oprah.com, myspace.com, weather.com, ivillage.com, tvguide.com and usatoday.com, among several others. The Wall Street Journal Digital Network includes WSJ, MarketWatch and Barrons.

**Impressions to run over a 2 week period with the option for a third week, if needed.

^Included in these estimated fees is a commission charged by GCG. The estimated fee is exclusive of time spent preparing the opinion, including research and drafting any affidavits, as well as any time spent attending a deposition or hearing. Any such time will be billed at GCG's standard hourly rates. All expenses associated with providing testimony and/or the preparation of testimony will be billed at cost. Estimated fees depend on ad content and is subject to change at the time of the media buy. Media vendors reserve the right to adjust quotes throughout the calendar year without notification, which may alter the estimated fee. This change may also impact the estimated impression levels, the overall media delivery and/or reach of the notice program. All advertising is subject to publisher's approval and availability at the time of the buy. Estimated fees for the Canadian and Mexican newspapers are based on current exchange rates and are subject to change based on exchange rates at the time of the buy.

Source:  Media representatives, MRI Doublebase 2014, comScore July 2014, SRDS Online February and September 2014.