# EXHIBIT I

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**ORDER (I) APPROVING THE DISCLOSURE STATEMENT, (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PROPOSED JOINT PLAN OF REORGANIZATION AND (III) SCHEDULING A HEARING ON CONFIRMATION OF PROPOSED JOINT PLAN OF REORGANIZATION AND APPROVING RELATED NOTICE PROCEDURES**

This matter coming before the Court on the Motion of the Debtors For an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures For Solicitation and Tabulation of Votes To Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing On Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures (the "Motion"), filed by the above-captioned debtors (collectively, the "Debtors");[2] the Court having reviewed the Motion and related pleadings and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441). The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion or the applicable exhibits to the Motion.

DLI-266496230v2

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Motion and the Hearing, made in the manner described in the Motion, was sufficient and appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.

D. The relief requested in the Motion and granted herein is warranted under the circumstances and is in the best interests of the Debtors' respective estates and creditors.

E. The Disclosure Statement contains "adequate information" within the meaning of section 1125 of the Bankruptcy Code.

F. The contents of the solicitation packages to be distributed to creditors and other parties in interest in connection with the solicitation of votes on the Plan (collectively, the "Solicitation Packages") and the procedures for providing notice of the hearing on confirmation of the Plan (the "Confirmation Hearing") and the other matters set forth in the notice of the Confirmation Hearing (the "Confirmation Hearing Notice"), including the manner of giving notice to holders and potential holders of Asbestos Personal Injury Claims, comply with Bankruptcy Rules 2002 and 3017 and constitute sufficient notice to all interested parties in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.

G. The form of the ballots attached to the Motion as Exhibit D (collectively, the "Ballots") (i) are consistent with Official Form No. 14, (ii) adequately address the particular needs of these chapter 11 cases, (iii) are appropriate for the class of claims entitled to vote to accept or reject the Plan and (iv) comply with Bankruptcy Rule 3017(d).

H.	Ballots need not be provided to holders of claims or interests in any classes other than Class 4a (SPHC Asbestos Personal Injury Claims) and Class 4b (NMBFiL Asbestos Personal Injury Claims) because all other classes under the Plan are unimpaired and are conclusively presumed to accept the Plan in accordance with section 1126(f) of the Bankruptcy Code.

I.	Service of the Solicitation Packages on CD-ROM for holders of Claims or Interests that are unimpaired is appropriate under the circumstances and complies with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.

J.	The Solicitation and Tabulation Procedures, which are attached to the Motion as Exhibit B, provide a fair and equitable voting process and are consistent with section 1126 of the Bankruptcy Code

K.	The period during which the Debtors may solicit votes to accept or reject the Plan, as established by this Order, provides a sufficient time for individual holders of Asbestos Personal Injury Claims, or their attorneys, as applicable, and potential holders of Asbestos Personal Injury Indirect Claims to make informed decisions to accept or reject the Plan and submit timely Ballots.

IT IS HEREBY ORDERED THAT:

1.	The Motion is GRANTED.

2.	The Disclosure Statement is APPROVED.

3.	The Debtors' request to have Logan & Company, Inc. serve as their Voting Agent in connection with the preparation, mailing and tabulation of the Ballots is APPROVED.

-3-

4.  The Disclosure Statement Notice, in the form attached to the Motion as Exhibit A, and the manner of service of the Disclosure Statement Notice (as described in the Motion) are APPROVED.

5.  The Solicitation and Tabulation Procedures, substantially in the form attached to the Motion as Exhibit B, are APPROVED.

6.  The Certified Plan Solicitation Directive, substantially in the form attached to the Motion as Exhibit C, is APPROVED.  The Firms were required to complete and return their Directives to the Voting Agent on or before October 13, 2014.  The Firms must also submit a Client List to the Voting Agent by (a) the Voting Deadline for those Clients for whom the Firm will vote a Master Ballot, (b) October 20, 2014 for any Clients on whom the Firm is requesting the Voting Agent serve a Solicitation Package and (c) October 20, 2014 for any Clients on whom the Firm will serve a Solicitation Package.

7.  The Ballots, substantially in the form attached to the Motion as Exhibit D, including the instructions attached to each Ballot, are APPROVED.  The appropriate Ballots will be distributed to holders of claims in Classes 4a and 4b:

Ballot No. 1:  Individual Ballot for Class 4a SPHC Asbestos Personal Injury Claims

Ballot No. 2:  Individual Ballot for Class 4b NMBFiL Asbestos Personal Injury Claims

Ballot No. 3:  Master Ballot for Class 4a SPHC Asbestos Personal Injury Claims

Ballot No. 4:  Master Ballot for Class 4b NMBFiL Asbestos Personal Injury Claims

Ballot No. 5:  Individual Ballot for Class 4a SPHC Asbestos Personal Injury Indirect Claims

Ballot No. 6:  Individual Ballot for Class 4b NMBFiL Asbestos Personal Injury Indirect Claims

8.  Solely for purposes of voting to accept or reject the Plan — and not for the purposes of the allowance or, or distribution on account of, a claim and without prejudice to the

rights of the Debtors or the Asbestos Personal Injury Trust in any other context — each Asbestos Personal Injury Claim shall be temporarily allowed for voting purposes only in accordance with the Solicitation and Tabulation Procedures.

9. The Confirmation Hearing is scheduled for December 10, 2014 at 3:30 p.m. (prevailing Eastern Time) in Courtroom 4B at the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, 4th Floor, Wilmington, Delaware 19801.  The Confirmation Hearing may be continued from time to time by the Court without further notice other than the announcement of the adjourned date(s) at the Confirmation Hearing or any continued hearing.

10. Objections, if any, to the confirmation of the Plan must:  (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection to the confirmation of the Plan; and (d) be filed with the Court and served on (i) counsel to the Debtors, (ii) counsel to the Committee, (iii) counsel to the Future Claimants' Representative; (iv) counsel to International; and (v)  the U.S. Trustee so that they are received no later than 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "<u>Confirmation Objection</u>").

11. The Confirmation Hearing Notice in substantially in the form attached to the Motion as Exhibit E is APPROVED.  The Debtors shall serve copies of the Confirmation Hearing Notice, along with the other materials comprising the Solicitation Package, in accordance with the procedures set forth below.

12. The General Publication Notice in substantially in the form attached to the Motion as Exhibit F is APPROVED.  The Debtors shall publish the General Publication Notice not less than 25 days before the Confirmation Objection Deadline once in the *Cleveland*

*Plain Dealer*, *St. Louis Dispatch*, and the national editions of *The New York Times*, *The Wall Street Journal*, and *USA TODAY*.

   13. The Asbestos Publication Notice in substantially in the form attached to the Motion as Exhibit G is APPROVED. The Debtors shall publish the Asbestos Publication Notice not less than 20 days before the Confirmation Objection Deadline in those newspapers, magazines, websites, mailings and press releases set forth on Exhibit H to the Motion. The Debtors and their professionals (including GCG, Inc.) are hereby authorized and directed to take any and all actions necessary to implement the plan confirmation notice plan attached as Exhibit H to the Motion.

   14. Pursuant to Bankruptcy Rule 3017(d), October 20, 2014 shall be the record date for purposes of determining which creditors and interest holders are entitled to receive Solicitation Packages and, where applicable, vote on the Plan (the "Voting Record Date").

   15. All Plan-related documents, including the Disclosure Statement, will be available via the Court's website at www.deb.uscourts.gov, and on the website of the Debtors' Voting Agent at www.loganandco.com. Any party in interest may obtain a paper copy of the documents otherwise provided on CD-ROM by sending a request, in writing, so that such request is received at least ten business days before the Voting Deadline by the Debtors' Voting Agent, Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 (Attn: SPHC Voting Department).

   16. To be counted as votes to accept or reject the Plan, all Ballots must he properly executed, completed and delivered to the Debtors' Voting Agent either (a) by mail in the return envelope provided with each Ballot, (b) by overnight courier or (c) by personal

delivery so that, in each case, such Ballots are received by the Voting Agent no later than 5:00 p.m., prevailing Eastern Time, on December 2, 2014 (the "Voting Deadline").

17. The Solicitation Packages will be mailed not less than 35 days prior to the Voting Deadline to: (a) holders of Asbestos Personal Injury Claims or the Firms in accordance with the applicable Certified Plan Solicitation Directive; (b) potential holders of Asbestos Personal Injury Indirect Claims; (c) other holders of Claims and Interests as of the Voting Record Date; and (d) to the extent not included in the foregoing, all parties on the 2002 List, counsel to the Committee, the SEC and counsel to the U.S. Trustee.

18. Any claimant seeking to challenge the allowance of its claim for voting purposes in accordance with the Solicitation and Tabulation Procedures must file a motion, pursuant to Bankruptcy Rule 3018(a), for an order temporarily allowing such claim in a different amount for purposes of voting to accept or reject the Plan (a "Rule 3018 Motion") and serve such motion on the Debtors so that it is received on or before November 3, 2014.  Such motion shall, to the extent necessary, be heard at the Confirmation Hearing.  In accordance with Bankruptcy Rule 3018, any Ballot submitted by a creditor that files a Rule 3018 Motion shall be counted solely in accordance with the Solicitation and Tabulation Procedures unless and until the underlying claim is temporarily allowed by the Court for voting purposes in a different amount, after notice and a hearing.

19. The Debtors, the Committee and the Future Claimants' Representative are each authorized to file a consolidated reply to any objections to the Disclosure Statement by no later than October 19, 2014.  The Debtors, the Committee and the Future Claimants' Representative are each also authorized to file a consolidated reply to any objections to the Plan by no later than December 5, 2014.

20. The Debtors, the Committee, the Future Claimants' Representative and the Debtors' Voting Agent are authorized to take or refrain from taking any action necessary or appropriate to implement the terms of, and the relief granted in, this Order without seeking further Order of the Court.

Dated: Wilmington, Delaware

_____, 2014

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE