**EXHIBIT I**

**JOINT PLAN OF REORGANIZATION OF
SPECIALTY PRODUCTS HOLDING CORP., BONDEX INTERNATIONAL, INC., REPUBLIC
POWERED METALS, INC. AND NMBFIL, INC.**

[Separately filed]

DLI-6493495v8