**EXHIBIT III**

**PROJECTIONS**

## A. Introduction

SPHC[1] is a holding company that owns interests in Bondex and six operating subsidiaries: Chemical Specialties Manufacturing Corp., Day-Glo Color Corp., Dryvit Holdings, Inc., Kop-Coat Inc., RPM Wood Finishes Group, Inc., and TCI, Inc. SPHC's management, with the assistance of the management of each operating subsidiary, developed a detailed fiscal year 2015 forecast for each operating subsidiary. Those forecasts were then consolidated and combined with a fiscal year 2015 forecast of corporate costs at SPHC.

Republic is an operating company that manufactures roof and wall coatings for the industrial, commercial, institutional and residential marketplaces. Its products are sold exclusively through other direct or indirect subsidiaries of International. Republic's management developed a detailed fiscal year 2015 forecast for Republic.

Neither Bondex nor NMBFiL has business operations except that each will enter into leases on or before the Effective Date by which they will lease certain real property from International and then re-lease such property to Tremco Barrier Solutions Inc. at a profit. Because (a) those leases are the only sources of cash flow for Bondex and NMBFiL and (b) Bondex and NMBFiL will have no obligations following the Effective Date other than obligations under the leases and the Plan, projections have not been prepared for Bondex and NMBFiL.

As the projections for SPHC and Republic demonstrate, SPHC and Republic will each have the ability to fund their ongoing operations from cash flow generated by the businesses they directly or indirectly own. Additionally, each of SPHC and Republic is ultimately owned by International, which has the financial wherewithal to provide any additional funding needed by either entity. Although Bondex and NMBFiL will have only minimal cash flow going forward, their lease arrangements will ensure that each entity will generate positive cash flow into the future. Finally, although all the Debtors are co-obligors with respect to the obligations imposed by the Plan, they all have sufficient cash and access to financing, in combination with International's cash and access to financing, to fund the obligations.

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Plan.

**B. Projections**

The following projections include consolidated balance sheets, statements of income and statements of cash flows forecasted for the fiscal year 2015 projection period. The projections should be read in conjunction with the assumptions, qualifications and explanations set forth herein and in the Disclosure Statement.

The projections for SPHC and Republic were not prepared in compliance with published guidelines of the Securities and Exchange Commission, the American Institute of Certified Public Accountants, or guidelines established by the FASB, in particular with respect to reorganization or fresh start accounting. Independent accountants have also not examined or compiled the projections and, accordingly, they are not supported by any opinion or other form of assurance from independent accountants. The projections have, however, been prepared using accounting policies that are consistent with those applied in SPHC's and Republic's internally reported financial statements.

**SPHC AND REPUBLIC DO NOT, AS A MATTER OF COURSE, PUBLISH THEIR BUSINESS PLANS, BUDGETS OR STRATEGIES, OR MAKE PUBLIC ANY EXTERNAL PROJECTIONS OR FORECASTS OF THEIR ANTICIPATED FINANCIAL POSITIONS OR RESULTS OF OPERATIONS. ACCORDINGLY, SPHC AND REPUBLIC DO NOT ANTICIPATE THAT THEY WILL, AND DISCLAIM ANY OBLIGATION TO, FURNISH UPDATED BUSINESS PLANS, BUDGETS OR PROJECTIONS TO HOLDERS OF CLAIMS OR INTERESTS PRIOR OR SUBSEQUENT TO THE EFFECTIVE DATE.**

## SPHC Projections

### SPHC Projected Consolidated Balance Sheet

****Note: Historical financial results are unaudited.*
*($ in millions)*

| *Fiscal Year Ending May 31,* | 2012 Actual | 2013 Actual | 2014 Actual | 2015 Forecast |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $52.0 | $41.8 | $53.0 | $55.9 |
| Net Accounts Receivable | 49.3 | 51.1 | 54.1 | 56.0 |
| Inventory | 49.3 | 54.0 | 53.8 | 56.3 |
| Prepaid Expenses | 1.9 | 2.3 | 2.4 | 2.4 |
| Other Current Assets | 1.7 | 6.0 | 1.6 | 6.1 |
| Current Deferred Income Tax Assets | 15.9 | 16.0 | 15.8 | 15.5 |
| Total Current Assets | $170.0 | $171.2 | $180.7 | $192.2 |
| Net PP&E | 41.5 | 43.6 | 44.5 | 46.1 |
| Intangible Assets | 147.7 | 151.6 | 148.0 | 145.2 |
| Non-Current Deferred Income Tax Assets | 112.5 | 113.1 | 113.1 | 113.1 |
| Other Long-Term Assets | 29.5 | 28.9 | 29.0 | 29.0 |
| **Total Assets** | **$501.3** | **$508.4** | **$515.3** | **$525.6** |
| **Liabilities & Equity** | | | | |
| Accounts Payable | $33.0 | $35.0 | $36.7 | $37.0 |
| Notes Payable | 0.0 | 5.0 | 0.0 | 0.0 |
| Accrued Compensation and Benefits | 8.4 | 8.4 | 9.8 | 9.9 |
| Accrued Loss Reserves | 7.3 | 7.9 | 3.7 | 0.6 |
| Current Accrued Asbestos Claims | 20.0 | 20.0 | 20.0 | – |
| Other Accrued Liabilities | 27.6 | 30.0 | 30.9 | 32.1 |
| Income Taxes Payable (Receivable) | 0.1 | 0.4 | 0.2 | 2.3 |
| Total Current Liabilities | $96.4 | $106.7 | $101.2 | $81.9 |
| Non-Current Accrued Asbestos Claims | 374.0 | 374.0 | 374.0 | – |
| Other Long-Term Liabilities | 155.5 | 155.3 | 156.0 | 156.4 |
| Total Liabilities | $626.0 | $636.0 | $631.2 | $238.3 |
| Shareholder's Equity | (124.7) | (127.6) | (116.0) | 287.3 |
| **Total Liabilities & Equity** | **$501.3** | **$508.4** | **$515.3** | **$525.6** |

## SPHC Projected Consolidated Income Statement

****Note: Historical actual financial results are unaudited.*

*($ in millions)*

| *Fiscal Year Ending May 31,* | **2012 Actual** | **2013 Actual** | **2014 Actual** | **2015 Forecast** |
|---|---|---|---|---|
| Sales | $362.8 | $388.3 | $410.7 | $435.7 |
| Cost of Sales | 231.8 | 244.9 | 254.4 | 270.2 |
| **Gross Profit** | **$131.0** | **$143.4** | **$156.4** | **$165.5** |
| *Gross Margin* | *36.1%* | *36.9%* | *38.1%* | *38.0%* |
| Selling, General and Administrative | 92.1 | 96.6 | 103.2 | 108.2 |
| **Operating Income** | **$38.9** | **$46.8** | **$53.2** | **$57.3** |
| *Operating Margin* | *10.7%* | *12.0%* | *13.0%* | *13.1%* |
| Shared Services Expense | 7.1 | 8.8 | 9.4 | 9.7 |
| Intangibles Amortization Expense | 3.1 | 3.4 | 3.1 | 2.8 |
| Bondex / SPHC Support Expenses | 3.4 | 3.9 | 4.2 | 6.2 |
| Restructuring Fees / Legal Expenses | 23.5 | 38.3 | 16.2 | 23.3 |
| All Other Non-Operating (Income) / Expense | 1.0 | 1.9 | 3.6 | 1.1 |
| **Pretax Income** | **$0.8** | **($9.4)** | **$16.7** | **$14.2** |
| Income Tax (Income) / Expense | 2.6 | (4.1) | 7.4 | 5.3 |
| **Consolidated Net Income** | **($1.8)** | **($5.3)** | **$9.4** | **$8.9** |
| Net Income from Non-Controlling Interest | (0.2) | (0.0) | – | – |
| **Net Income** | **($1.7)** | **($5.3)** | **$9.4** | **$8.9** |

## SPHC Projected Consolidated Statement of Cash Flows

****Note: Historical actual financial results are unaudited.*

*($ in millions)*

| *Fiscal Year Ending May 31,* | 2012 Actual | 2013 Actual | 2014 Actual | 2015 Forecast |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net Income | ($1.7) | ($5.3) | $9.4 | $8.9 |
| Plus: Depreciation | 5.9 | 5.9 | 5.8 | 5.6 |
| Plus: Amortization | 3.3 | 3.6 | 3.1 | 2.9 |
| Change in Working Capital: | | | | |
| Accounts Receivable | (2.5) | (1.8) | (3.0) | (1.8) |
| Inventory | (5.0) | (4.7) | 0.2 | (2.5) |
| Accounts Payable | 7.9 | 2.0 | 1.7 | 0.3 |
| Sub-Total | $0.4 | ($4.5) | ($1.1) | ($4.0) |
| Change in Other Assets: | | | | |
| Prepaid Expenses | 0.3 | (0.4) | (0.2) | 0.1 |
| Other Current Assets | 0.2 | (4.3) | 4.3 | (4.2) |
| Intangible Assets | (0.7) | (7.2) | (0.0) | – |
| Other Long-Term assets | 2.5 | (2.1) | 0.0 | (0.1) |
| Sub-Total | $2.4 | ($14.0) | $4.2 | ($4.2) |
| Change in Other Liabilities: | | | | |
| Accrued Liabilities | 5.7 | 3.2 | (2.3) | 0.5 |
| Income Taxes Payable | (0.8) | (0.5) | 0.6 | 2.1 |
| Other Long-Term Liabilities | 0.4 | (0.2) | 0.7 | 0.4 |
| Sub-Total | $5.3 | $2.4 | ($1.0) | $3.0 |
| Translation Adjustments and Other | (6.8) | 2.4 | 2.2 | (2.2) |
| Total Cash Flow From / (Used In) Operating Activities | $8.9 | ($9.6) | $22.7 | $9.9 |
| **Investing Activities** | | | | |
| Capital Expenditures | (5.5) | (5.5) | (6.5) | (7.1) |
| Total Cash Flow From / (Used In) Investing Activities | ($5.5) | ($5.5) | ($6.5) | ($7.1) |
| **Other** | | | | |
| Other | 0.1 | (0.1) | 0.1 | 0.1 |
| DIP Draw / (Repayment) | – | 5.0 | (5.0) | – |
| **Total Change in Cash** | **$3.4** | **($10.2)** | **$11.2** | **$2.8** |

## Republic Projections

### Republic Projected Consolidated Balance Sheet

****Note: Historical actual financial results are unaudited.*
*($ in millions)*

| *Fiscal Year Ending May 31,* | **2012 Actual** | **2013 Actual** | **2014 Actual** | **2015 Forecast** |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $1.1 | $1.9 | $5.7 | $5.8 |
| Inventory | 3.5 | 2.3 | 1.7 | 0.5 |
| Other Current Assets | 0.0 | 0.0 | 0.1 | – |
| Total Current Assets | $4.6 | $4.3 | $7.5 | $6.2 |
| | | | | |
| Inter / Intracompany A/R | 1.7 | 2.7 | 2.4 | 2.4 |
| Investment in Consolidated Subsidiaries | 0.2 | 0.2 | 0.2 | – |
| Net PP&E | 4.9 | 4.2 | 4.5 | 4.0 |
| Goodwill | 3.1 | 3.1 | 3.1 | 3.1 |
| Other Long-Term Assets | – | – | 0.0 | 0.0 |
| **Total Assets** | **$14.6** | **$14.4** | **$17.7** | **$15.8** |
| | | | | |
| **Liabilities & Equity** | | | | |
| Accounts Payable | $2.9 | $3.0 | $4.4 | $2.0 |
| Accrued Compensation and Benefits | 0.2 | 0.3 | 0.1 | 0.1 |
| Accrued Loss Reserves | 0.2 | 0.7 | 0.2 | 0.3 |
| Other Current Liabilities | 0.3 | 0.3 | 0.3 | 0.2 |
| Income Taxes Payable (Receivable) | 0.2 | (0.5) | 0.6 | 0.0 |
| Total Current Liabilities | $3.7 | $3.8 | $5.7 | $2.6 |
| | | | | |
| Inter / Intracompany A/P | 4.4 | 5.1 | 5.7 | 5.7 |
| Other Long-Term Liabilities | 1.6 | 1.1 | 0.8 | 1.0 |
| Total Liabilities | $9.7 | $10.0 | $12.2 | $9.3 |
| | | | | |
| Shareholder's Equity | 4.8 | 4.4 | 5.5 | 6.4 |
| **Total Liabilities & Equity** | **$14.6** | **$14.4** | **$17.7** | **$15.8** |

## Republic Projected Consolidated Income Statement

****Note: Historical actual financial results are unaudited.*

*($ in millions)*

| *Fiscal Year Ending May 31,* | 2012 Actual | 2013 Actual | 2014 Actual | 2015 Forecast |
|---|---|---|---|---|
| Sales | $25.5 | $25.2 | $24.5 | $21.7 |
| Cost of Sales | 20.9 | 19.5 | 19.8 | 19.9 |
| **Gross Profit** | **$4.6** | **$5.7** | **$4.7** | **$1.8** |
| *Gross Margin* | *18.1%* | *22.6%* | *19.1%* | *8.4%* |
| Selling, General and Administrative | 2.9 | 5.1 | 2.7 | 2.0 |
| **Operating Income** | **$1.7** | **$0.6** | **$1.9** | **($0.2)** |
| *Operating Margin* | *6.8%* | *2.2%* | *7.9%* | *NM* |
| Shared Services Expense | 1.0 | 1.0 | 0.9 | 0.9 |
| Restructuring Fees / Legal Expenses | – | – | – | 0.7 |
| All Other Non-Operating (Income) / Expense | 0.5 | 0.2 | (0.7) | (3.1) |
| **Pretax Income** | **$0.2** | **($0.6)** | **$1.7** | **$1.3** |
| Income Tax (Income) / Expense | 0.1 | (0.2) | 0.6 | 0.4 |
| **Net Income** | **$0.2** | **($0.4)** | **$1.1** | **$0.9** |

**Republic Projected Consolidated Statement of Cash Flows**

****Note: Historical actual financial results are unaudited.*

*($ in millions)*

| *Fiscal Year Ending May 31,* | 2012 Actual | 2013 Actual | 2014 Actual | 2015 Forecast |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net Income | $0.2 | ($0.4) | $1.1 | $0.9 |
| Plus: Depreciation | 0.7 | 0.7 | 0.7 | 0.7 |
| Change in Working Capital: | | | | |
| Accounts Receivable | 0.3 | 0.0 | (0.0) | (0.0) |
| Inventory | 0.3 | 1.2 | 0.6 | 1.3 |
| Accounts Payable | 0.6 | 0.1 | 1.4 | (2.4) |
| Sub-Total | $1.2 | $1.4 | $2.0 | ($1.2) |
| Change in Other Assets: | | | | |
| Other Current Assets | 0.0 | (0.0) | (0.0) | 0.1 |
| Other Long-Term Assets | – | (0.0) | (0.0) | – |
| Sub-Total | $0.0 | ($0.0) | ($0.0) | $0.1 |
| Change in Other Liabilities: | | | | |
| Accrued Liabilities | (2.3) | 0.4 | 0.3 | (0.1) |
| Income Taxes Payable | 0.8 | (0.6) | 1.0 | (0.5) |
| Other Long-Term Liabilities | (0.8) | (0.5) | (0.3) | 0.2 |
| Sub-Total | ($2.3) | ($0.8) | $1.0 | ($0.4) |
| Translation Adjustments and Other | – | – | – | – |
| Total Cash Flow From / (Used In) Operating Activities | ($0.3) | $0.9 | $4.8 | $0.1 |
| **Investing Activities** | | | | |
| Capital Expenditures | (0.4) | – | (1.0) | (0.3) |
| Total Cash Flow From / (Used In) Investing Activities | ($0.4) | $ – | ($1.0) | ($0.3) |
| Other | – | – | – | 0.2 |
| **Total Change in Cash** | **($0.7)** | **$0.9** | **$3.8** | **$0.1** |

## C. Summary of Significant Assumptions

The projections are based on numerous assumptions regarding the anticipated future performance of SPHC's operating subsidiaries and Republic, the specialty chemicals industry, general business and economic conditions and other factors. Most, if not all, of these assumptions are beyond the control of SPHC, Republic and their management. Therefore, although the projections are necessarily presented with numerical specificity, the actual results achieved during the projection period will vary from the projected results. These variations may be material. Although SPHC and Republic believe that the assumptions underlying the projections, when considered on an overall basis, are reasonable in light of current circumstances, no representation can be or is being made with respect to the accuracy of the projections or the ability of SPHC or Republic to achieve the projections. In deciding whether to vote to accept or reject the Plan, claimants must make their own determination as to the reasonableness of such assumptions and the reliability of the projections.

Additional information relating to the principal assumptions used in preparing the projections is set forth below:

### General Market Conditions

The projections take into account the current market environments in which each operating subsidiary/company competes. SPHC's operating subsidiaries and Republic conduct business in a variety of consumer and industrial markets including specialty colorants, exterior insulation, wood coatings, powder coatings and stains, and cleaning chemicals, among others. The forecast of each operating subsidiary/company assumes United States GDP grows on average 2% to 3% per year throughout the projection period. If these general market condition assumptions are not correct, actual results could be materially different than the projections.

### Revenue and Operating Expenses

Revenues:

The SPHC projections assume consolidated revenues grow at a rate of 6.1% during fiscal year 2015. This overall growth represents the underlying revenue forecasts of each operating subsidiary, which take into consideration various factors including competitive dynamics, market share, international expansion, sales initiatives and product mix.

The Republic projections assume consolidated revenues decline by 11.6% during fiscal year 2015, primarily due to a decline in third-party sales.

Cost of Goods Sold:

Cost of Goods Sold represents raw materials, direct labor, and other overhead expenses.

For the SPHC projections, the forecast of Cost of Goods Sold is based primarily on historical Cost of Goods Sold margins. Where applicable, management assumed improvement in these margins due to anticipated improvement in product mix, operating leverage, or operational efficiency.

For the Republic projections, the forecast of Cost of Goods Sold is based primarily on historical Cost of Goods Sold levels. Cost of Goods Sold margins were projected to decline based on a shift in customer mix away from third-party customers.

SG&A:

Selling, General & Administrative expenses primarily represent employee payroll, selling and marketing, research and development, distribution costs and general administrative expenses.

For the SPHC projections, SG&A expenses were forecast based on historical levels growing at approximately 5.0% to 7.0% per year.

For the Republic projections, SG&A expenses were forecast to decline materially, based primarily on a decline in headcount.

Shared Services Expense:

Shared Services Expense represents cost allocations from International covering a range of administrative services, including benefit plans administration, information technology services, environmental health and safety services, financial reporting services, internal audit services, legal services and tax services.

For SPHC, Shared Services Expense is forecast to grow by 3.9% in fiscal year 2015.

For Republic, Shared Service Expense is forecast to decline by 4.6% in fiscal year 2015.

Corporate Overhead (SPHC Projections Only):

Corporate Overhead represents SPHC executive management payroll and travel expense, SPHC headquarters lease expense, certain International corporate allocations and other general administrative expenses, and is forecast to grow materially in fiscal year 2015, mainly based on a change in accounting for certain personnel-related expenses, which were posted at the operating company level in fiscal year 2014 but have become corporate expenses in fiscal year 2015.

<u>Other Non-Operating (Income) / Expense (Republic Projections Only):</u>

For the Republic projections, non-operating (income)/expense for fiscal year 2015 consists primarily of the markup received on Intercompany Sales, which is not reflected in Sales.

**Income Taxes**

The SPHC projections assume income tax expense at an assumed effective tax rate of 37%, applied to pre-tax income. Cash tax payments are projected to be less than income tax expense for fiscal year 2015. International is a consolidated tax payer for all subsidiaries including SPHC. SPHC pays its allocable share of the tax liability to International.

The Republic projections assume income tax expense at an assumed effective tax rate of 34%, applied to pre-tax income. Cash tax payments are projected to be more than income tax expense for fiscal year 2015. Republic is also part of the International consolidated tax group.

**Capital Expenditures**

Projected capital expenditures are forecast based on management's estimates of the forecasted capital investment needs of each operating subsidiary/company.

For SPHC, such expenditures include both capital for maintenance purposes as well as growth purposes.

For Republic, such expenditures primarily include capital for maintenance purposes.

**Cash Balances**

The SPHC projections assume all domestic and foreign cash accumulates and remains at SPHC throughout the projection period.

The Republic projections assume all cash generated is domestic and accumulates and remains at Republic throughout the projection period.

**Working Capital**

Accounts receivable, inventories, and accounts payable are primarily projected according to historical trade relationships with respect to purchase and sales volumes.

For Republic, the forecasted reduction in accounts payable in fiscal year 2015 is for the most part related to a one-time reduction of accounts payable due to the prior year's balance being higher than normalized levels. The ending balance in fiscal year

2014 was higher than normalized levels due to a one-time delay in processing the accounts payable.

**Asbestos Claims Treatment**

Because of the Plan's channeling injunction, the Current and Non-Current Accrued Asbestos Claims in the 2015 Forecast have been reduced from an aggregate of $394 million to zero and Shareholder's Equity has been correspondingly increased by $394 million. These changes do not necessarily reflect the final GAAP accounting treatment for these items as the company and its accounting advisors are still analyzing the appropriate treatment.

**Notes Payable**

The obligations of SPHC and Republic under the SPHC Payment Note are shown as zero in each of the SPHC and Republic balance sheets because it is assumed that International, through contributions to SPHC and Republic as appropriate, will make the payments.