**EXHIBIT V**

**LIST OF ASBESTOS-CONTAINING MATERIALS MANUFACTURED BY THE SPHC PARTIES**

| **Product Name** | **Product Also Known As** | **Years Product Was Sold** |
|---|---|---|
| Dramex Interior Finish | • Dramex Texture Paint<br>• Trax Texture Paint<br>• Ward's Texture<br>• Dramex Spanish Texturing Paint<br>• Penncraft Texture Paint | 1948-1977 |
| Dramex Ready Mixed Interior Finish | • Dramex Ready Mixed Texture Paint<br>• FO Pierce Dramex<br>• Metro Interior Finish<br>• Metro Texturing | 1957-1977 |
| Bondex Water Putty | • Reardon's Water Putty<br>• Reardon's Wood Putty<br>• Penncraft Water Putty<br>• Ward's Wood Putty | Unknown -1977 |
| Bondex Multi-Patch | | Unknown-1977 |
| Bondex SX Joint Cement | • Reardon's SX Joint Cement<br>• Trax Joint Cement<br>• Penncraft Joint Cement<br>• NPD SX Joint Cement<br>• NPD SX Joint Cement Combination<br>• Hi & Dri Joint Cement | Unknown-1977 |
| Bondex SX Topping Cement | • Reardon's SX Topping Cement<br>• Trax Topping Cement<br>• Hi & Dri Topping Cement | Unknown-1977 |

| **Product Name** | **Product Also Known As** | **Years Product Was Sold** |
|---|---|---|
| Bondex Joint Compound All Purpose | <ul><li>Reardon's All Purpose Joint, Topping and Texture Paint</li><li>Reardon's 500-C All Purpose Joint Cement</li><li>NPD All Purpose Joint Cement</li><li>Cooks Lifeline All Purpose Texture Joint and Topping Cement</li><li>"Our Best Grade" Joint Cement</li><li>GSA Joint Compound</li><li>Reardon's All Purpose Joint Cement</li><li>Bondex 200-B All Purpose Joint Cement</li><li>Bondex 500C All Purpose Joint Cement</li><li>Bondex Premium Joint Compound</li><li>100a All Purpose Joint Compound</li></ul> | Unknown-1977 |
| Bondex Pre-Mixed Joint Compound | <ul><li>Reardon's Ready-Mixed Joint Cement</li><li>Reardon's Pre-Mixed Joint Cement</li><li>Ward's All Purpose Joint Cement (Ready-Mixed)</li><li>Penncraft Pre-Mixed Joint Cement</li><li>Brod Dugan Red-I-Mix Joint Cement</li></ul> | Unknown-1977 |
| Bondex Block Filler and Primer | <ul><li>Reardon's Block Filler and Primer</li></ul> | Unknown-1977 |

| Product Name | Product Also Known As | Years Product Was Sold |
|---|---|---|
| | • Penncraft Block Filler | |
| Bontone Acrylic Fibred Coating | • Bontone Fibred Masonry Coating | 1968-1974 |
| Bondex Heavy Duty Liquid Aluminum Roof Coating | • Alumanation 301<br>• Alumanation 350<br>• Mobile Home Aluminum Roof Coating | 1967-1981 |
| Bondex (Bondek) Black Plastic Roof Cement | • Perma-Plastic | 1968-1981 |
| Bondex (Bondek) Black Mastic Roof Coating | • Permaroof | 1968-1981 |
| Stays White Mobile Home Roof Coating | | 1972-1981 |
| Bondex Handy-Patch All Purpose Patcher | • Reardon's Handy Patch All Purpose Patcher, Formula 1031 | 1967-1977 |