**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | : | Case No. 10-11780 (PJW) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 10, 2014 AT 3:30 P.M.**[2]

**I.   UNCONTESTED MATTER GOING FORWARD:**[3]

1. Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powered Metals, Inc. and NMBFiL, Inc. [Docket No. 5117 - filed October 23, 2014]

   Objection/Response Deadline:     December 2, 2014 at 5:00 p.m. (EST)

   Objections/Responses Received:   None

   Related Documents:

   i.  Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures [Docket No. 5112 - filed October 21, 2014]

   ii. Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. [Docket No. 5118 - filed October 23, 2014]

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441).  The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103.  The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

[2] The hearing will be before The Honorable Peter J. Walsh, United States Bankruptcy Judge for the District of Delaware and The Honorable Sue L. Robinson, United States District Judge for the District of Delaware, at the United States District Court for the District of Delaware, 844 King Street, Courtroom 4B, Wilmington, Delaware 19801.

> *Any party who wishes to appear telephonically at the hearing should not contact COURTCALL, LLC.  Instead, any such party must contact counsel to the Debtors via email at shapiro@rlf.com prior to 12:00 p.m. (EST) on Tuesday, December 9, 2014.*

[3] All pleadings referenced herein are available online at www.loganandco.com.

iii.  Notice of Filing of Certain Exhibits to Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. [Docket No. 5189 - filed November 21, 2014]

iv.  Memorandum of Law of the Debtors: (I) in Support of Confirmation of the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc.; (II) Requesting Authorization to Make Plan Modifications; and (III) Requesting Authorization to Consummate and Implement the Plan Upon Entry of the Confirmation Order [Docket No. 5234 - filed December 8, 2014]

v.  Debtors' Motion for an Order Authorizing Them to Exceed the Page Limit Requirement for Their Memorandum of Law in Support of Plan Confirmation [Docket No. 5235 - filed December 8, 2014]

vi.  Declaration of Kathleen M. Logan Certifying Voting on, and Tabulation of, Ballots Accepting and Rejecting Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International Inc., Republic Powered Metals, Inc., and NMBFiL, Inc. [Docket No. 5236 - filed December 8, 2014]

vii.  Notice of Filing Proposed (I) Findings of Fact and Conclusions of Law and (II) Confirmation Order [TO BE FILED]

viii.  Declaration of John James O'Connell III in Support of Joint Plan of Reorganization [TO BE FILED]

ix.  Declaration of Stephen J. Knoop in Support of Joint Plan of Reorganization [TO BE FILED]

x.  Declaration of Tracy Crandall in Support of Joint Plan of Reorganization [TO BE FILED]

xi.  Declaration of Lael D. Dowd Outlining Implementation of the Notice of (A) the Deadline for Casting Votes to Accept or Reject the Proposed Joint Plan of Reorganization, (B) the Deadline for Objecting to Confirmation of the Proposed Joint Plan and (C) the Time, Date and Place of the Confirmation Hearing [TO BE FILED]

xii.  Declaration of Edward W. Moore in Support of Joint Plan of Reorganization [TO BE FILED]

xiii.  Declaration of Eric D. Green in Support of Confirmation of Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International Inc., Republic Powered Metals, Inc., and NMBFiL, Inc. [TO BE FILED]

xiv.  Declaration of Peter Kraus in Support of Confirmation of Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International Inc., Republic Powered Metals, Inc., and NMBFiL, Inc. [TO BE FILED]

    xv.    Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International Inc., Republic Powered Metals, Inc., and NMBFiL, Inc., Dated December 9, 2014 [TO BE FILED]

    xvi.    Notice of Filing of Blackline of Plan [TO BE FILED]

<u>Status</u>: The hearing regarding this matter is going forward.

Dated: December 8, 2014
       Wilmington, Delaware

Respectfully submitted,

/s/ *Zachary I. Shapiro*
Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
Tyler D. Semmelman (DE 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street, P.A.
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

COUNSEL FOR THE DEBTORS