**EXHIBIT D**

**CONFIRMATION NOTICE — PUBLICATION VERSION**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., *et al.*,[1] | Case No. 10-11780 (PJW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE JOINT PLAN OF REORGANIZATION OF SPECIALTY PRODUCTS HOLDING CORP., BONDEX INTERNATIONAL, INC., REPUBLIC POWDERED METALS, INC. AND NMBFiL, INC.; (II) EFFECTIVE DATE AND (III) BAR DATE FOR CERTAIN ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS AND REJECTION DAMAGE CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Confirmation of the Plan.** On [__] [__], 2014, the United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order") confirming the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated October 20, 2014 (as modified by certain modifications referenced in the Confirmation Order, the "Plan") filed by the above-captioned debtors (collectively, the "Debtors"). The Confirmation Order was subsequently affirmed by the United States District Court for the District of Delaware. Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and the Confirmation Order.

2. **Effective Date.** Pursuant to the Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms, and the Effective Date occurred, on [__] [__], 2014.

3. **Releases.** The confirmed Plan provides various releases. Except as otherwise expressly set forth in the Plan, as of the Effective Date, the Debtors and the Reorganized Debtors are released from all claims, commitments, obligations, suits, judgments, damages, demands, debts, causes of action and liabilities, whether liquidated or unliquidated, fixed or contingent, disputed or undisputed, matured or unmatured, known or unknown, foreseen or unforeseen, then existing or thereafter arising, in law, equity or otherwise, arising out of,

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441). The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

based upon or resulting from, directly or indirectly, in whole or in part, any act, omission, transaction or other occurrence taking place on or prior to the Effective Date. In addition, the Plan contains a specific release granted holders of Claims or Interests that voted in favor of the Plan or were deemed to accept the Plan and a release of certain claims held by the Debtors and the Reorganized Debtors, on behalf of themselves and their affiliates, Estates and their respective successors, assigns and any and all Entities who may purport to claim by, through, for or because of them.

    **4.**    **Discharge of Claims.**

    a.    Pursuant to the Confirmation Order, with certain limited exceptions, the rights afforded under the Plan and the treatment of Claims and Interests under the Plan are in exchange for and in complete satisfaction, discharge and release of all Claims, including Asbestos Personal Injury Claims (other than Demands), arising on or before the Effective Date. With certain limited exceptions, confirmation of the Plan will, as of the Effective Date discharge the Debtors from all Claims, other liabilities or debts that arose on or before the Effective Date.

    b.    In accordance with the foregoing, with certain limited exceptions, the Confirmation Order, as of the Effective Date, discharges all Claims, including Asbestos Personal Injury Claims (other than Demands), debts and other liabilities against the Debtors, pursuant to sections 524 and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against a Debtor at any time, to the extent that such judgment relates to a discharged Claim, debt or liability.

    **5.**    **Injunctions Issued Pursuant to the Confirmation Order.**

    a.    <u>Asbestos Permanent Channeling Injunctions.</u> Pursuant to the Confirmation Order, two channeling injunctions were issued, applicable to all persons and entities, that permanently channel to a trust established pursuant to section 524(g) of the Bankruptcy Code for resolution all claims, remedies, liabilities or demands against one or more of the Debtors or certain other protected parties for death or personal injuries caused directly or indirectly by the presence of, or exposure to, asbestos, including any claims or demands for reimbursement, indemnification, subrogation or contribution.

    b.    <u>Other Injunctions.</u> Pursuant to the Confirmation Order, in addition to the channeling injunctions described above, the Bankruptcy Court issued: (i) an injunction that permanently enjoins the pursuit of any claim against or interest in the Debtors, the Reorganizing Debtors, or any of their respective property to the extent that such claim or interest has been discharged, released, waived, settled or deemed satisfied in accordance with the Plan (other than the enforcement of any right pursuant to the Plan to a distribution); and (ii) an injunction, applicable to all persons or entities, that permanently enjoins the pursuit of any claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action or liabilities that are released pursuant to the Plan against any released entity or its property.

    **6.**    For the specific terms and conditions of these injunctions and the precise scope of the claims and demands to be channeled, please refer to the specific terms of the Plan, which can be obtained free of charge at www.loganandco.com or by sending a request, in

writing, to Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 07043 (Attn: Specialty Products Holding Corp.).

**7.      Bar Dates.**

a.      <u>Bar Date for Administrative Claims</u>. Except as otherwise provided in Section III.A.1.e.ii of the Plan and section **[7.b]** below, unless previously Filed, requests for payment of Administrative Claims must be Filed and served on the Reorganized Debtors at the addresses set forth in Section XI.H of the Plan no later than 60 days after the Effective Date (<u>i.e.</u>, [__] [__], 2015). Holders of Administrative Claims that are required to File and serve a request for payment of such Administrative Claims and that do not file and serve such a request by the applicable Bar Date shall be forever barred from asserting such Administrative Claims against the Debtors, the Reorganized Debtors or their respective property and such Administrative Claims shall be deemed discharged as of the Effective Date. Objections to such requests must be Filed and served on the requesting party by 120 days after the Effective Date (<u>i.e.</u>, [__] [__], 2015). In accordance with Section III.A.1.e.ii of the Plan, holders of (i) Administrative Claims based on liabilities incurred by a Debtor in the ordinary course of its business (including Administrative Trade Claims, any Intercompany Claims that are Administrative Claims, Administrative Claims of governmental unites for Taxes (including Tax audit Claims related to Tax years or portions thereof commencing after the Petition Date) and Administrative Claims arising from those contracts and leases of the kind described in Section V.E of the Plan) and (ii) Administrative Claims arising under the DIP Credit Agreement shall not be required to file or serve any request for payment of such Administrative Claims.

b.      <u>Bar Date for Professional Fee Claims.</u> With certain limited exceptions, Professionals or other Entities asserting a Fee Claim for services rendered before the Effective Date must File and serve on the Reorganized Debtors and certain other Entities an application for final allowance of such Fee Claim no later than 90 days after the Effective Date (<u>i.e.</u>, [__] [__], 2015). Objections to any Final Fee Application must be Filed and served on the Reorganized Debtors and the requesting party by the later of (1) 80 days after the Effective Date (<u>i.e.</u>, [__] [__], 2015) or (2) 30 days after the Filing of the applicable Final Fee Application.

c.      <u>Rejection Damage Claims</u>. Notwithstanding anything in the Bankruptcy Court's Order Establishing Bar Dates for Filing Proofs of Claim, Other than Asbestos Personal Injury Claims, and Approving Related Relief [D.I. 5021] to the contrary, if the rejection of an Exectory Contract or Unexpired Lease pursuant to Section V.C of the Plan gives rise to a Claim by the other party or parties to such contract or lease, such Claim shall be forever barred and shall not be enforceable against the Debtors, the Reorganized Debtors, their respective successors or their properties unless a proof of Claim is Filed and served on the Reorganized Debtors at the addresses set forth in Section XI.H of the Plan, on the latter to occur of (1) 60 days after the Effective Date or (2) 30 days after the date of the entry of an Order rejecting such Executory Contract or Unexpired Lease

**8.      Copies of Confirmation Order.** Copies of the Confirmation Order may be obtained free of charge at www.loganandco.com or by sending a request, in writing, to Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 07043 (Attn: Specialty Products Holding Corp.).

Dated: _____, 2014      BY ORDER OF THE COURT

Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Zachary I. Shapiro (DE 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

    -and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

    ATTORNEYS FOR THE REORGANIZED DEBTORS