## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | |
| SPECIALTY PRODUCTS HOLDING CORP., et al.[1] | Misc. Action No. 14-mc-246-SLR |
| Debtors. | |
| In re | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., et al., | Bankruptcy Case No. 10-11780 (PJW) |
| | (Jointly Administered) |
| Debtors. | |

### ORDER

WHEREAS, Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc. (collectively, the "Debtors"), proposed the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., dated October 20, 2014, as subsequently modified in certain respects (as it may be further amended, the "Plan");[2]

WHEREAS, a hearing to consider confirmation of the Plan was held on December 10, 2014 at 3:30 p.m. (prevailing Eastern Time) (the "Confirmation Hearing");

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); Bondex International, Inc. (4125); Republic Powdered Metals, Inc. (4388); and NMBFiL, Inc. (2441). The address of Specialty Products Holding Corp. and Bondex International, Inc. is 4515 St. Clair Avenue, Cleveland, Ohio 44103. The address of Republic Powdered Metals, Inc. and NMBFiL, Inc. is 2628 Pearl Road, Medina, Ohio 44256.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Plan.

WHEREAS, this Court and the Bankruptcy Court sat jointly for purposes of the Confirmation Hearing;

WHEREAS, this Court has considered (a) the statements of counsel in support of Confirmation, (b) the evidence presented at the Confirmation Hearing and (c) the pleadings and other papers before the Bankruptcy Court and this Court in connection with Confirmation of the Plan;

WHEREAS, this Court has also taken judicial notice, as appropriate, of other papers and pleadings on file in the Debtors' chapter 11 cases;

WHEREAS, on December 10, 2014 the Bankruptcy Court issued the Findings of Fact and Conclusions of Law Regarding Confirmation of the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., as Modified (the "Findings and Conclusions");

WHEREAS, on December 10, 2014 the Bankruptcy Court entered the Order Confirming the Joint Plan of Reorganization of Specialty Products Holding Corp., Bondex International, Inc., Republic Powdered Metals, Inc. and NMBFiL, Inc., as Modified (the "Confirmation Order"); and

WHEREAS, this Court adopts the Findings and Conclusions of the Bankruptcy Court, finds that the Plan should be confirmed for all the reasons set forth in the Confirmation Order, and determines that cause exists to affirm the Confirmation Order as required by section 524(g)(3)(A) of the Bankruptcy Code, the Court HEREBY ORDERS AS FOLLOWS:

1. To the extent necessary, this Court, pursuant to 28 U.S.C. 157(d), withdraws the reference for purposes of entering this Order.

2. The Findings and Conclusions are hereby ADOPTED in all respects.

3. The Confirmation Order is hereby AFFIRMED in all respects pursuant to 11 U.S.C. § 524(g)(3)(A).

4. This Order shall not be stayed and shall be immediately effective upon entry on this Court's docket.

Dated: December _10_, 2014
Wilmington, Delaware

THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE